Marc Aisen
*Pro se*
1902 Pacific Ave., Apt. 13
Venice 90291
CALIFORNIA, USA
tel: 917-557-1574

<u>All Rights Reserved</u>
without Prejudice



FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2011
1:09

CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY

*District*
~~Superior~~ Court of California

Los Angeles County

Marc Aisen,

      Plaintiff,

    v.

Berg, Karen
Berg, Phil
Berg, Michael
Berg, Yehuda
Ciccone, Madonna
Heidenreich, Erin
Houser, Hayden
Houser, Stephanie
Kutcher, Ashton
Cinetic
Kabbalah Centre and their entities
Launch Flix

      Defendants.

**CV11-02627** AHM (JCGx)

**VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES FROM RACKETEERING, CONSPIRACY TO ENGAGE IN A PATTERN OF RACKETEERING ACTIVITY, AND RELATED CLAIMS;**

**JURY DEMANDED:**

<u>18 U.S.C. 1961</u> *et seq.*;

<u>18 U.S.C. 1964</u>
(Civil RICO Remedies);  and,
<u>International Covenant on Civil and Political Rights</u>
(enacted by Congress with
 Specific <u>Reservations</u>)
*in pari materia* with the
<u>Supremacy Clause</u> in the
<u>U.S. Constitution</u>.

This is a highly complex civil action for RICO remedies authorized by the federal statutes at 18 U.S.C. 1961 *et seq.*

and 1962;  for declaratory and injunctive relief;  for actual damages;  for legal fees incurred as a result of this action;

and for all other relief which this honorable Court deems just and proper under all circumstances which have

occasioned this Initial COMPLAINT.  See 18 U.S.C. §§ 201, 891-894, 1028, 1341, 1343, 1425, 1501, 1503, 1510,

1511, 1512, 1513, 1544, 1581-1592, 1951, 1952, 1956, 1957, 201 (b) (3) (4) 1964(a) and (c), 501 (D) (F) (G), 2322b

1

PAID

MAR 2 9 2011

Clerk, US District Court
COURT 4612

§§ (b) (1) (A) (B)   (2) ("Civil RICO").

The primary cause of this action is a widespread criminal *enterprise* engaged in a *pattern of racketeering activity* across state lines and international borders, and a conspiracy to engage in *racketeering activity* involving numerous RICO predicate acts during the past fifty (50) calendar years.

The predicate acts alleged here are diverse, sustained in pattern form, and connect to the defendants and their enterprise, an apparatus of shell fronts existing for the purpose of criminal enterprise and multiple violations of the RICO Act, including extortion; conspiracy to commit extortion; assault with a deadly weapon in the commission of a felony; terroristic threats against an American on US soil; embezzlement; human trafficking; conspiracy to commit human trafficking; wire fraud; conspiracy to commit wire fraud; mail fraud; conspiracy to commit mail fraud; conspiracy to commit insurance fraud; consumer fraud; conspiracy to commit consumer fraud; computer fraud; conspiracy to commit computer fraud; gambling; grand larceny; conspiracy; tax evasion; tax fraud; murder; peonage and slavery; conspiracy to intercept or use wire communications and manufacture or possession of wiretapping device; kidnapping; maintaining hidden racketeering interests in third party corporations; crossing state lines in the commission of a felony; tampering with and retaliation against a qualified Federal Witness; tampering with evidence in a federal case; obstruction of justice; obstruction of

criminal investigation; racketeering; bribery; identity theft; money-laundering; multiple counts of unlawful possession of deadly weapon; violations of the Sherman Act; and using violence to further racketeering conspiracy.  There are also multiple misdemeanor charges present here which are not predicate acts but are criminal and support the racketeering activity, such as petit larceny and civil infractions such as the theft of trade secrets.

The defendants in this case are a true racketeering conspiracy, part of a criminal organization using enforcers and celebrity status to continue to operate illegally. The predicate acts are vast and constitute patterns of racketeering activity of a diverse nature, existing inextricably linked to the larger RICO conspiracy which is essentially a meta-conspiracy, consisting of several illegal businesses with a hierarchical structure of a modern, non-traditional organized crime "family."  As with similar non-traditional organized crime gangs such as the Hells Angels or ethnic-based gangs involved in enterprise crime, these groups all have one thing in common which is that they set up their operations imitating traditional LCN organized crime as a business model, copying LCN tactics, and moving in on traditional organized crime rackets such as racketeering, while embarking on new ones such as computer crime and identity theft.  This case is no different in this regard.

3

The defendants are being charged with running rackets spanning the gamut from white collar financial crime down to violent street crime, with footsoldiers reporting to lieutenants reporting to bosses, those being the defendants. I'm prepared to show proof of this at trial.

It bares notation here that the severity of the crimes committed reflect the true spirit of the RICO Act. For example, the use of violent crime as part of a pattern to intimidate witnesses and collect illegal debts in violation of the Hobbs Act *compound guilt* as laid out in the RICO Act. The maintenance of hidden racketeering interests in third parties is a heavily weighed criteria in civil RICO, because it bares close resemblance to traditional organized crime in a way that is corrupting to the American business world.

The defendants in this case pose a threat to the well-being of the public at large, not only because they target large swathes of the population indiscriminately with predatory racketeering conspiracies, but because they are completely dedicated to this, having been founded by an infamous career criminal and having amassed a small fortune in ill gotten gains which is being used to protect their illegal businesses with corruption and money-laundering, as well as to expand their

4

criminal enterprise at a rapid rate internationally, and active in several major U.S. cities.

This is an important factor to consider when understanding the full extent of what is an international crime ring.  Because of the need to continue to run these illegal businesses and evade the press and law enforcement in the process, the racketeering crimes beget felonious crimes as a symptoms of the disease, in effect snowballing into a crime wave, such as necessitating corruption, money-laundering, and witness intimidation to continue operating, creating crime by corrupting otherwise law-abiding accomplices into obstructing justice, whereas they would not otherwise be involved in crime, we can safely say based on their records.  Here is where the real organizing of crime comes in, with co-conspiratories acting in regimented and orderly capacity according to a division of labor and rank in the gang, also producing more crime by ordering footsoldiers and lieutenants to carry out crimes on their behalf.

Violent crimes tend to be taken more seriously and given heavier weight in racketeering cases due to the maliciousness, depravity, and overall threat to the public.  It goes to the ruthlessness of the defendants and their lack of respect for others, human life, and human rights.

5

The enterprise of the defendants acts as a front that generates one of their main and defining revenue streams from a repugnant market which is barely legal, if it is in fact legal, which is left to be determined by the honorable Court, as it at least borders on fraud. This is in addition to their obvious fraud which will be easy to prove. Their industry is one which has been the subject of multiple Congressional hearings being treated as a menace to the public both for the victimizing toll (as the record shows) and the ability for these groups to generate large pools of revenue which they use effectively to expand, hide assets, construct fronts, buy political influence, further their nefarious activities, and otherwise avoid justice. I'm referring to the business of running cults and it calls for some clarity on the subject.

<u>CULTS</u>

First of all, let's start with the basic given that there is such a thing as cults. The cults would have us believe that they are no different from a religious order, sect, or off-shoot, being fledgling religious movements (calling themselves "New Religious Movements") or houses of worship such as churches. A religion is not a cult and a cult is not a religion.

6

Religions indoctrinate followers, revolve around faith in a higher power, exist inside the framework of traditional organized movements, and contain codes of morality. By contrast, cults tend to be invented by individuals acting on their own and developing followings and ideologies revolving around their personalities. They typically assume Messianic postures, as is the case with the defendants, deceptively impressing their followers as being prophets, etc. This is in stark contrast to religious institutions and organizations.

Additionally, while religion stops short at indoctrination, the cults take it one step further into the area of brainwashing, also known as "Thought Reform." Using clinical techniques learned from Communist POW camp guards and interrogators, cultmembers' identities are radically changed, replaced, and their minds become programmed like computers. It's a typical and fraudulent cult practice aimed at bilking followers out of their life savings, all going to the Messianic leaders, such as in the "Moonies" (Moon's group). The practice is psychologically, socially, and economically devastating for the victims and their families, baring a strong resemblance to a Ponzi scheme which will be examined in more detail at trial. It has in the past <u>not been tolerated</u> by the US Government, in the form of law enforcement or Congress who repeatedly investigate and prosecute these groups.

7

The freedom of choice to devote one's life and life-saving to a charismatic figure does not make the practice legal as a rationale, when you consider that the victims have been deceived--the basis of fraud.

There is also the typical insider--outsider mentality which saturates the cult epidemic which serves to safeguard cult member victims as investment commodities to be exploited at the cost of their families.

This can be taken as an abbreviated explanation of the clear distinction between religions and cults. It is my opinion that most thinking people agree that cults are not a good thing. In the history of the United States, there has not been a single history lesson about a cult which had a happy ending. To the defendant Ms. Ciccone, it's all a big joke, being photographed in a T-shirt declaring herself to be a "cult member" as a way to make it "cool" and market it to young people as she would have me do, but a federal case is no laughing matter nor is the devastation caused directly by the defendants to myself and scores of others left in their wake.

Furthermore, none of the past cult case histories to grace the official record can be taken as relative and not one-sided. Outside of the cults themselves rewriting their own histories, there is no public debate on the Messianic cult leaders and the

8

private kingdoms they create for themselves, worshipped as gods on earth. That is the one common denominator in all cults, whether they rely on bastardized Christianity like Koresh's group the "Branch Davidians" or warped and twisted Hinduism like the "Hari Krishnas" as the language to their self-serving, ideologically-based communes.

It needs to be clarified to fully understand the case, because the "Kabbalah Centre," the primary business entity acting as a front for the defendants as a religious organization as a front for a cult, as a front for racketeering conspiracies, will be proven at trial.

Having shown the difference between religions and cults, and what is implicitly predatory and detrimental to the public about cults, I direct you to the question of whether or not the term applies to the "Kabbalah Centre." If we can agree that cults do exist as a given to use as a starting place then there has to be some standard as a reference point. In this case, *every cult watchdog group in America as well as overseas have the defendants identified as being a cult, and a criminal one at that,* according to their expertise in cults and their expertise in this particular cult. So, either the experts are all wrong or they got it right and this group fits the bill as being a cult, by definition a harmful and predatory fringe group, by

9

definition understood to be extremist and manipulative.  As the journalist who has been their primary investigator for the past year and a half I can attest to the fact that the "Kabbalah Centre" is a cult and the defendants are cult members and cult leaders passing themselves off in society through their cynical manipulation of the media as being solid citizens devoid of radical and dangerous ideology and predatory business practices when that is in actuality very much the case, behind all the lies and deceit.

Cults like the "Church of Scientology" dispute the notion, claiming that cult watchdog groups (typically relied on as cult experts by the Government) are religiously bigoted and biased against them, avoiding the question or denying that any group is a cult and that cults do exist, flying in the face of Twentieth Century American history, containing horror story after horror story of cult groups ending badly.  There is no such thing as a good cult!

It's essential to understanding how the complex racketeering conspiracy works because like traditional organized crime, enforcers are motivated by the psychological condition of "true believerism," in this case acting on behalf of the defendants whom they consider to be the reincarnation of biblical figures, as per cult ideology.  True believersim is what drives terrorists to fly planes into buildings

10

and this case will show how Kabbalah fanatics have a propensity to commit acts of violence because of their extremist fervor which they are getting from the leadership who are the defendants.  To understand how a modern, sophisticated, global televangelist cult works we can understand the mechanics of the racketeering conspiracy alleged.

It goes to show the contrived complexity of the modern international crime ring alleged here, deliberately so as to conceal crime pattern recognition, gang rank structure, and money trails which will all be exhibited at trial.  Typical cult groups use sleazy tactics to manipulative their followers, assuming the trappings of religion as protective camouflage, brainwashing followers by playing G-d, and serving to take their money as their main purpose for existence in obscene proportions of hero worship, and this one is no exception.  It must be stated for the record that deception is their stock and trade.  The gang uses religion not only as a smokescreen to appear innocent and explain their basic manipulative scam of defrauding the "spiritually needy" with psychological tricks, but also to distract from their more serious crimes such as running protection rackets that prey on members of the community inside and outside of their own ranks.  In this way, the "Kabbalah Centre" exceeds the other cults who are content to limit their thievery to defrauding cult members and aren't also in the business of racketeering.

11

## JURISDICTION AND VENUE

This is a federal case involving federal offenses which are crimes effecting interstate commerce.  The crimes alleged cross state lines and international borders.  The honorable Court is the proper venue to hold the trial for this reason.  The venue is appropriate as all parties live in and work in the Los Angeles County area.  Ms. Ciccone maintains her primary residence in New York City and travels frequently to this jurisdiction to visit the other defendants and do business with them, maintaining a secondary residence in the area.  As a billionaire "globetrotter" she has the means to appear in court and can be further convenienced by the secondary residence she maintains in this jurisdiction.

The Central District is not ideal for my purposes because of the influence the defendants curry in the entertainment industry which is the main industry of Los Angeles County and the local attitude of permissiveness to both cults who are taken as all-powerful secret societies and of celebrity criminals who tend to be idolized and placed on pedestals.  For this reason, any other venue would give me an advantage with a jury as the Plaintiff suing celebrities, but I'm a small business owner struggling to get by and I can't afford to move myself for the trial.  The local history and current events of celebrities being allowed to get away with crimes

12

they are caught doing such as the landmark OJ Simpson case from which we can draw many parallels is cause for concern. Be that as it may, I will trust a jury with the preponderance of evidence before the honorable Court which proves guilt on the part of the defendants and establishes a causal link to the defendants for the significant damages caused to my business and property in their ongoing commission of RICO Act violations; the operation and maintenance of a global racketeering conspiracy being run out of a location in Hollywood.

## STATEMENT OF FACTS

In 2009 I opened a small business which is a home radio station and independent multi-media production company. I was at the time living in the New York City area. Radio is a tough business to make money in and my strongest material became my live performances, making a name for myself as professional stage magician around New York City at clubs and parties and on internet television and radio. My involvement with MTV, the music industry, and New York City nightlife led to my meeting and making friends with members of Ms. Ciccone's "posse" (what she calls her large entourage). They came to me as fans and knowing how influential Ms. Ciccone is to those around her, I had concluded that she was also a fan. Although I am not overly impressed with fame (which is obvious at this point) I saw an opportunity for myself as an up-and-comer to make

13

friends with and do business with Ms. Ciccone who is an "international superstar" with years of experience in the business and a keen understanding of the MTV formula which I copy, as one the networks first stars.  I remained friendly with the "posse" members for their own merit, having not made the connection to the defendant when I first had become acquainted with them.  When it dawned on me who I was partying with in the Lower East Side of New York City, a lightbulb went off over my head.  I already had an aspiring jewelry line of pieces I was designing and it seemed like the perfect fit.  Having grown up in the 1980s I was aware of Ms. Ciccone's fondness for religious relic jewelry and the Jewish culture (I happen to be a mixed Ashkenaz and Sephardic reform Jew deeply immersed in the Jewish world socially and communally through the system of self government known collectively as the "Jewish community."  Also, I am a student of Jewish history and aspiring to be an official historian.).

I was aware of the "Kabbalah Centre" and Ms. Ciccone's involvement with it because it was the Jewish talk of the town in the 1990s when her involvement in the fringe ideology put it on the map, but I at that time knew little about Kabbalah or the Kabbalah cult.  All I knew was that they borrowed from Jewish folklore and imitated our customs and that the belief system was invented by people who happened to be Jewish, like so many other ideologies.  It occurred to me at that

14

time that the defendant Ms. Ciccone would be the perfect model for my jewelry line and so I made her a special necklace with Kabbalistic meaning, i.e. a talisman. I delivered it to her through her close friend. The delivery of the necklace is documented. There was one caveat to my generosity which was that I stipulated that Ms. Ciccone was to model the necklace in public for me and to give me credit for designing it. Although the necklace was kept, a saw her picture in the New York Post newspaper days later modeling other people's clothes and accessories and giving them credit but I couldn't find my necklace listed anywhere. I asked her friend about this who just shrugged it off and apologized for her. The necklace I made clear to her is a $500 value. I sent one more letter to her through this middleman agreeing to promote Kabbalah which was what they had expected of me. I thought that I could contribute creatively because I rationalized to myself that Michelangelo was not a good Catholic. They answered in the affirmative but still I had my reservations about marketing a belief system I knew nothing about to kids and I suspected they were a cult. So, I began to do my homework on the "Kabbalah Centre."

What I found I did not like. I learned that the "Kabbalah Centre" is actually a militant and fanatical cult behind which is a racketeering conspiracy. I don't care much for cults and I don't take kindly to hoodlums running protection rackets in

Jewish neighborhoods, so I began to question their dogma, publishing articles online which did so. The articles were quickly removed by the cult and it got back to me that they had retaliated by dragging my name through the mud. The Jewish world is a small one and word travels fast. Although the cult is on the outside of it as <u>outcasts</u>, they find ways to worm back in such as cult members strategically placed to takeover editorial duties at Jewish periodicals critical of their criminal scheming. They also bribe people in gatekeeper positions in the Jewish community, a confirmed fact, some of whom are taken in by the star power of the defendants Mr. Kutcher and Ms. Ciccone or jump on the bandwagon. Their outrageous slander wreaked havoc on my personal and professional lives but I'm choosing not to sue for it or at least not at this juncture and venue. The slander serves as a red herring for them to distract from what I say and write critical of the defendants, such as the facts documented here.

I decided against doing business with Ms. Ciccone because I was beginning to learn what I was getting myself into. The more I dug, the more I was shocked to learn the truth. I write fiction in the supernatural genre which they revel in as a *voodoo cult* and this initially attracted me to the story to entertain my fanbase who take the supernatural as entertainment and fiction. I felt compelled to act because of the trouble they caused me which resulted in lost business in 2009 and out of

16

sympathy for my Jewish compatriots who have been long suffering under their yoke, reporting all sorts of personal victimization stories to myself and others. The defendants' Jewish targets represent only a fraction of their victims, with the majority being gentiles, women, children, whites, Hispanics, and entertainment industry professionals at the top of the list. I had the bright idea to document the cult on film not only for the entertainment value that self-styled "witches" and "wizards" provide, but to bring them to justice and put an end to the epidemic of victimization in the community.

At this time my life changed drastically. I gave a media interview in front of their "centre," the New York City satellite location on 48th Street in which I accused them of thievery, fraud, and racketeering. I was physically confronted by a group of "students" (cult members) led by a large man dressed in the manner of Ms. Ciccone's personal Kabbalah fashion, a snap-brim cap and argyle. (The standard uniform for the diehards and the models they pay off to pad their numbers is to typically dress in all red and white draped in talismans, with red string bracelets, white shoes, white suits, and red peppercorn amulets, often times covering their heads in imitation of Jews and also wearing sunglasses.). The goon invaded my personal space in his arguing with me, taking a step into it in an aggressive manner and he and the others surrounded me trying to run me off the sidewalk. This was

17

all caught on tape. I very loudly complained that the Bergs (Yehuda, Karen, Phil, and Michael Berg) were "criminals" and that I wanted to confront them over the slander they unleashed on me which I would rather not repeat here. One of the "students" I later learned had assaulted my camera man by dropping a lit cigarette into his pocket, which is also caught on tape. My camera man was keeping his peace and only filming. He did not attack them in any way.

The confrontation and first media interview alleging racketeering were around this time last year. Two days later, defendant Michael Berg posted a statement on his website referring to "The Opponent." I learned that this was one of their buzzwords for a *demonic spirit* which possess the cult members who they are supposed to be in battle with that wants them to do bad things and that the cult leaders alternately apply the term externally to critics and rivals when it suits them. There is documentation of this. In the past, fanatical cult members have acted on this basis to the point of murder.

A hardcore Kabbalah cult member committed multiple homicides as part of a failed Kabbalah exorcism aimed at "outsiders" of the cult, a former boyfriend and family member who she was under the impression were demonically possessed. It's consistent with their ideology of demonology which they pass off publicly as

18

being New Age self-help mumbo jumbo, the goal of mumbo jumbo being to confuse the listener. Really it is both of these things. This is the Cult of New Age Voodoo which is global, takes different names, and is based in Southern California.

At the trial the deranged cult member implicated the Kabbalah cult, alleging that they put her up to the murders. She was convicted of murder, written off as a schizophrenic, and sentenced to imprisonment in a home for the criminally insane. Her insanity was used as a defense, not to clear the woman, but to exonerate the cult from any wrong doing. From what I gather she may have been personally acquainted with Ms. Ciccone and possibly also some or all of the Bergs. She was a hardcore follower of Ms. Ciccone and the Bergs who are presented as being Messianic figures to be worshipped by the brainwashed cult members. The dogma of the cult stresses the need to use force to "confront" "evil." It's a pattern of fanatically-inspired violence existing around the world which is the main theme of the documentary film I am struggle against which to produce.

The woman accused the "Kabbalah Centre" of "controlling her." In fact they do brainwash their followers using Chinese "Thought Reform" techniques, the same ones used against our boys in Korea and Viet Nam which is how we even learned

19

of this in the West.  The Chinese word for it translates to **brain wash** and I have it caught on tape, examples of the defendants brainwashing cult members. Sometimes it doesn't take which causes "freak outs" and I also have documentation to support this, cult members undergoing brainwashing and having adverse reactions which causes them to "snap," to radically shift their personality and behave erratically, often times creating public spectacles resembling extreme nervous breakdowns and involving others.

After reporting on the defendants' criminal activity this time last year and seeing "The Opponent" referred to shortly thereafter on the Kabbalah website, a campaign of harassment began coming from the fanatical cult members acting as and declaring themselves to be agents of the defendants.  One of the first was a man claiming to be a personal friend of Ms. Ciccone's.  He repeatedly sent me hate mail and is a regular attendee at the 48th Street location Ms. Ciccone also frequents. They were both at the location on the night of the assault.  All of the letters I got repeated the same main themes suggesting a letter writing campaign and/or organized concerted activity.  The letters at this point were not threatening but they were harassing in their tone and persistence.  Quickly they became threatening, threatening to remove my content from the internet through censorship and computer hacking.  I found that there was some evidence that computer hacking

played a role in their somewhat successful censorship campaign against me, because I learned the digital format and know how to read it. Much of the digital content I produce and distribute online was and is, deleted, blocked, censored, removed, or otherwise destroyed.

At this time I got another surprise. One of my earliest and most devout fans a David Weber had suggested in a friendly way that I change my tune in regards to the cult. I though he was giving me editorial and creative feedback as a fan and fellow writer, having carried on a penpal relationship with him where I answered his fanmail. He soon revealed that he was not motivated by creative critique but was actually a member of the cult. He also had it in his head that I was discriminating against gentiles and wanted to jealously guard Kabbalah as a Jewish secret (a reference to inter-Kabbalah sectarian fighting) when in fact I don't consider Kabbalah to be Jewish other its questionable origins and mimicry of Jewish customs. In fact, I find it to be not only not a part of the Jewish religion but in fact against it. By then I was gaining quite a reputation inside of the cult. This would not be the last time I was approached by an agent of the defendants' wanting me to change my story about them and gaining my confidence first by concealing their Kabbalah cult affiliation. I indicated to Mr. Weber that I was sticking to my guns and that was the last I heard of him.

21

Around this time I attended a party in New York City for young Jewish people.  At this event I was accosted by radical Kabbalah cult members in red string bracelets who had security throw me out, though I had done nothing to warrant forcibly removal and was in good standing with the hosts of the affair as a longtime friend, supporter, charitable donor, and board member on the charity.  Later I found out that they were paid off by the cult to embarrass me in this way and provoke a physical confrontation between myself and the bouncers.  I know this because it was relayed to me by event promoters.  I know one of the radicals to be a propagandist for the cult, meaning that he is an employee and associate if the defendants and I know him through his role in the media to be close to the cult leadership.  *This would not be the last time hired muscle was used to retaliate against me in a physical assault for reporting the truth about the Kabbalah cult.*

I began to dig deeper into the history and background of defendants, being shocked to learn that they are part of a wider network which is the Cult of New Age Voodoo, harboring radical magical beliefs and militancy.  That's when the investigation became fulltime and I dedicated my time and life savings to the film, knowing that it would make a wild story to tell which would please my fans of the supernatural genre but also warn the public about what is a crime wave.  I started

asking questions, interviewing past and current Kabbalah cult members and witnesses. I steered my career in the direction of investigative reporting and put other creative projects on the back burner. I might add that I have a background in journalism having graduated with a bachelors degree from the same program at the same school as NBC's Chris Matthews, of *To Catch a Predator* fame. I also have experience running successful investigations and the motion picture still in production is an investigative report expose feature film on the defendants. I set out then back in February of 2010 to build up a criminal case for the Government. The film incriminates the defendants who stand a lot to loose and the project is what they are attacking, as well as me personally, and all of my business and media. I have rights as a journalist to report the news, to do so *honesty*, and a duty to warn the public.

I'm not too keen on religious fanatics, cults, con artists, and bigots, least of all anti-Semites and even less when they attack me personally so I'm including this information because I can foresee my motives being questioned because the defendants are high profile and I work in the media. For the record, the defendants celebrity status bring more harm than good in my pressing of this case for me as the Plaintiff and an entertainment industry professional, especially when I am so independent meaning unestablished and at the bottom of the world they sit on top

of.  The connection to celebrity is incidental to my claim for reimbursement for the damages caused by the defendants and the justice to be had.  I learned the cold, hard truth that the organization imitating Jewish customs like "monkey see, monkey do" is into nazism and spreading it around, like the weirdos that they are.

In May of 2010 I kicked the investigation up a notch, moving myself and my production company to the Los Angeles area, LA being the Vatican, so to speak, for this international crime conspiracy.  By then I had received several reports about protection rackets being run by the defendant Phil Berg in Queens, Brooklyn, Manhattan, New Jersey, and elsewhere.  I heard he was shaking down Jewish people beyond his own brainwashed followers who take him as a prophet, and I decided to do something about this, stockpiling the evidence.

The film which I've been working on is only so long and the rest of material is evidence I have been saving for federal racketeering investigators and for trial. When I arrived in Los Angeles the stalker tactics coming from agents of the defendants really increased.  I'm stating for the record that I never once bothered any of them at home or harassed them in any way.  I speak my mind about them in the media and they can't handle it because everyone else brownnoses them.

24

At first it was just more of the same cyber attacks. Around this time I received an email from Kabbalah cult members that "we have your IP address" (underline added for emphasis) referring to the identifying serial number located deep inside a computer which takes illegal hacking to obtain. I also find it menacing as anonymous hackers affiliated with the cult were implying that they were tracking me down.

I had met several Kabbalah cult members who were willing to be interviewed by me off the record and behind the scenes. They reported to me that I was both famous and infamous inside the cult and that my reputation was for being out to get the Bergs (the royal family of the Kabbalah cult). They told me that the Bergs were still at it slandering me viscously. These same cult members confessed to me that they considered the Bergs to be "criminals" but they were in love with the magical belief system of Kabbalah and had made friends there so they remained committed.

Because I'm an independent producer and the film project is low budget and because I moved to town not knowing hardly anyone, I turned to Craigslist, the popular online bulletin board, for recruitment to work on the film. In other words, job applicants came to me.

25

I hired a husband and wife team called "Launch Flix." I was mostly dealing with the husband, Hayden Houser and his wife Stephanie Houser was someone whom I met later. This was for a period beginning at the start of August 2010 and ending at the end of the month. Mr. Houser seemed like a reasonable man. What really stood out about their job application which I let them know of was Mrs. Houser's work as a Holocaust educator. As a patriotic Jew, history buff, and someone who is socially conscious, I was quite impressed. I certainly identified with telling a controversial story. I later learned that Mrs. Houser's Holocaust advocacy is among her many lies and fraudulent business practices.

This couple took a job with me as production crew working on the film. They signed a contract with me to do a Michael Moore-style investigative expose on the other defendants and represented themselves as having no conflicts of interest. I saved the evidence. The husband worked for me as a cameraman and editor and his wife was the boss of their company "Launch Flix," as they filled the role of freelance subcontractors. It's not uncommon for people working in the entertainment industry to name drop and they mentioned to me on several occasions that they were making a movie with the comedian and producer Jeff Garlin. He's co-creator of my favorite show on television of all time, *Curb Your*

26

*Enthusiasm*, so not only was my guard way down but I was impressed that they were apparently good enough to work with one of the best, especially as they were new in town from Arizona and not all that experienced.

I took a two day trip to Las Vegas with Mr. Houser to film a scene for the picture at the Las Vegas Museum of Natural History. It was a once in a lifetime opportunity as the exhibit was only there for a limited time. Along the way I went over the investigation with him during the drive to and from. During the shoot Mr. Houser was argumentative with me which I simply took as his inability to take direction. Up until this point when we had been preparing, he was easy to get along with. The shoot itself was time sensitive and it didn't go as well as planned because of his seemingly odd suggestions which I have caught on tape. I saved the evidence.

For example, Mr. Houser tells me in one scene to look off camera during my narration and "pretend that the camera isn't even here." I was puzzled on the spot because there was no second camera which he was referring to. Had I not questioned it, I would have lost the scene entirely because it would have came out wrong to have a narrator in a museum directing his speech off to the distance instead of to the audience, but without my catching it it would have seemed as

27

though there *was* a second camera and the footage got lost, when in fact there was

only one camera and he was lying to trip me up when I needed him most, a one

time chance to film at the location before returning to Los Angeles.

I was in costume at the museum and had given Mr. Houser my personal belongings

to hold onto which he put in his bag, because my costume had no pockets. He

drove me back to Circus Circus Hotel and Casino to change clothes and check out

at about 2:00 in the afternoon. In his bag were my car keys, the keys to my

apartment, checkbook, cellphone, and wallet with ATM card, driver's license, and

credit cards, as well as identifying documents like library cards and a gym

membership card. As I jumped out of his SUV to go and change into my street

clothes and check out, it occurred to me that as his boss I had neglected to mention

where we should meet up. I quickly put the thought out of my head as I assumed

he would simply just meet me in the hotel lobby like a normal person. When he

never showed up I got worried. Here I was a long way from home with no cell

phone, no wallet, no credit cards, no cash, no ATM cards, no checkbook, and no

keys to my car and home. I also had no car as he was my ride and no way of

getting home, least of all without ID and money to pay for what I was dreading

would be a very expensive cab ride. I saved the evidence.

I employed the help of the front desk at the hotel lobby. They had Mr. Houser paged several times over the intercom and there was no answer. Then I scoured the parking lot to find no sign of Mr. Houser and my ID. I had security out looking for him in their trucks, circling the premises, and they were coming up empty handed. You can imagine my mindstate at this time. Using the internet on the computer at the concierge's desk, I located his cell phone number which was otherwise in my missing phone. I called Mr. Houser several times on the concierge's line leaving urgent voicemails which he did not answer. When that didn't work I tried Mrs. Houser. She offered no explanation and just said that she would reach him. About five went by and Mr. Houser finally had his phone switched back on and agreed to return to the hotel to pick up his stranded boss.

When he returned to the hotel to come get me, he offered me a lame excuse for why he was *missing for two hours* at my expense and *with my ID*. According to his statement to me, he had returned to my already checked out of hotel room and was waiting for me there, contrary to what most people would have done when traveling with a companion. After I failed to return to the room I checked out of, he decided to go leave the hotel and go have lunch somewhere else, so he said. That was the only explanation I got and I bit my tongue, as he was my way of getting back home to LA. As I was hungry, and to test his alibi, I treated him to

29

lunch and he accepted, despite the cover story about having been at lunch.  I had

paid for his gas, room at the hotel, and food along the way for which I was not

reimibursed.  I was beginning to seriously doubt his employment with my

company and resolved to table the issue for the time being.  I'm not a pushover as a

boss but time is of the essence in motion picture production and sometimes work

needs to get done before sorting out personnel issues.


When I returned to LA we began editing the footage at the Houser's apartment in

Hollywood.  Before that we held our sessions in my home office in Venice Beach.

It was at this time that I first met the brains of the operation Mrs. Houser face-to-

face.  Her demeanor towards me I would describe as abnormal and I noticed

several Kabbalah books on her bookshelf.  With all naivete I assumed that she was

not a cult member and that we could work together, that I could employ a

Kabbalist who would benefit from my expose by sobering up.  Yet, my suspicions

were mounting about these two.  I put it out of my head and focused on the task at

hand, editing the footage from the Vegas shoot which was my priority.


Mrs. Houser gave me a book she has written about the Holocaust and I had

discussed Holocaust education with both husband and wife, Mr. Houser being of

the Anglo-Saxon persuasion and Mrs. Houser being of the Jewish persuasion and

30

stating to me that she has close family members who were Holocaust survivors.

We had discussed the matter of historical revisionism, how Holocaust deniers rewrite history to disprove the Holocaust as a hoax, fan flames of hatred against the Jews, and wash the blood off the hands of the Third Reich.  Mrs. Houser was routinely invited to their conferences which I assumed was to debate them.  I was wrong in that assumption.

I began editing the content with Mr. Houser.  Mr. Houser was wasting valuable production time second guessing the majority of my directions after I had made it clear to him the proper manner in which to submit creative requests, of which there was little latitude.  I sent Mr. Houser an email later that evening telling him in no uncertain terms to not make any cuts to the film without first checking with me.  I sent the letter because I was beginning to suspect him of deliberately sandbagging the project and was afraid he would tamper with footage as a result of being in league with Mr. Kutcher, Ms. Ciccone, and the Berg family as I was highly suspicious of Mrs. Housers' collection of Kabbalah books and her abnormal demeanor.

I had just about had it with these two when I returned for day number two of

31

editing in the home offices of "Launch Flix." <u>Mrs. Houser admitted to me that she</u> <u>had visited the "Kabbalah Centre" in Hollywood and wanted to join.</u> When I told her it was a cult she scoffed and said "I'm pretty sure they're not going to brainwash me." The theme of the documentary was about Kabbalah fanaticism and how their hardcore followers are violent and working for the Bergs, Mr. Kutcher, and Ms. Ciccone as enforcers. I knew I was going to have to question these two. When it came time to edit footage having to do with the human trafficking conspiracy alleged and SIDS, Mr. Houser had an emotional reaction. It came out that the two of them knew something about this being barren and this is how they were roped into what is a <u>fertility cult</u>, preying on childless couples whom I am alleging they <u>sell children to on the black market</u>. I'll elaborate on the human trafficking counts later. I learned that *the Housers were actually fanatical Kabbalah cult members* and this was the end of our working relationship. I had suspected the wife was a believer, but I didn't realize then how far she would go. I was still underestimating the level of fanaticism existent of the fringes of the fringe movement.

"Launch Flix" refunded the money I had paid them, not including the trip to Vegas. When I had it out with them over their affiliation to defendants Mr. Kutcher, Ms. Ciccone, and the Berg family, I also demanded an explanation as to where was Mr.

Houser when he disappeared for two hours in Las Vegas with my wallet including my ID information and credit card information and what was he doing with it? I did not get an explanation. When I returned home I noticed that Mr. and Mrs. Houser had stolen a prop necessary for the show I was to perform that evening. I contacted them asking for the return of it so that I could perform, not being able to go on without it as a stage magician and got no reply. The prop was never returned. I saved the evidence. They also threatened to blackball me from the film festivals they work on, in violation of the Sherman Act, another violation of the RICO Act which is a predicate act.

Having been previously focused on production, I took a look at Mrs. Houser's book on the Holocaust. Apparently she is of the same radical and anti-Semitic mindset as Mrs. Berg and ranking Kabbalah lieutenant Eitan Yardeni who blame the Jewish victims of nazi death camps for their own demise. In this radical strain of Kabbalah, the Jews "brought it on themselves" for the sin of being nonbelievers in Kabbalah. Well, at least they acknowledge the fact that Kabbalah is not a part of the Jewish tradition, contrary to the myth the cult propaganda machine cranks out. Mrs. Houser is a Holocaust revisionist, helping Holocaust deniers to refute the entire historic tragedy and along the way fooling people in the Jewish community who actually gave her an award for her "education." My proof is the revisionist

33

book she wrote.  Anti-Semitism is relevant to their fraud and their motive for particularly targeting Jewish people with various scams and violence, according to my personal experience and statements given by witnesses.

This case is not about politics but it goes to the defendants' fraud and motives, because I'm acting on behalf of the Jewish people of which I am one and witnesses can testify how Jewish people have been singled out by "Jewish" cult enforcers and "rabbis" who are actually characters with shady backgrounds given Hebrew names by the Messianic cult leader who calls himself Phil Berg, a common trick of the voodoo priest to mix paganism with the bible, being called "white magic" by the Kabbalists and "witchcraft" by the rest of us who are not drinking the koolaid. According to cult dogma, Jesus Christ practiced Kabbalah and the miracles were sorcery, despite there being no scripture to support this other than what has been contrived in recent years by the professional con artists running the RICO conspiracy.  It's relevant to their fraud and deceptive business practices and how they brainwash followers into worshipping them to be exploited as enforcers and slave labor.

I began looking deeper into the Houser family's background.  Mrs. Houser was a member of a Kabbalah cult in Arizona in business with them which I can prove.

34

I contacted Jeff Garlin's people, the comic and producer "Launch Flix" professed to be in business with. There never was any movie. I saved the evidence.

Further digging revealed that a company called "Launch Photos" was working for the defendants Mr. Kutcher, Ms. Ciccone, and the Bergs producing advertisements for their fraudulent merchandise, implicating the Housers in the wire fraud, mail fraud, consumer fraud scam, and conspiracy charge, and connecting the other defendants to the act of sabotage. The propaganda relates to the hysterical Kabbalah doctrine involving SIDS and infertility, just what the Housers indicated to me on their last night of employment was their motivation for joining the cult and sabotaging the film project having had their lives touched by the medical mystery. I saved the evidence.

Besides ruining my show for that one night and stealing trade secrets (as well as the attempts to misdirect me on camera during a one day only shoot) there was more damage to my business and my film. After just having notified Mr. and Mrs. Houser to not cut film via timestamped email letter, I opened the files to find that they had cut film right after I had instructed them not to. That is to say, the film is tampered with. I saved the evidence.

It just so happened to be the first scene at the time wherein I accuse the defendants the Berg family as being responsible for inciting their fanatical followers to violence.  The scene is now unusable because the visual is ripped out of it, leaving only the sound.  I took my computer to the Apple store (I own a Macbook).  I had them save the screen to indicate when exactly the tampering occurred.  Not that I would have been able to destroy my own production had I wanted to.  I do not own the necessary software to make changes and am bad at using computers which is why I hire out assistant editors rather than do it all myself.  I saved the evidence.

Shortly thereafter my credit card was flagged for fraud activity as having unauthorized charges.  I was told by my credit card company that thieves used computers to conceal where they were working from and had made small purchases at first to test the waters.  I had the incident documented with my credit card company and the hotel where the theft of my information transpired.  Because the fraud was caught in time, the unauthorized charges did not go through but the identity itself remains compromised.  I saved the evidence.  It bares noting that the defendants are implicated in the case of Mr. Anthony Pellicano who is doing time now for among other things, computer fraud and identity theft.  Often time identity thieves work as part of large computer savvy rings.  In his former line of work Mr.

Houser taught digital technology at a college in Arizona.

After the Houser incident the pressure on me began to heat up.  I put the job back on the street and more and more Kabbalah cult members applied to work for me. They would find me, which is not hard at all considering that they have my IP address, as they told me in the menacing email.  I would post the ads anonymously and they would find them and either apply as Kabbalists or flag the job postings for removal from Craigslist, with no explanation from Craigslist as to why this kept happening.  The ads themselves were nondescript in innocuous and therefore did not warrant flagging and removal.  I'm alleging that it was another act of sabotage on the part of the fanatics working for the defendants.  I saved the evidence.

To go through bogus job applications costed me time which is a precious commodity on film production.  The fanatics seemed to follow me wherever I went online.  They continue to either complain to website domain hosts that my media is "offensive" (whether or not I report on the defendants' criminal activity or even touch the issue of Kabbalah, I do produce non-Kabbalah cult related media content) or, failing that, they simply hack into whatever website and delete my material.  It happens quite frequently.  It's hard to prove exactly who is doing it as it anonymous and remote, but they let me know they are acting on behalf of the

37

defendants stating so and even referring to them by name.

After the Houser incident I was approached by another fanatical Kaballah cult member in late August. Her name is Michelle DiGiacomo from Chicago, Illinois. She hounded me on a nearly daily basis to put her daughter in the picture, though it was pretty obvious to me that Ms. DiGiacomo was a fanatical Kabbalist although she denied it, barely trying to hide it. She wore the uniform red string bracelet on her left wrist knotted seven "magical" times and played dumb about the meaning of it. Ms. DiGiacomo never removes the bracelet and bathes in it although it is porous, the mark of the radical Kabbalist. Although she advertises her affiliation with the Kabbalah cult on her wrist, she claimed that she never heard about them or the meaning of the string she refuses to remove. Logic tells us that someone would have mentioned it to her or asked her about it at some point in time, not that I bought her story for a second. An investigation into her background turned up radical Kabbalah belief, as if it wasn't already obvious. As with any ideology, there are levels of fervor. I'm contrasting the radical Kabbalists with the majority who take a more casual interest in it, such as believing in numerology (lucky numbers) and astrology, without adhering to hysterical demonology.

Ms. DiGiacomo told me she was staying at the Beverly Hills Country Club while

38

she was in town. As with all others, she found me, showing up at a Venice Beach hang-out of mine and returning there several times looking for me. She would email and phone incessantly, with questions about the film project and trying to get involved in it through her adolescent daughter who she wanted me to film. When she heard that an acquaintance of mine was involved with the project, she made fast friends with him and started calling him every day asking questions about me. He reported this to me. The stalking went on for about a week with Ms. DiGiacomo before she returned to Chicago.

I checked her out and found her to be running a shady charity through a website. It has to do with "protecting children," a rallying cry for the defendants who use it to play with people's emotions and justify their brainwashing of children "educational" programs, as well as recruit childless parents for the adoption racket. In reality, I have evidence of these same "protectors" abusing children. Ms. Ciccone was sued in 1990 for beating up and choking a twelve-year-old boy. It's also relevant that Ms. Ciccone is the key point person in several childcare "programs" for the cult as well as seducing a little boy in her music video, displaying inappropriate sexual images of herself where her kids can see in her home, and for the past thirty years has been masturbating on stage at her all ages shows. I have a recent photograph of her which I can only describe as her abusing

a child and it's relevant to the human trafficking charge because her fitness as a mother or lack thereof fits into the black market adoption conspiracy which is being alleged. The system fails to grant her custody because she is an unstable pornographer so she has to go around it, meaning that laws are broken. It's a fact that she was found to be an unfit mother by the courts. I also don't find her "posse"of known drug addicts, murderers, and sexual deviants anyplace for the children she collects like baseball cards. Common sense is my yardstick. It's highly relevant to my case because my investigation into the "charity" she runs for the cult, "Raising Malawi" is in panic mode because my film is blowing the lid off of it and I'm alleging that this is one of the main reasons for the sabotage, harassment, and extortionate demands made on my company. This was reported to me from sources inside the cult and close the top brass. I'll delve more into my evidence of human trafficking later.

Anyways, Kabbalah cult member and stalker Ms. DiGiacomo's "charity" consists of her, a website, and a Paypal account, exaclty like Ms. Houser's Holocaust "charity" which I have a few questions about when she is to be called as a witness. The defendant Ms. Heidenreich also runs a similar online "charity."

After this it was fall of 2010. I had a handful of replacement employees quit out of

40

fear of the defendants, for example citing their reputation for resorting to "unorthodox tactics." The harassment on the internet continued, with cult members *declaring themselves for the defendants* following me from website to website with annoying hatemail, threats of computer hacking and censorship, demands that I change my story, etc. Some of them would find me at my local hang-out in Venice Beach. One was a young lady who I had sex with on the same day as meeting her. She was an exotic dancer in the cult and I'm aware that they routinely use sex as a recruitment tool, which is a documented fact thanks to Ms. Ciccone who acts as one of their top concubines. They have known prostitutes among them as hardcore followers. I know about the exotic dancer's involvement with the defendants because she discussed it with me. She tried to convince me to change my tune and promote the cult, their leaders, and ideology and as always I refused. She appeared to be brainwashed and was regurgitating their propaganda. Either that or I just haven't "seen the light." I'm not complaining about this tactic and I find it favorable to the hacking of my computer and extortion. It's one of the many sleazy ways they manipulate people with whom they come in contact, such as new recruits (victimized by the Ponzi scheme) and investigative reporters who would otherwise reveal the truth, tip off law enforcement, and warn the public. Sex also may well have been used to solicit donations for the childrens' charities. There are many ways to buy silence and corrupt.

41

Around this time it was reported to me by a journalistic source in the intelligence community that the "Kabbalah Centre" was working with one of my neighbors. Shortly thereafter, in having a casual conversation with my downstairs neighbor Donnie (last name unknown) it was revealed that this waiter became a filmmaker overnight, with his first client being *the Berg family*. He told me that he had met all of the Bergs, including Phil, and that he was with them. This was at the "Kabbalah Centre" world headquarters in Hollywood, where he was being paid to produce a propaganda piece for them.

I had first met Donnie when I moved into the building because I like to introduce myself to the neighbors. I had got his story at the time and at that time he was *not* a filmmaker nor was he aspiring to be one, at that time. They know where I live and recruited him to work for them, despite his lack of qualifications being a professional waiter. Since then he has mentioned to me several times that his girlfriend "Rita" wants to meet and interview me on camera about the Bergs because she heard of me. She is also an employee of the Bergs. It was not explained what exactly the tape was for or who it was for. I never gave them an interview. I see Donnie around now and then and say "hello." We remain cordial in a neighborly way.

42

At this time which was September of 2010 I received an anonymous phone call form a man claiming to be an Israeli and a *close personal friend of the Berg family*, as well as being a member of their group.  At first he pretended to be applying for the job of assistant editor on the film project.  Then he revealed himself and warned me to stop reporting on the "Kabbalah Centre."  I was told "The people you are asking questions about are friends of mine.  They are my good friends.  I am friends with the Bergs.  I know all of them, Phil, Michael, Karen, and Yehuda Berg.  I've known them for a long time.  I see them all the time.  I was just in Israel with Yehuda Berg.  You're getting them in trouble.  You shouldn't be talking about these things.  You shouldn't be talking about these things.  Don't talk about these things.  I'm not going to let you get my friends in trouble."

I told him "Stop talking about these things?  I'm making a *movie* about these things, how's that?  Tell your little friends there's no stopping me or this picture."  At that point I hung up the phone.  Although he never gave his name, he did have an Israeli accent and said that he got my phone number from the Center for Jewish Culture in Los Angeles.  I had reached out to them previously to hire from, as the picture delves into Jewish folklore.  When I contacted the Center for Jewish Culture, nobody knew anything.  There was another Kabbalist who got my phone

43

number from them, so he said.  I called to complain to them to stop giving my number out to Kabbalists, as they understood up front it was a sensitive investigative report which they agreed with upfront, so they said.  I had instructed them right off the bat not to give my number out to members of the Kabbalah cult for obvious reasons.

*After being warned to drop the story and refusing, I days later found a red rope on my doorstep which I took to be a threatening message sent be the defendants.*  The red string bracelet is their uniform and mascot, a "magical" talisman.  Rope is used for hanging and strangling people, which is how I took the message.  I did not save the rope, fearing to pick up the object, for fear that it might contain poison or be a murder weapon.  This was the same "Kabbalah bracelet" worn my Ms. DiGiacomo when she stalked me.  It's the same bracelet defendant Mr. Kutcher has gotten into big blow-ups over, to the point of pushing it on others and making a scene as he threw a temper tantrum on more than one occasion over the red string Kabbalah bracelet, according to industry trade publications.  Although only about a half a dozen entertainers where the bracelet, Mr. Kutcher is the only one to make a big deal of it, to the point of warranting reporting in trade publications.  I ignored the Kabbalah warning and continued to interview cult members behind the scenes.

44

In or around late October, early November, I was dining at another hang-out of mine, a restaurant where I have dinner at about once a week whose name and address I am leaving out of this document. The establishment is near my home. I was followed in by a man and woman team I recognized as radical Kabbalists, given their attire which included much voodoo iconography and the signature red string bracelet amulet worn on the left wrist and knotted seven times.

They walked in the door and sat down at the table in front of mine. They were looking at me as if they knew me. The man was facing me and his female companion had her back to me. Both of them wore jewelry made out of bones and fake skulls which I recognize as voodoo artifacts, the true face of Kabbalah behind the banner of New Age and Jewishness. The man wore a large numerological (Kabbalistic) symbol around his neck. The woman turned all the way around in her seat to face me. She looked me in the eye and sneered. Then she got up and went to the bathroom. <u>At this point the man pulled out a large knife.</u> He didn't say a word but he pointed it at me, still seated, and waving it around about five feet from where I was sitting. I got up and walked out the door.

I did not report the incident to the Los Angeles Police Department at the time. <u>I will report it to federal investigators and pick the assailants out of a line up.</u> I

45

memorized their faces and can give a vivid description to sketch artists or draw them myself.

In January of 2011 I met the defendant Ms. Heidenreich of "Cinetic," a young lady who had moved into my apartment building living two doors down from me on the same floor. She initially had approached me with a damsel in distress routine, taking advantage of my good nature. We got to talking and she casually dropped her impressive film credentials. It seemed like the perfect fit because Ms. Heidenreich was so conveniently located, she was able to help film as well as edit, and when she mentioned to me that she had worked on Michael Moore and Morgan Spurlock films, it sealed the deal for me. Mr. Spurlock is like Michael Moore, they are the number one and number two documentary filmmakers in America and I'm making a documentary film. I was definitely impressed that I was hiring someone with such relevant experience and with connections to the Sundance Film Festival which I indicated to Ms. Heidenreich was a big part of my marketing strategy which I was asking for her help with.

I explained to her about the trouble on the set, the ones who quit out of fear of cult reprisals, the incident with the Housers damaging footage they tampered with to cover for the Bergs and misleading me in Breach of Contract when they had failed

46

to disclose their cult affiliation with the defendants.  When I told Ms. Heidenreich they gave the money back she replied "I definitely won't be."  At the time I didn't know what she meant and thought she was joking.  I explained to her the need for tight security because the investigation was ongoing and the targets being capable of anything.  She agreed submit to a background check and her references checked out.  She seemed very normal and portrayed herself as being sympathetic to my cause, which was a point in her favor helping her to get the job.

What happened after that mirrors events depicted in the recent film *The Social Network*.  I include the reference because many people I know have seen the film and it illustrates the events which I am describing.  In the film adaptation of the story of facebook founder and CEO Mark Zuckerberg, he strings along employers he signed a contract with pretending to be working on their project to get the drop on them competitively, causing an unnecessary slowdown.  The illegal slowdowns from Ms. Heidenreich and "Launch Flix" costed me two months of work (as they both went on for four weeks in each case) on a time sensitive project.  Furthermore, Ms. Heidenreich was well aware that I needed to get a scene completed to showcase to investors in order to get paid myself and to underwrite the project which is at this point my company's primary holding and investment.  The production delays are also making me look bad to business partners associated

with the project.

For two weeks Ms. Heidenreich strung me along that she was busy working on the
job I gave her. She told me that she wasn't ready to start editing because it was
taking her a long time to download digital footage. I didn't understand at that the
time that it's as quick and as easy as pointing and clicking, but I took her for her
word she was not ready to begin cutting, editing, the job she was paid for, the I
trusted her and waited patiently for what she told me was necessary preparation.
She had signed a contract with me containing confidentiality and Conflict of
Interest clauses. I saved the evidence. She denied having any involvement with
the other defendants when she took the job. She was given inside information into
my company and the investigation, as were the Housers. These were details that I
did not want anyone to know, least of all the defendants and this was obvious. I
had Ms. Heidenreich working for me on the basis of the honor system, meaning
that she was responsible for the record keeping of her own hours of work and with
flextime. Into her second week of employment she started missing a lot of work.
She had been paid for work as of then unseen in the amount of $250 and was
entrusted with reels of digital content belonging to my company for use in the film
and in court. I was unhappy that she was canceling so much so soon, but I had
agreed to a flextime policy to convenience her and wanted to cut her some slack

48

because of her connection to Sundance which I valued.  I thought that she was abusing the flextime policy because she understood I have a timetable for completion.

She asked me for permission to take a vacation in February.  I agreed and the trip was supposed to have been for five days.  When five days came and went with no sign of Ms. Heidenreich I became concerned.  At this time I could not have replaced her had I wanted to, because my movie was locked up in her apartment. Five days turned into ten and she didn't even bother to call.  I resolved to lay down the law when she returned and take it from there.  Upon her return she sent me a voicemail message where she was quitting, giving being "too busy" as her explanation.  She was contracted to do the job from start to finish and when she had previously missed work had reassured me that she was committed to the project.

I held my tongue because she still had my film and digital content locked up in her apartment so I agreed and asked to have my property returned, the physical amount of my life savings.  Ms. Heidenreich hurriedly handed me the film and reels which I accepted.  I took them to my apartment and the first thing I did was open the files and inspect the work she had been paid $250 for.  I saw that she had not finished

49

capturing the footage I was billed for and so I approached her to finish the job. Just as with the Houser team of "Launch Flix," she had waited a month, lied in her application by misrepresenting her background and qualifications, signed a contract she knowingly and willfully breached, and topped it off by having an emotional meltdown when asked to handle footage pertaining to the human trafficking conspiracy being alleged.  As the case may be, it is evidentiary footage implicating the defendant Mr. Kutcher in the human trafficking conspiracy.  I saved the evidence.  I had let her off the hook for quitting in such an unprofessional way and had paid her well and treated her well, so I was surprised and perplexed that she was <u>refusing to capture incriminating footage of Mr. Kutcher in human trafficking</u> which she was already paid specifically for, according to the invoice she prepared and emailed to me.  I saved the evidence.  I had just been fighting over the use of incriminating content with other parties who were covering for the defendants and who I will detail in this statement of facts, and so I was keenly aware of the importance of gathering this evidence for trial.

At this point I demanded that she finish the job she started and was paid for.  She refused to do the task she was already paid for.  I pointed out to Ms. Heidenreich that she had already been paid, signed a contract, and billed me specifically for having captured the content in the invoice she submitted on the honor system.

Before I knew what was going on, I'm being ambushed by the paparazzo building manager who came out of nowhere, sticking a camera in my face and <u>challenging me to fight him</u> ("C'mon, hit me!  Hit me!").  My response to him was to mind his own business.

His name is Tony Echevarria, a.k.a. Tony Vera, a.k.a. Tony Apartments, a man who is infamous in Venice Beach and in entertainment circles.  According to the LA Times his hyper-aggressive tactics were the inspiration for the State of California lowering the standard in stalker paparazzi cases.  He's pulled the "C'mon, hit me!  Hit me!" routine before on many an entertainer and by his own telling of it, (also verified by witnesses at the scene), provoked prizefighter Michael Tyson to beat him up by grabbing the pugilist's baby carriage at LAX, deliberately planning to get beat up so he could sue Mr. Tyson.  That's how the story was relayed to me by Mr. Echevarria, that he intentionally planned to provoke Mr. Tyson to attack him so that he could sue.  Only nobody told him that when you're guilty of starting the fight you get nothing, which is what the court decided.  I mention the story as it relates to this because <u>Mr. Echevarria is a known menace to the community who is violent</u> and who later told me that <u>Ms. Heidenreich put him up to the ambush by paying him off in advance</u>.  He is gang-affiliated.

51

Ms. Heidenreich knew exactly what she was getting when she solicited his services because I had discussed Mr. Echevarria's set-up of Mr. Tyson with her when she first approached me, at which time she was soliciting me to seek protection from him!  It was part of the damsel in distress routine Ms. Heidenreich used to become acquainted with me and gain my confidence, taking advantage of my chivalrous nature and value of being a good neighbor.  She appealed to me for protection from him claiming to be afraid of him and claimed that she could not turn to her live-in boyfriend Dale for help with this because Dale was reportedly too weak and would I protect her?  I did offer to help by saying that I would speak with him to make the peace if he gave her a hard time.

It's also evidence of conspiracy.  The muscle Mr. Echevarria doesn't have to know who he is working for, that Ms. Heidenreich is in business with the defendants and that what they pay her, she paid him.  It's called "layering," the construction of layers of insulation between crime bosses and street level crime.  I consider it to be assault with intent to violate RICO (extortion, witness intimidation, the theft of my company property, conspiracy, obstruction of justice pertaining to the alleged human trafficking conspiracy and racketeering charges/evidence) and Mr. Echevarria has a long history of assaulting people.  I have personally witnessed

him assault neighboring tenants on numerous occasions and I find him to be a mentally ill loose cannon, an opinion that is unanimous to all who know him. The local police are constantly investigating physical altercations involving the 6"2, 200 lb., gang-affiliated Mr. Echevarria and different members of the community. It's a regular common occurrence in my neighborhood. The intentional beating of him by former heavy weight champion Mr. Tyson speaks for itself.

Mr. Echevarria snuck up on me with the ambush. Because the assault was caught on tape its evidence on the *crimes* which were in progress and now caught on tape. First, the assault which was not legal. He broke the law when he ran up on me with a camera and dared me to hit him. Second of all, I looked straight into the camera and said I had just been stolen from by the defendant Ms. Heidenreich. Because I was snuck up on and did not see the paparazzo behind me, I had no idea I was being recorded with a live mic. My exchange with Ms. Heidenreich was caught on tape, in which I question her about Mr. Kutcher, asking "What is your relationship with Ashton Kutcher?" She could not answer and it was caught on tape. There's also second camera posted inside the building, which is a closed caption camera which recorded the ambush in my own home.

It's further evidence of the tampering with evidence in a Federal case as well as

obstruction of justice and interfering with an ongoing criminal investigation. Ms. Heidenreich was caught on tape refusing to incriminate Mr. Kutcher, which aslo implicates him, which fits his MO and pattern of sabotaging people's films over Kabbalah, as well as the incident involving *TMZ* and a missing tape incriminating him which I explain in this statement of the facts.

Ms. Heidenreich was paid to do a job which was to assist me in the editing of the film. It was understood that the content was evidence of crime I was gathering to bring criminal charges by pressing my own charges and uncovering evidence of crime for the Federal Government.

They concealed to crime on the part of Mr. Kutcher. By covering for him, they broke the RICO Act and implicated him. I can support this with documentation.

This was in late February and I still did not realize the full extent of the defendant Ms. Heidenreich of "Cinetic's" sabotage. I began looking more into her background. My suspicions were aroused that she refused to go on when the human trafficking theme came up again in the story, same as the previous *childless couple*. Although Ms. Heidenreich claimed in her job interview to have worked on Morgan Spurlock and Michael Moore films, that was a lie. I saved the evidence.

54

The internet movie database had no record of her work on those films and she would have updated it for the credit to enhance her resume had it been the truth. I can find no other records that she worked on any of their films.

Ms. Heidenreich was involved with financing one or two Morgan Spurlock films which is different from having worked on the production of it, the job she was being hired for based on this nonexistent experience. She's worked in the business for ten years and has seen thousands of scripts cross her desk. Of them, the one film she actually did executive produce is a film about human trafficking--in favor of it. It's told from the "parents" point of view and written as a human interest story about the desperate "parents" forced to go outside of the (lawful) American adoption system, which has regulations there for a reason. The film has editorial content to answer critics who question the practice of what Ms. Heidenreich and her friends call "baby brokering." She is a candidate for this herself. It's an emotional issue for all parties concerned. I have a personal connection to the issue which I'm not at liberty to discuss. I'm alleging here that Ms. Heidenreich is in the same business as the other defendants, that of *human trafficking* foreign children to be sold to rich, barren Westerners and the proof is the money trail, documented reports, and their own admissions. It violates international law as well as federal and I have to think that legitimate couples are able to adopt by going about it the

55

right way.  I'm not buying their propaganda that they have no choice but to use
extralegal, which is to say illegal means to adopt and it's a lucrative business for
the shady intermediaries selling human beings as if they were cattle.  I saved the
evidence.

As far as Ms. Heidenreich is concerned, her covering for Mr. Kutcher and his
racket was the first clue.  Her role on the film, the second.  The website for the
production includes a Paypal link ostensibly for donors to contribute to having the
film dubbed into Indian, the operation being international and extending into India,
although there is no thermometer like the one used by the United Way to chart
donations or any other sort of indication as to how much is needed to meet the goal
or how much has been raised.  It strikes me as peculiar that dubbing DVDs
requires an open-ended Paypal fundraising campaign or that the filmmakers would
even turn to the public for donations.  Ms. Heidenreich is a veteran of independent
film financing, having founded one of the premier independent film financing
companies, "Cinetic."  In the world of film financing, dubbing voiceovers is a
paltry sum which could have easily been paid for by Ms. Heidenreich, her
company "Cinetic," or any of the numerous donors whose grants contributed to the
production.  One of them is Gucci, one of the leading companies who is
contributing heavily to the "Raising Malawi" adoption racket fronted by Ms.

Ciccone and Gucci is also responsible for leading "Raising Malawi's" fundraising efforts which involve orphans. The cost to dub a film is in the low thousands. The cost to produce a movie usually runs into the millions, which is what Ms. Heidenreich is used to dealing with and directly involved with film financing, raising this capital and having the connections to get it. It's not reasonable to believe that the finished production needs additional funds for editing to which they are turning to the public for via a Paypal account. That leaves the unanswered question as to why a project involving a "baby broker" and marketing to an audience of childless couples looking to adopt is soliciting funds with no transparency and a likely cover story?

It bares notation that Ms. Heidenreich is extremely international, maintaining connections in several countries overseas. As it is, I'm covering an international crime ring operating out of the same town and in two of the same businesses as her, adoption and entertainment media. I have more to go on than circumstantial evidence. Further investigation reveals close business ties to certain leading Kabbalah cult members which she conveniently failed to disclose when signing a contract with me containing a Conflict of Interest clause which we discussed before her access to company files. These same figures identities were made known to her on her first day of employment with my company when I showed her

57

my files on the "Kabbalah Centre" as well as her asking me "Which celebrities are in the cult?" We discussed filmmaker Eddie Burns, who is a radical Kabbalah cult member along with his wife Christie Turlington and *Ms. Ciccone "posse" member in her inner circle* and Ms. Heidenreich failed to disclose her business arrangement with the weirdo in that conversation. I had recently contacted Mr. Burns to interview him about the cult. He did not respond.

This lie by omission constitutes criminal conspiracy on the part of Ms. Heidenreich who was well aware that she was hired to cover a racketeering story and that my company had been previously infiltrated by agents of the crime bosses who acted on their behalf to destroy incriminating footage of them. She stands accused of pulling the same thing and also used fraud to gain my confidence. The Supreme Court has ruled that it is illegal to gain employment under false pretenses when the employee has no intention of keeping the job, when they are driven by an agenda and an outside third party. It's a separate violation of labor law in addition to the criminal charges I am alleging which are fraud; conspiracy; conspiracy to commit human trafficking; conspiracy to commit extortion; conspiracy to commit assault to further a violations of the RICO Act; racketeering conspiracy; obstruction of justice; obstruction in a criminal investigation; tampering with evidence in a federal case; retaliating against a federal witness; violating the Sherman Act; and

58

violating the RICO Act.  She breached her contract and stole trade secrets of my

company, of a sensitive nature, as the I'm covering crime .

A week later I had a friend come over to finish the job she started because my skill

level with computer software is rock bottom.  I was shocked to learn that the task

which had taken her hours to complete according to her invoice was performed by

me in a matter of seconds when I was showed how to do it by a gentleman with

average level computer skills.  It seemed as though my suspicions were correct in

thinking her thumb to be on the scale.  I saved the evidence.

The next shock came when we went to open up the digital files entrusted to Ms.

Heidenreich.  There was $260 worth of scenes several minutes long all cut down to

seconds or in other words *destroyed to the point of being unusable*.  I saved the

evidence.  There may be more damage to the content she was entrusted with,

which I will have to go through, as there was a lot of content given to her told onto.

In addition to these acts of sabotage, Ms. Heidenreich went into the scene I told her

the Houser's had tampered with, concerning the Bergs, and tampering with it

further, labeling the damaged footage as being "voiceovers" whereas they were

audio visuals files with the video portion destroyed.  She left her electronic

fingerprints on it as I had saved back up files of the evidence which contradict the

one she tampered with.  Her electronic fingerprints show when the unauthorized and obstructionist changes were made.  Ms. Heidenreich knew it was evidence implicating the Housers and the Bergs and tying them together in the conspiracy. *She knew it was evidence I was saving for federal prosecutors*.  Labeling the scene as "voiceovers" gives the false impression that there was no sabotage and I intended for the footage to be distorted.  Considering that it was the first thing I told her about, an example of the fanaticism which is the basis of the story, she knew perfectly well what was in that file she took the liberty of covering up, obstructing justice in the process, tampering with evidence in a federal case, and implicating herself in the conspiracy.

Ms. Heidenreich signed a contract to pay a "reasonable penalty" if confidentiality was breached or Conflict of Interest and I'm also seeking damages for the lost time on this time sensitive project, which was deliberately wasted.  Getting ambushed by the psychotic paparazzo ("Hit me!  Hit me!") inside my own home was the icing on the cake.  I hold in my possession documentary evidence connecting them (Ms. Heidenreich and the other defendants) financially and personally which I will enter into the record through discovery.

The footage Ms. Heidenreich destroyed from the Las Vegas trip was irreplaceable

because the museum exhibit came and went.  The location fee cost me $500, not included the travel expense which were about a couple of hundred.  <u>When I asked her connection to Mr. Kutcher, she could not answer.</u>

Back in December of 2010, I had an interview with a TV reporter from the entertainment show *TMZ*.  *He had approached me* to give an interview about the defendant Mr. Kutcher.  In the interview I leveled several criminal charges, which are the subject of this lawsuit, and volleyed the serve to Mr. Kutcher for a rebuttal.  The *TMZ* reporter Miki Packett told me he would contact Mr. Kutcher for a response and represented to me that his program was independent of Mr. Kutcher.  The response was that the incriminating media disappeared.  I saved the evidence.  By that I mean that when I requested a copy of it, Mr. Packett could not explain where was the tape, which is not only documentation for this civil RICO case, but also any further action taken by federal prosecutors, such as a criminal RICO case which is absolutely called for.  They're guilty of tampering with evidence in a federal case to obstruct justice, obstruct a criminal investigation, and protect their rackets.  There can be no question that this is the case as the content of this lawsuit is the same as what was stated in the interview about Mr. Kutcher.  He knew about the tape because he was contacted.  He had something to do with the tapes disappearance.  They're guilty of violating the RICO Act.

In December of 2010 I was approached about appearing as a magician on a TV show pilot by Brian Johnson. I expressed some interest in the project. In January of 2011 I received the synopsis of the show. They wanted me to promote Kabbalah on the show. What they call "teaching people," I call lying to them. It has everything to do with my reputation as a talented magician, because Kabbalah is the Occult and they want people to believe that magic is real. My job as a magician is to convince the audience that magic is real and through their actions, the defendants force me to do the opposite, further causing injury to my career. I responded in the negative and I saved the evidence.

This can be taken of further evidence of the extortion conspiracy because the defendants through their agents are not only retaliating against me as a whistelblower, although they are guilty of that charge. The threats, assault, and computer hacking are illegal pressure tactics in violation of federal law with the explicit goal of forcing me to change my position on Kabbalah and bringing pressure to bare on myself and company for this reason, as the evidence shows. They've made it clear that the pressure is in connection to my reporting on their crime and questioning their doctrines and that I can be rewarded with my very own TV show and a ceasing of the harassment and economic hardship which has been

brought to bare on me, if I play ball and tow the party line. It's a clear cut violation

of the Hobbs Act and predicate to civil RICO.

In February of 2011 my neighbor who lives around the corner from me, a one Ms.

Lindsey Lohan was released from a half-way house on parole after serving ninety

(90) days for drunk driving. It was immediately reported to me that this known

former Kabbalah cult member was caught stealing a necklace from a local store. It

was all over town and having reviewed the evidence I can say it points to her guilt.

She's facing jail time and I know the woman to have been a witness to racketeering

when she went on tour with Ms. Ciccone during which it was reported to me that

federal offenses were committed for which there is documentary evidence to

corroborate. At this time I reached out to known drug addict Ms. Lohan and her

defense attorney. I approached them to cooperate as federal witnesses in this trial

civil RICO trial and a subsequent criminal RICO trail on behalf of the prosecution.

Days later, Ms. Lohan planted a news story that she was "reaffirming her faith in

Kabbalah." If that's a joke, I don't find it funny.

They have a videotape of Ms. Lohan shoplifting; they have photographs of her

later wearing the stolen property; they have a statement from a witness, a friend of

Ms. Lohan who is the one who turned her in; they have her criminal record and

recent arrests and convictions; they have the stolen property itself uncovered by local police in a search of her home; they have her status as a parolee; and they have the angry store owners pressing charges and seeking jail time. For whatever reason, the judge is granting her continuances and entertaining the notion of a trial. It is my opinion that she is getting special treatment on the basis of her celebrity status which is emboldened her to commit crimes and refuse to cooperate when she has witnessed racketeering, because she has zero fear of ever fully being punished by the system. It's making my job harder as the Plaintiff. The media makes matters worse, publishing pictorials showcasing her clothing worn in previous criminal trials she was the defendant in as if it were one big fashion show. John Gotti used to played it this way too and the RICO Act caught up with him.

Ms. Lohan's behavior mirrors that of fellow actress Winona Ryder who was similarly caught shoplifting, despite her riches, around the time she was a member of the Kabbalah cult and closely associated with the Berg family. As with Ms. Lohan, Ms. Ryder made a big joke of it modeling T-shirts celebrating the crime. The celebrity "justice" hurts my case by way of poisoning the jury pool with the unavoidable first impression that the defendants are "above the law." They revel in it, bragging about their crimes in their Twitter pages and so forth.

64

I might mention that according to Yehuda Berg in TV interviews there are no rules to Kabbalah, no codes of conduct, and no morality. Yet they still claim religious designation to the IRS. Is it any wonder that celebrity Kabbalah cult members brazenly and flagrantly break laws ordinary citizens respect? The crime of shoplifting pales in comparison to the RICO conspiracy before the honorable Court but it goes to the culture of the organization in question that does not just get away with crime, but gives license to it and later celebrates it modeling T-shirts celebrating their arrests as if they were proud to have been caught stealing. I might mention here that several ranking lieutenants in the cult have criminal records which include jail time.

For example, the defendants' chief publicist did time for fraud before being hired to contribute to their multi-million dollar public relations campaign which I have to overcome with the jury. Media relations is one of the most important divisions inside the organization which thrives on it. He's at the level of lieutenant in the hierarchy. I saved the evidence. He's not the only known fraudster selected to be on their payroll and close to the defendants. I'm alleging that they hire criminals not despite their preying on the public but because of it, not only because they are a racketeering conspiracy and this is relevant work experience in working for the defendants and their entity the "Kabbalah Centre," but the defendants are even

recruiting footsoldiers in prisons under the auspices of rehabilitation, not that they have any qualifications to rehabilitate convicted felons. They're deliberately targeting violent offenders for recruitment and they stand accused of running enforcers to be used to protect and support their rackets. I saved the evidence. Is it any wonder why many witnesses I interviewed are reluctant to press charges and/or testify against the defendants after describing to me the various ways in which they were victimized? Witnesses report to me they are physically afraid to testify against the defendants.

In January of 2011 I received information about a conspiracy to commit insurance fraud being orchestrated by the defendant Yehuda Berg and I will testify to this. My information comes from one of his co-conpirators who confessed to me during an interview. I also intend to depose the witness under subpoena. I'll cooperate with insurance investigators. I have reason to believe the witness also was a witness to other forms of fraud and racketeering committed by the defendants. I'll provide the details to federal investigators before the defendants tamper with this witness as I'm alleging they have done with Ms. Lohan.

During the months of January and February of 2011 unnamed third party media companies cancelled business with me at the behest of Ms. Ciccone and the other

66

defendants.  <u>They confirmed to me that they were asked not to sell to me on behalf</u> <u>of the defendants because the content incriminates them,</u> which is exactly why I'm using it in the film and for this trial.  To straighten out the mess with the media companies it will cost me an estimated $240,000 in legal fees.  I have a claim to the footage but I've incurred this legal debt as a result of the action taken, which clearly violates the Sherman Act, obstructs justice, obstructs an ongoing criminal investigation, tampers with federal evidence, fits the pattern of extortion and whistle blower retaliation, shows hidden racketeering influence in third parties, and violates the RICO Act.

It was business as usual between my company and these businesses until the defendants got involved.  Now, I've not only incurred massive debt which is potentially debilitating to my start-up company, I'm also loosing valuable time on the finishing the film, preventing me from garnering the return on investment for myself and employees which we have long been waiting for.  I can't even predict how long it will take for me to settle with the third parties which means I can't plan a release date which is expected of me.  It makes me look bad to investors that I'm loosing control of the direction of the film.  It damages my property, which is the film and is being used to hijack the editorial content, by proxy, consistent with the pattern exhibited.  I also have business partners and creditors to pay and it gets in

the way of moving on to new business, preventing me from making money on future projects.

These were not the actions of fans or even cult members. I had sent a friendly letter to Ms. Ciccone's publicist Liz Rosenberg in which I politely pointed out the $500 necklace which she given with the stipulation to have her likeness used in connection to the footage purchase, the context of which all parties knew was critical. I was giving her a chance to give her side of the story. I did not expect her to grant me an interview, but I extended the gesture as a courtesy, not that she's exactly Emily Post. I informed the third party media companies it was evidence of crime for a federal case and they told me they were in touch with Ms. Ciccone.

Company #1. told me that the deals had been blocked and laid the blame at her feet.

Company #2. told told me the deal was off and that "Okay, so they're (acquisitions department) covering for the guilty parties." Ms. Ciccone and the Bergs names, faces, and stories were on those tapes, along with the "Kabbalah Centre" as an entity and the guilt has to do with racketeering, fraud, kidnapping, and conspiracy.

68

The sabotage prevents me from doing business in a free market, because acquiring content is a necessary part of my media business. The damages I'm seeking is for the necessary cost of doing business, to straighten it out with these media companies, preferably settling out of court and it's a bit awkward to be using their obstructionist conduct as evidence, but it's the look I'm looking at. It's probably going to cost me more, that they're being dragged back into this but they are in the middle. There may a Company #3, but hopefully not. The actions taken violate anti-trust laws, laws protecting journalists, as well as federal criminal laws which are the predicate acts. I spoke with Counsel in one of the companies and they are agreeing to cooperate with a subpoena as they have evidence and hand it over to me for the purpose of this civil RICO trial and any criminal RICO trial.

The footage also incriminates Mr. Kutcher, who is in on the scams which were caught on tape as documentary evidence substantiates because the text refers to ongoing rackets he is involved in with Ms. Ciccone and the Bergs.

I might also mention that the incident involving agents of the defendants pulling a knife on me was not the only time I was threatened with bodily harm by cult enforcers, nor was the paparazzo confrontation the only other incident. I'm deliberately leaving the third use of violence and extortion unspecified because I

have information on the whereabouts of the assailant who is an agent of the defendants which I plan on divulging to federal investigators and after the arrest is made I'll submit it as evidence for this civil RICO trial. The man is one of the Kabbalah cult enforcers who have been terrorizing people as part of the racketeering conspiracy. Forgive me for being obtuse, but as an investigator myself I understand the job of the racketeering investigators and can reasonably predict that if I include details in this introduction, it will get back to the suspect and give him a chance to avoid capture, so I believe I am acting in the best interest of the authorities who will want to get this guy off the streets as do I.

In other words, it foreseeably assists law enforcement in doing their job for me to leave certain details out of this document because the crimes may be ongoing as are the investigations. Let's say I have evidence of other federal offenses being committed in the coarse of racketeering on the part of the defendants which I haven't yet touched on. This case is as serious as it gets and I want to serve the interest of justice and end what is a scourge. Their actions are just as devilish as their Kabbalah sorcery. Between the defendants money and star power, their international connections and all of the people along the way who have been covering for them, their international connections and friends in high places, their capacity to continue getting away with the crimes I even know about, which as

rackets are self-sustaining systems, needs to be taken into account in arriving at the correct decision to hear this case and to do so as quickly as possible. I'm well aware of what is at stake here. The evidence I have uncovered may well lead to the closing down of these ongoing rackets which are victimizing people around the world. These people have no rules and they have billions of dollars which they are investing in racketeering. It's as serious as that, despite the palmistry and cartoonish celebrities making it harder to take seriously. I regret that the slick public images of the defendants and the apathy of good men have let this problem metastasize to escalate to the level of global crime ring. I don't feel sorry for what lies ahead for the defendants. The ones I feel sorry for are the victims and their own brainwashed followers get it worst of all.

In March of 2011 I received a message that my email had been hacked into and it began to malfunction. The phrase "what to do when your aol account has been hacked into" popped up in the Google search window, although I did not type it in, as the mail box went on the fritz, flashing scrambled messages on the computer screen. I own an Apple computer which is supposed to be a fortress impervious to hacking. Whoever is behind it knows what they are doing and it's not a result of any computer viruses, because Apple has the best built-in firewall (to protect against "Trojan horses), I have the highest security and privacy settings set, and the

71

software lets me know if a website is questionable before I visit it which I never do.

Mr. Kutcher was caught recently hacking into a computer, according to news reports. He and the Bergs, along with Ms. Ciccone were implicated in a criminal case involving computer fraud and related crimes. I have no other enemies than the ones I'm blowing the whistle on, though they are making me "The Opponent" of their fanatical footsoldiers. They are indeed fanatics as they are proving with their behavior.

Before the defense argues that the leadership has no control over the followers I'll be quick to point out that they have all the control in the world over the followers who are brainwashed like the Stepford Wives and worship them as G-d's appointed messengers on planet earth.

### DEFENDANT #1: KAREN BERG, A.K.A. MAMA RACHEL

I have Mrs. Berg in on the various fraud rackets. I have <u>considerable</u> evidence that the defendants are engaged in several fraud conspiracies. They are caught **dead to rights** falsely advertising products as being magical and it's proof of fraud. For example, I'll start with the "Kabbalah holy water" which the Bergs, Ms. Ciccone,

72

and Mr. Kutcher all sell. They market the product as being a "miracle cure," a modern day version of the snake oil racket. I have witness statements, testimony, photographs, and their own company documentation leading right back to the administration of the racket: Mr. Kutcher, Ms. Ciccone, and the Bergs. Their own documentation in corroboration with the testimony and witness statements, as well as the photographs and videotape is what I would call a "smoking gun." To drive the final nail in the coffin, the arrest and conviction of one of their lieutenants for this very crime cinches it. It also adds to the racketeering and conspiracy charges before the honorable Court.

Mrs. Berg, caught on tape participating in a Ponzi scheme being orchestrated under the auspices of their pseudo-church.

I have Mrs. Berg implicated in money-laundering using the various shell companies to move money around as documents will show.

I have an affidavit implicating Mrs. Berg in additional consumer fraud, having sold a yet unnamed person a large amount of Kabbalah merchandise for a large amount of money on the basis of fraudulent "magical" claims that the items are charmed and can be used for conjuring. Thousands of dollars were stolen from the person

73

in this way.  This is different from what organized religion does and similar to the

magic beans from Jack in the Beanstalk.  Religions make claims which require

leaps of faith.  If a religious organization sells a product that requires a leap of

faith, such as a church selling powders to farmers to sprinkle over crops to raise

them when they won't grow, and the powder is Gold Metal sprayed with Aqua

Velva, then that religious organization would be guilty of fraud.  The defendants

can make all of the magical claims they want.  When it's relates to commerce and

deceiving consumers it becomes illegal, just to be clear.  This is why items like

Ouija boards carry labels which read "For novelty purposes only" and why gypsies

fly by night.  When fortune tellers give readings, it's straddling the line and they're

making predictions.  When fortune tellers tell their customers that their money is

"cursed" and to bring it in for "cleansing," they go to jail when they're caught.  It's

Occult crime.


They lied on tax forms about her use of a company car, a Mercedes Benz 500 SL,

which was fraudulently claimed not to be for personal use, with the noticeable

absence on these forms of mileage being recorded and accounted for or

maintenance of the vehicle which is past its prime and requires preventative

maintenance, aside from which would require oil changes no reported.  The

witnesses claim the vehicle belongs to Mrs. Berg for her personal use and I'm