unaware of the connection between a Mercedes Benz and "spirituality." It's also a predicate act for federal investigators.

Mrs. Berg is one of the primary beneficiaries of her husband Phil Berg's life of crime which went unpunished until now. Every protection racket, fake cancer cure, Ponzi scheme, money laundering racket, and other scams myself and others who have signed statements are alleging perpetrated by her husband benefited Mrs. Berg, who there is evidence to suggest has played a part in the planning of from the very beginning.

Mrs. Berg openly preaches "palmistry" caught on tape which is what gypsies call "The Big Trick," a confidence game.

Her role at the top of the conspiracy is managerial and also the capacity of a professional medium the likes of charlatan Jon Edwards, both of whom make money deceiving desperate, grieving widows and widowers, often times senile and lonely senior citizens who want desperately to believe that Mrs. Berg is "contacting the other side" with her mediumship routine which is illegal. She pretends to "channel" messages from "the spirit world" to grieving loved ones, stealing their money and playing with their emotions in a cynical and cruel way. It is fraud. It's

75

also wire fraud because she does this online as a kind of voodoo televangelist.

I have this caught on tape and in print. I have Mrs. Berg caught on tape preaching fanaticism which relates to my ordeal. I have Mrs. Berg going on lavish spending sprees and junkets to Atlantic City, making a mockery of their non-profit status to the IRS. The money involved may relate to another crime which is ongoing and has yet to be determined by racketeering investigators.

I have ten years of experience doing business with non-profits and have read the financial reporting for hundreds of these organizations. I have read the financials for these "non-profts." They are strictly regulated and have limitations which do not apply to private companies, such as family businesses which is how this is being run. Where charities are concerned, as is the case, it's treated as "other people's money" in the eyes of the federal law, meaning that management and staff have to carefully report, which has not been done, and cannot go hogmad, such as borrowing from or against charities operating budgets in large quantities to finance personal business without reporting it and transferring money between for-profits and not-for-profits, other than one directional for-profits donating into the charities--not the other way around. Investments are one thing, which has already been done. It's the personal investments and use of non-profit money for luxury

76

items which I'm calling into question. Some might say that it's evidence of an ongoing pattern of embezzlement. I'm sure it's all been an honest mistake with no harm intended, it just took careful planning such as devising business plans and investment strategies using the money raised for charitable purposes in name for for-profit ventures solely benefitting the Berg family, interestingly enough. It's regulated by the IRS who I'm sure will also find it interesting. I'd love to get the explanation and this is the proper venue. What I'm alleging constitutes tax evasion and fraud, predicate acts to my civil RICO claim.

It's also illegal in terms of income tax evasion. First of all, because the "non-profits" can be reclassified as "for-profits," meaning that #1. the defendants defrauded the government and committed tax fraud, #2. they owe millions in back taxes which they have been stealing from revenuers and hiding in certain places, #3. the related businesses which the defendants control are in on the scam and have their own tax problems to straighten out as they also may have been cheating, #4. it's evidence of money-laundering because the undeclared revenue is being recycled, and #5. the defendants personal income tax filings are also tainted as we can negatively deduce they are failing to account for these extra sources of income which they are not paying taxes on. That they manipulate the primary entity the "Kabbalah Centre" to cheat on their personal income tax filings, if that is the case,

77

is an additional kind of tax evasion and tax fraud which may also constitute racketeering. In other words, the Berg family in particular of the defendants, are not only appearing to be taking advantage of the creative accounting going on in the "Kabbalah Centre" and related entities as if they were jumping on the bandwagon of the separate offense of the communal money being used personally and in this way hiding assets which they would otherwise have to report as personal income and pay taxes on, the Bergs may also be directionally switching the intent, meaning that they revolve those businesses to some extent around the income tax evasion, if this is going on. In other words, the personal salaries drawn by the Bergs from the "Kabbalah Centre" can be treated as separate businesses, in a sense, because of the amounts involved and how it is being used. I have enough to go on as it is, to show evidence of tax related crimes being committed by the Bergs to a jury to support my overall argument that my business and property is being damaged by a racketeering conspiracy. There exists a degree of transparency which is how I am able to access this information and the transparency is there to prevent this sort of thing from happening, I must point out. It's also grounds for an additional count of consumer fraud as donors are solicited under false pretenses, not knowing that large portions of the money raised for "charity" is not going where it is supposed to go.

Mrs. Berg has knowledge of the money laundering operation and human trafficking conspiracy evidenced by her name being on Kabbalah Centre documents in various capacities, such as overseeing these "charities" on Boards of Directors. Mrs. Berg plays an active managerial role in the organization I am alleging is a front for racketeering enterprise and the criminals on the cult's payroll report to her.

I have Mrs. Berg caught on tape furthering their Ponzi scheme through underhanded methodology which there is additional evidence to support, including an affidavit from a victim of the scam. Specifically, her use of hypnosis to control her customers is fraudulent in its intent, practice, and result. To guide someone through meditation as a relaxation technique is one thing. Mrs. Berg is putting her customers in trances not only to keep coming back, but to break down their personalities so that they willingly agree to the tithing of their incomes (also fraudulent), the constant demands for money from Kabbalah "teachers" to the Kabballah "students," their hitting them up unmercifully to buy more and more "classes" as well as the merchandice which are also being marketed fraudulently as I briefly explained, and to continue to agree to this arrangement. Her mind control techniques exactly match seminal texts on Chinese "Thought Reform" or brainwashing which was used to create Manchurian Candidates during the Korean

79

and Viet Nam Wars. That's miles away from the yoga studio. In other words, I

can prove that she is brainwashing people, between the footage of her doing so and

the facts on brainwashing spelled out in black and white by psychologists. It's not

a grey area to be postulated on by expert witnesses with PhDs in psychology. I'll

furnish the honorable Court with textbooks on Chinese "Thought Reform" used in

POW camps to brainwash inmates and it will exactly match what Mrs. Berg is

guilty of doing, and the other guilty of conspiracy in. It constitutes fraud because

the brainwashing is attached to business transactions. Regardless of the victims

will to choice or lack thereof, it's a deceptive business practice constituting

consumer fraud and wire fraud, predicate acts in determining that the RICO Act

has been violated.


Essentially, Mrs. Berg is lulling her customers into trancelike states of altered

consciousness which is tantamount to drugging them, and slipping them subliminal

messages to control them. The proof that this is a scam is the large number of

consumers who drop out of the cult when they "snap out of it," meaning that they

awaken from the trance she has put them in. The consumers are not aware that this

is being done to them and are under the mistaken impression it's simply a

relaxation exercise. I can attest to the high drop-out rate of consumers who

reported to me that they felt they had been duped and find some witnesses to

testify, if it's not overkill given the preponderance of evidence present in this case. The consumers were right in that they were duped, because the "classes" fail to disclose their predatory tactics or the additional expenses which are expected out of them when they first take the bait. The company "Girls Gone Wild" was sued for fraud in this way and they lost the case. I don't mean to suggest they are hypnotizing the girls who are going wild, the hidden fees they failed to disclose to consumers counted against them as fraud.

The cult member consumers, whom they call "students," are being fraudulently deceived and manipulated emotionally (pushing hot buttons such as child loss); physically ("teachers" in the cult having sex with "students" as common practice, meaning that the paid staff is bribing and controlling consumers from the public with sexual favors as company policy which I can substantiate); psychologically (hypnotic mind control in the guise of innocent transcendental meditation as a relaxation technique); economically (diehards moving in to cult owned dormitories where the cult controls their physical environment with the power to evict or raise the rent if there is any rent, the definition of peonage and a predicate act to this civil RICO case); physically (intimidating cult members who can be viewed in this sense as consumers, by the likes of cult enforcers); and passive-agressively (with family members being used as pawns in the game, of which there is

81

documentation, just as with the rest of it).  That is a brief overview of the Ponzi scheme which is one of the cult's primary sources of revenue.  It's there stated source of income which they label "spirituality" and a repugnant market which weighs negatively against their credibility and gives necessary context to who and what the defendants are.  It is an elaborate confidence game, a Ponzi scheme, which though quasi-legal, becomes illegal when put in those terms and I will exhibit how laws are being broken by their deceptive business practices.  If they think this is legal, we'll see what the jury thinks and what the laws say regarding fraud.

With so many drop-outs leaving after the felt they were deceived, it's more evidence of the Ponzi scheme, which functions in the manner of quasi-legal multi level marketing scams, as constituting consumer fraud.  Fraud necessarily involves deceit.  The defendants are misrepresenting their intentions of what "students" are in for when they sign up, lying by omission, and tricking them in the ways I briefly outline in this paragraph.  It is not legal, it's just never been challenged.  As complicated as it is, the best way to simplify it is for me to state categorically that they are lying to consumers in the service they provide.

I have information that Mrs. Berg has been a beneficiary of free slave labor which

involved human trafficking, the smuggling of peons between countries and households acting as her personal servants and they also lied about this on recent tax filings. It may have violated immigration laws, another predicate act to civil RICO.

Mrs. Berg's clairvoyant claims constitute fraud conspiracy as it's being used as a lever to pry money from the deceived, brainwashed followers she claims. Mrs. Berg's televangelist routine is a low and sleazy scam to solicit funds in the name of G-d, a case of wire fraud, because the vast majority of the money she solicits and collects this way for G-d and the mission of bringing "spirituality" to the world goes into her pocket, as evidenced by the lavish lifestyle paid for by the cult, including mansions and luxury items, to say nothing of the unaccounted for funds pointing to her, the free labor she routinely receives, and the real estate empire her family has amassed which all belongs to them, many of the deeds in their names, and the rest of it being in her control under the banner of the "Kabbalah Centre" which is without a doubt a family business. For reasons yet unknown the defendants prefer to employ the banking services of the Cayman Islands, depositing portions of income there, well known to law enforcement as a haven for money-laundering due to the shady banking practices going on there. This is their choice rather than bank the money in America where they live and work. They

knowingly give the appearance of money-laundering which is evidence of a crime being committed when taken in the context of further indications that money-laundering is going on, beginning with the elaborate network of bogus charities.

Although it was a popular scam during the 1980s, I can enter an opinion on how the televangelism racket is also illegal. It may have been illegal in the 1980s when it was done then and the absence of prosecution cannot be taken at face value as a sanctioning of the practice anymore than the "Church of Scientology's" abuse of religious status as a tax shelter has gone unpunished *so far* can be taken by the defendants as permission to pull the same type of tax cheating and have a false sense of security that they are not breaking any laws or that they are breaking the law and not getting caught, never to be found out and pay back the money the rest of us pay. That there is tax evasion going on in this case, a predicate act for civil RICO will be quite easy to prove starting with the religious designation they refute by their own lips and moving down the tax forms to their creative accounting practices which include several examples of fraud I can easily prove, to say nothing of the elaborate system I previously indicated involving non-profits, for-profits, and personal incomes. I'm not so sure the "send-me-your-money" guys of the 1980s didn't get visits from the police and FBI.

84

Anything else uncovered through discovery, my investigation, and law enforcement investigations which will likely include multiple agencies and jurisdictions which implicates Mrs. Berg or any of her accomplices will be evidence at trail and a reason they may want to consider for moving this along. I can state very plainly that more evidence will be uncovered, because it's not only my investigation which is ongoing, but law enforcement is going to uncover more evidence and anything implicating any one of them can and will be used against all, because of the nature of the crimes alleged, conspiracy and violated the RICO Act. It's a point to be weighed by Opposing Counsel now I'm directing this at you. If you're confident that no more crimes will be uncovered or more evidence of crime on the part of the other defendants who are not your client, than by all means, take your sweet time.


## DEFENDANT #2: MICHAEL BERG

Mr. Berg, like the rest of the defendants at the top of the pyramid scheme, those being his other family members, Mr. Kutcher, and Ms. Ciccone has the lieutenants reporting directly to him. The money they collect through fraud and extortion pays for his considerable real estate portfolio and lavish lifestyle. Under RICO, the layering effect counts against crime bosses, it does not protect them. What the lieutenants are up to counts against him criminally, because he's implicated in these

crimes, from the extortion of me being carried out by the enforcers to the criminal conspiracies he runs through his agents.

Mr. Berg, like the others, knows exactly where the money is coming from and runs these rackets.  He is the son of Phil Berg, reputed career con artist and extortionist, and the brother of Yehuda Berg, the public face of the cult.  Mr. Berg is partners with Ms. Ciccone in their sham charity "Raising Malawi" which I'm alleging is a front for human trafficking, fraud, tax fraud, tax evasion, embezzlement, and money-laundering with bribery indicated on financial records and according to witnesses.  He is the number two man in that racket, subordinate to the defendant Ms. Ciccone, the guilt of whom he shares, and it's a good example of what distinguishes this case as a RICO case.

For example, there is extortion going on in Malawi, as per the tax forms in my possession.  Mr. Berg runs "Raising Malawi" with Ms. Ciccone, though she appears to be the brains of the operation.

The numerous rackets are ongoing, diversified, violate federal and international law, imitate organized crime, and tie together at the top through the umbrella organization the "Kabbalah Centre," which ruins lives legally by tearing families

86

apart in between racketeering.  They're not on trial specifically for tearing families

apart, but I have testimony that this is practiced to insure the continued fraudulent

payments of the Ponzi scheme, by quite literally demonizing concerned family

members who discourage giving money to the cult.


"Raising Malawi" is a single racket involved in numerous federal offenses which if

not present call for some serious clarity on the part of the defendants as to why the

paper trail and witnesses point to their guilt in these serious and numerous

offenses.  There may be a perfectly logical and innocent explanation behind the

creative business practiced of "Raising Malawi" and if there is it needs to be aired.

I don't think I would accept "incompetence" as a valid alibi either because there are

millions of dollars in play and the "charity" which is a front for the cult and

brainwashing children with voodoo in addition to the alleged racketeering has

known the whole time that they were under scrutiny from myself and other

journalists, as well as cult watchdogs.  If there is money-laundering going on there,

it points to other ongoing and international criminal conspiracies and cannot be

explained as accidental.  A lot of planning and very deliberate actions had to have

been sanctioned by Mr. Berg and Ms. Ciccone for this to happen.  The ties between

"Raising Malawi," the "Kabbalah Centre" as an entity, "Cinetic" who conspired to

conceal evidence of human trafficking in Malawi implicating the defendants, Mr.

87

Kutcher, and the Berg family are as close as can be, especially where the "Kabbalah Centre" and "Raising Malawi" are concerned so as it's hard to tell where one ends and the other begins.

So, we have "Raising Malawi" which is allegedly involved in human trafficking conspiracy with "Cinetic," Gucci, and the "Kabbalah Centre." Ms. Ciccone involved Gucci through her contacts in the world of fashion which also have a connection to the drug ring she was involved in in 1990s Miami, Florida. Her international connections are being used for crime. "Raising Malawi" is one racketeering conspiracy which broke and is breaking many other federal and international laws which serve as First Acts.

I'll point out evidence of extortion going on in Malawi, just to begin with. They have at least one "no show job" which is considered to be an act of extortion on its face by the federal government. No threats even have to be involved to qualify a "no show job" as extortion because it is interpreted this way loosely by the Federal Government as anti-racketeering measure and has been tested in the courts successfully. Kabbalah lieutenant Phillippe van den Bossche spends fifty (50) hours a week in Malawi, for which he draws a hefty salary, according to tax forms filed by "Raising Malawi." It's kind of hard for him to be in two places at once as

88

he lives in New York City a long way from Africa. That is just for starters. It implicates especially incriminates Ms. Ciccone and Mr. Berg who signed off on this, and to a lesser degree the other defendants, especially those at the top of the RICO. Because there are at least three of them in on that particular scam, it also constitutes conspiracy and it's an American company. Using a charity to justify it may also qualify as fraud. It's all in black in white on their own tax filings.

Other "charities" under the purview of the common Kabbalah banner are, for example, the "Kabbalah holy water" business which exists to commit fraud in word and in deed. Well, guess what? I have another victim coming out of the woodwork to be a witness for myself and federal prosecutors. They've been at it again selling $75,000 "cancer cures" (magical), exactly what the last lieutenant was arrested for and convicted of with the <u>exact same $75,000 price tag attached.</u> It certainly goes to my racketeering conspiracy claim and the overall RICO case proving that the first crime, which was committed by a ranking lieutenant on the Bergs' payroll and involved Kabbalah products and company property in the commission of Kabbalah business was not a fluke and shows how this is an organized practice coming from the top level who is implicated. Selling people fake cancer cures as they lay dying and then making off with the money? No scam is too low for this rogues gallery of swine.

89

I have documentary evidence in print and video implicating the upper echelon as being the ones behind it and in charge of it and I can show evidence how the defendants sanction the consumer fraud, mail fraud, and wire fraud conspiracies to be carried out by the lieutenant level who act as middle management and kick the money back to the top level, the defendants who are profiting from the racketeering conspiracy, as well as the footsoldiers at the level of "teacher."

Now that is two of the separate interlocking racketeering conspiracies managed by the defendants who are also the beneficiaries. It's bares comparison to how Mr. Guliani, the author of the Act, used it effectively to bring down organized crime in New York City. He tied the street level crime to the bosses through patterns of communication and financial linkage and explained in court how the racketing conspiracies comprised a larger racketeering conspiracy which is RICO. For example, an organized crime "godfather" may oversee high level managers in charge of separate rackets such as money-lanudering and extortion, just like this gang. These "godfathers" essentially diversify their portfolios of crime, what they call "wetting their beaks." Before Mr. Guliani launched his successful mob-busting campaign, New York prosecutors were attacking the rackets separately as separate entities. By showing the pattern of the meta-conspiracy to oversee and

90

profit from the various, distinct, and interlocking racketeering conspiracies he was able to very successfully prosecute the top level offenders who were skillfully evading capture up to that point. Mr. Guliani wrote the law to apply to all racketeers to fight the crime itself, regardless of whether or not they fit the stereotype and have legions of adoring fans. As I recall, Mr. Gotti also had a fanbase in the media and public and was treated like a movie star and in similar fashion thought it was all a game, which in no way took away from the crimes he was convicted of, some of which *are identical* to the ones alleged against the defendants, with the added twist of palmistry, which is present throughout the cult's mainstay of assorted fraud conspiracies and even in their extortion conspiracies. The defendants are subject to the same justice as Mr. Gotti, because they violate the same federal laws and the RICO Act.

We can look at this racketeering conspiracy in the same way. It's various fronts all have one thing in common besides the red herrings of celebrity and the Occult and that is that they all involve racketeering and all fall under the leadership of Mr. Kutcher, Ms. Ciccone, and the Berg family. For example, Michael Berg is what I call the "Master of Mumbo Jumbo" because he has a PhD in confusing people by talking circles around them with a hodge podge stew of religious allusions, New Age doubletalk, and voodoo. His fraudulent statements about raising the dead

91

confuse the elderly who are preyed upon financially by the cult and by constantly referring to G-d and the world "spiritual" he aligns himself with the concepts in the eyes of followers such as the immigrants used as slave labor. Basically, he is a televangelist for the cult, one of the few who are all named Berg. The religious act justifies and encourages everything they do and sell, to believers. What's illegal about being a False Prophet is that it's being used to steal millions of dollars from gullible and desperate poor people in foreign countries and in this jurisdiction. It's no accident patriarch Phil Berg moved the family business to Southern California. Here it is fertile recruiting ground for New Agers and people who join cults.

The crimes carried out by Mr. Berg's underlings who report to him, such as fraud and extortion, are well documented and implicate without having to be at the scene of the crime every time. They report back to him. Technically, he is at the scene of the crime, because he's also guilty of conspiracy charges. He's the beneficiary with knowledge of the rackets and is one of the grand exalted leaders. Even if we were to believe that Mr. Berg had no idea crimes were being committed by cult members apparently on behalf of the cult he shares in leading (which evidence says otherwise), he's still implicated and profiting from racketeering. It's just not a plausible defense for him or for the other defendants in this case. That these crimes are happening and are crimes is a matter of criminal record. The guilty

parties also incriminated the Bergs who they were reporting to before the time of their arrests. It's the difference between an employee dealing drugs out of the back of a body shop versus an employee using the body shop to chop stolen cars as part of an auto theft ring. The crimes committed which are on record and too numerous to be thoroughly examined in this document, which ended with federal convictions and lengthy prison sentences for the offenders and were stated on record as being carried out in the commission of Kabbalah business. It's corroborated by witness statements at my disposal, beginning with my own testimony as an investigative reporter and extortion victim.

The conspiracies I'm alleging begin with the best evidence possible, a record of crimes already prosecuted fitting the pattern and incriminating Mr. Kutcher, Ms. Ciccone, and the Bergs. I don't know that money-laundering was ever a part of the past cases, but I have documentary evidence pointing to money-laundering. The numerous financial crimes lead back to the defendants by way of paper trail. Money can be followed, even when it is shuffled around through holding companies, shells, and countries, changing hands along the way. That is how money-laundering works and because I know how it works in this case, I will diagram it before the honorable Court to explain the convoluted money train in place here, supported by financial documentation.

93

## DEFENDANT #3: PHIL BERG, A.K.A FIEVEL GRUENBERGER, A.K.A.

## SHRAGA FIEVEL GRUENBERGER, A.K.A. THE RAV

Mr. Berg is an individual who began his life of crime impersonating a rabbi to gain

people's confidence. I can't seem to find an ordination for Mr. Berg or any of the

so-called rabbis in the anti-Semitic Cult of New Age Voodoo. I have Mr. Berg

running protection rackets, according to witness statements--textbook extortion. I

have Mr. Berg collecting the loot. I have a deposed extortion conspiracy victim for

a witness, with corroboration.


Although the man is invalid and largely behind the scenes these days, I have Mr.

Berg caught on camera committing wire fraud currently. I have Mr. Berg

implicated in money laundering and tax fraud, according to financial records, as

well as tax evasion. Everything alleged against Mrs. Berg counts against him in

terms of guilt because they are husband and wife, sharing bank accounts and

orchestrating many of the rackets.


Mr. Berg is the "godfather" of the racketeering conspiracy and like his wife Mrs.

Berg, the cult entity propagandizes his persona as being otherworldly as both a

"mystical" (read: magical) marketing ploy and to elevate him to the Messianic

94

status he holds inside the weird cult, allowing for the wholesale deception of his brainwashed followers.

Though his age and health limit his active activity in the racketeering enterprise, he still holds the top place and gets the ill gotten revenue kicked upstairs to him by underlings at the level of lieutenant, knowing the money is being obtained *primarily* through the various scams outlined in this lawsuit. Here is a man who made his living impersonating a rabbi, a man of the cloth, despite my inability to find an ordination for the man. What I have found instead is a proclamation from a rabbinical council confirming my suspicions that Mr. Berg was never ordained. That's a negative example of proof, but I have more to go on than that, such as newspaper reports of the so-called "Jewish mystics" and "spiritual gurus" being banned from Jewish events in England, the United States, South Africa, and elsewhere. That they insist on calling him "the Rav" is a fraudulent reference to his nonexistence rabbinical status which Mr. Kutcher and other accomplices spread around in the media to build up and distort his otherwise infamous public image. His reputation is that of a con artist, being denounced as a "charlatan" by real rabbis around the world all the while projecting a Jewish or quasi-Jewish image to the gentile world. It's all evidence of fraud. I'll settle the question as to his rabbinical status once and for all by subpoenaing the "Rav" for his ordination. He

95

certainly does not run churches, synagogues, or temples. He runs "centres" where instead of prayer, followers chant magical incantations. It fits in with the palmistry, mediumship, and divination scams which are all fraudulent. Mr. Berg is likely the mastermind of the various fraud rackets, such as the worldwide consumer fraud, mail fraud, and wire fraud conspiracies and I'm basing this designation on chronology and his role as the patriarch of the Kabbalah cult, as well as his taking credit for building it.

Mr. Berg's role now largely behind the scenes in no way exonerates Mr. Berg from the documents his name appears on such as financial statements, the orders he is giving being carried out in his name, and the millions of dollars he continues to receive from the rackets he takes credit for inventing. It was reported to me that he just recently made an appearance at the Hollywood location and he continually receives tribute payments from his followers on the basis of his role as patriarch and the myth he has created around himself, such as his practice of "reading the shadows" of brainwashed followers, hypnotized by wife and partner-in-crime Mrs. Berg. I agree with Mr. Berg that he does hold the title for being the king of psychic scams because he sits on top of a real estate empire the net worth of which is probably in the billions which he created all on the basis of palmistry. Mr. Berg and his successors wife Karen and sons Michael and Yehuda have carried on the

family tradition of lying to the public and using the media to do so. They make business decisions such as filing suit against a competitor Kabbalah cult leader for copyright infringement, as well as merchandising, and the speculative practice of "flipping" real estate properties disproving the non-profit status they have been allowed to claim as a tax shelter for the past two generations and <u>constituting examples of tax fraud and tax evasion,</u> multiple counts, as well as defrauding the United States Government. Mr. Berg is also a recipient of the lavish perks coming from this so-called non-profit, such as a real estate empire of mansions and property, a high salary which further undermines non-profit status, and free labor he has enjoyed at the expense of those being exploited who believe they are serving a prophet among men. The use of slave labor is a predicate act for proving the RICO Act has been violated and there is evidence to support this coming from witnesses. Even from his home, a mansion in Beverly Hills, California he continues to use the internet to sell a book he wrote on "Immortality" a case of wire fraud. mail fraud, and consumer fraud unless I am to really be surprised. So far he is still alive, so I can't rule out the theory.

As the number one Kabbalah cult member he harbors legal culpability for the crimes of his subordinates.

## DEFENDANT #4: YEHUDA BERG, A.K.A. HOOTIE

I have Yehuda Berg, caught on tape committing consumer fraud, wire fraud, and mail fraud as well as conspiracy to commit all of the above by using television to market bogus products he purports to be "magical."

I have Mr. Berg caught on paper involved in money-laundering. If the money is being laundered as I say it is, he is implicated along with the rest of the gang.

I have Mr. Berg and his lieutenants caught by witnesses claiming the water heals the sick and they signed statements. The FDA has not approved any of their "medicines," nor would they as the main ingredient is water and the secondary and tertiary ingredients are also water. In fact, the entire chemical structure is water and the junk science they use to dupe consumers is not going to hold up in court. To sell cologne as a "chick magnet" is one thing. Practicing Medicine Without a License is quite another. It's an ongoing criminal conspiracy which they've turned into a virtual cottage industry. It's all traceable back to Mr. Berg through documentary evidence, as well as patterns of crime, trails of money, and the application of RICO. It fits the racketeering and conspiracy to commit consumer fraud, wire fraud, and mail fraud pattern as evidenced in connection to the book he wrote claiming that string cures SIDS. Mr. Berg sells the multiple SIDS cures in

98

primitive countries where they don't know any better.  The early American settlers sure could have used a man like him when they met the Indians.

Mr. Berg's use of the layering tactic he thinks is insulating him from the crimes being committed by lieutenants who report to him.  It only serves to implicate him in conspiracy charges.  He's assumed most of the leadership in place of his father (although it may be the case that Ms. Ciccone is the ringleader of the gang), spending more time on the day-to-day operation of the racketeering conspiracy than the other defendants.  With multiple witness statements implicating his different subordinates in fraud, specifically, the example given of the "miracle cures," it's not plausible to deny that the crimes are connected and establishes *one* of the predicate acts present in this civil RICO case.  In addition, the SIDS cures are further proof that the miraculous claims are coming from him, as he put his name on them.  There's a world of difference between a legal business and an illegal business that has yet to be shut down by law enforcement.  Were the practice legal, his former lieutenant would not be sitting in a jail cell.

His Practicing Medicine Without a License also violates state and local laws where it is going on, which is just about everywhere, as Ms. Ciccone uses her musical tours as a traveling medicine show.  *There's even photographic evidence of this in*

99

*my possession.* Whether or not Mr. Berg believes his own propaganda, which I highly doubt, the point is moot. #1. He's guilty of reckless endangerment on top of it and #2. a Muslim cannot stone to death a woman on the streets of LA and use Islam as a criminal defense. I'm not going to debate the ideas he sells. The products are consumer goods being marketed the public and it's in a way that's most predatory, I might add. Worse yet, this is medicine that him and the others are selling to the sick. I think they have enough problems, as it is. It's consistent with the pattern of the defendants exploiting tragic situations, which curses through their every racket, from their recruitment drive of borderline personalities to their Machiavellian encouragement of divorce to protect the tithing racket to their opportunistic use of disaster areas as recruitment launching pads to their human trafficking conspiracy also catering to the same childless couples they manipulate with the SIDS cures to their cruel selling of fake cancer cures to the dying to Mrs. Berg's predatory mediumship scams where she sells grieving families members "channelings" from their dead relatives. I'm prepared to go to trial with this.


I have Yehuda Berg in on the black market adoptions scam.


I have Yehuda Berg profiting from and directing *racketeering*.

I have Mr. Berg dead to rights on conspiracy charges along with the other defendants.

Everything outlined above pertaining to his father, brother, and stepmom goes for him as well, because he shares in the organization and administration of these rackets as well as the proceeds and guilt. He repeatedly states in televised interviews and in his own propaganda that his organization is "not a religion," incriminating himself in the process as it is in direct contradiction to the income tax filings he oversees which claim religious exemption. I'm inclined to concur with Mr. Berg, superstition is not religion. Although, he does like to repeatedly throw around the name of G-d as a marketing gimmick like any other televangelist.

Mr. Berg's role in the racketeering enterprise is media relations which they use to obscure guilt and recruit new followers from the class of people who buy self-help products and are "spiritually thirsty." By his own admission caught on tape, the cult targets people with borderline personalities meaning that they are emotionally unstable. They say it is to offer them guidance. I say it is to take advantage of their vulnerability. The high drop out rate suggests that they haven't been so saved just as Mr. Berg's followers like Ms. Lohan don't appear to be at all rehabilitated as they continue to commit crimes, as the facts exhibit. It's obvious Mr. Berg is

interested in their money and using them and every witness I have interviewed over the past year, including current followers, all attest to his greed.

I may point out here, that their corruption of Ms. Lohan as a witness, which is exactly what I am alleging, and constitutes tampering with a qualified Federal Witness and possibly bribery and tampering with evidence in a federal case, as well as obstruction of justice, *backfired on them*. Under the correct application of RICO, I only have to prove that I was injured by a racketeering conspiracy. What I mean by this, is that now that they've taken her back into the fold all these years later, her ongoing crime spree is counting against them and will be easy to prove, as she is a repeat offender. She may not be a racketeer under the strictest definition, until you factor in her recent property crime of shoplifting and compare it to Ms. Ryder who was a member of the "Kabbalah Centre" at the time of her arrest. It's an ongoing pattern implicating the organization the "Kabbalah Centre," which leaves the defendants on the hook, as does all of the crimes committed by their people which categorically prove racketeering, as racketeering convictions have already been made in the case of Mr. Pellicano, whose ties to the cult are complicated and vast meaning that a civil RICO case can easily be proven.

This is good time to point out a recent civil matter which relates very relevantly to

102

the case before the honorable Court. Just last year, a Kabbalah cult member in England was found to be guilty of harassing a woman he was trying to force to join the cult after her repeated rejections of the invitation. The cult was referred to several times in the successful lawsuit and this was in 2010. It parallels this case and not only that. The woman was retaliated against economically for her refusal to join the cult, exactly what has been happening to me. It was an important factor weighed as was the harassment. The man denied any wrong doing and nobody believed him. It not only sets a precedent but it proves my claim that this is a pattern of *extortion* going on around the world. It's not uncommon with cults, because they possess the perfect storm of fanatical followers and amoral, ruthless leaders.

The "Church of Scientology" has been the subject of many lawsuits *which they lost* for violating people's rights in the running of their cult. It's highly pertinent in this case as *they are in bed together*, a fact which is confirmed and I can support. Ms. Ciccone knows it's true, she is the liaison to the "Church of Scientology." In so many words, it's a secret society of liars making asses out of themselves with nonsense. They too infiltrate the entertainment industry and try to and succeed in intimidating journalists, so I'm making a point.

103

Mr. Berg is also in charge of the red string bracelet and related merchandise (books, candles, clothes, teddy bears, DVDs, mugs, etc.) racket, which is a case of depraved consumer fraud, mail fraud, and wire fraud as the bracelet and the several related products which are sold as accessories to it is marketed as a "tool" (implying that it serves a function beyond being decorative) and *explicitly marketed as a cure for SIDS and infertility.* It's akin to the fake cancer cure racket which involves "Kabbalah holy water," "magical" books which emit "energy," and according to an affidavit taken from a witness, something called a "soul saver," whatever that means. Along with his right hand man Mr. Kutcher, photographed together on numerous occasions, Mr. Berg runs the cult enforcers responsible for terrorizing extortion victims and witnesses and there is documentation connecting him to this in the form of videotape. He's lied to consumers on numerous occasions through the media, which are caught on tape, and through employees of his reporting directly to him, such as a one Mr. Jaime Green who is a ranking lieutenant at the secondary level same as Kabbalah Holocaust revisionist Mr. Yardeni.

Even the laundry list of celebrities they boast as adherents as a marketing tool is a fraudulent claim, as the ninety-nine percent of them dropped out of the cult abruptly. In fact, they can be taken as negative examples, proving exactly the

104

opposite of what the cult propaganda suggests, that Kabbalah is popular and has success stories. They're departure like the majority of witnesses I spoke with as an investigative reporter are testament to their Kabbalah experiences not having happy endings.

I think everyone can relate to having at least one family member who is unstable. They're potential victims of Mr. Berg, who specializes in taking young women under his wing during "times of chaos."

## DEFENDANT #5: MADONNA CICCONE, A.K.A. MADONNA, A.K.A. THE MATERIAL GIRL, A.KA. MADGE., A.KA. ESHTER, A.KA. QUEEN ESTHER

Speaking of the unstable, that brings me to Ms. Ciccone. I can easily prove the claim, by letting her talk. I know who she is and I don't care. She stole from me and she's a criminal. I will see her pay for her crimes by pressing extortion charges against her after the people who pulled knives on me on her behalf are arrested by the authorities and connected to her and the other defendants which they already are by virtue of the fact that they're members of her cult and they work for her and the others who are the ones in charge. The evidence I have against her and the others is evidence of their repeated violations of the RICO Act

105

and I'm not taking any such loose interpretation of the Act, which means that I've uncovered evidence of her guilt which I will prove at trial that she is guilty of violating the RICO Act.

I have Ms. Ciccone promoting the fake "miracle cures," actually selling it herself on tour, crossing state lines in the commission of a felony, committing fraud conspiracy, Practicing Medicine Without a License. My information is that a child died up in Canada from one of their fake "miracle cures" which alternates between the witchcraft books and the "Kabbalah holy water." I have the "Kabbalah Centre" caught on tape, admitting knowledge of the "miracle cure" scams being marketed to dying AIDS and cancer patients at the highest levels of the cult.

This is coming from a spokesperson for AIDS research fundraising.

Everything I stated for the others in regards to the snake oil racket goes double for Ms. Ciccone who not only markets the product with her considerable fame, but also retails it. She is most likely the ringleader, *in the entire operation.* Outside of the cult, in the general public, she has a high propensity to commit this crime which needs to be taken into account. She has the potential to do more damage, because of her mass appeal. In her hands, fame is a loaded gun and her millions of

dollars have been used to make the cult what it is today: a global racketeering
conspiracy. It's not a worldwide movement by any stretch of the imagination, there
is no trending towards it, try as she might. It's a cult with locations in several
countries, which she built with her money. Does she have the right to do so?
Actually, no she does not. She's aware they are in the business of crime because
she's in business with them. She doesn't hold the highest rank in the cult, that
distinction goes to the charismatic personality Phil Berg. Mr. Berg remains more
of a figurehead now, as he fades into retirement and Ms. Ciccone has done more to
expand it than even the founding father. Ms. Ciccone is involved in the day-to-day
running of the criminal enterprise, just like the Bergs. She has time to fit Kabbalah
cult business in with her busy music career and various enterprises which may also
be subject to RICO application, because she's upper management and can delegate
authority. She's overseeing the Kabbalah cult's expansion efforts setting up the
international business networks and some of the more elaborate rackets.

It is my opinion she uses the Bergs as her shills for Kaballah and not the other way
around. Aside from the pecking order inside the cult, which places the Bergs at the
top, it is above all else a business entity, that being a racketeering enterprise and
Ms. Ciccone took it over with her money and her persuasive personality, basically
buying them out with a controlling interest in a hostile takeover, though the Bergs

act as managers and retain authority.  Ms. Ciccone has a power sharing arrangement with the Bergs, but without a doubt, Michael Berg is subordinate to her and he is one of the heir apparents to the throne in this Occult dynasty, which says a lot about who is really in charge.  You can ask Mr. Ritchie about her working for other people and not being the boss.

Ms. Ciccone calls herself the number one Kabbalist, proclaiming herself to be the "ambassador" of it in the press and attending an organized world conference, an organized world conference of witches and wizards.  As the Bergs' are televangelists she is no more exclusively relegated to media relations than any of them and media relations is an integral part of the racketeering enterprise' business plan.  The gang had been in an expansionist pull since the 1990s when they first officially teamed up with Ms. Ciccone who signs many of the checks maintaining real authority, as opposed to the more titular and nominal authority of the Bergs.  The organizational structure is a moving target constantly shifting, but the expansionist pull is the one constant with Ms. Ciccone at the helm.  The organizational pull which she leads says a lot about who is really in charge.

Before Ms. Ciccone's involvement, they were more into the palmistry, fraud, and extortion.  She took them in new directions, such as the human trafficking

108

<u>conspiracy</u>.  She traveled to Malawi on several occasions, making the local connections and using her money to set up shop.  She bribed the local politicians, as she was accused of in court, spreading around at least hundreds of thousands of dollars which was raised to feed the poor, giving it instead to local officials, according to their financial statements.

According to legal papers filed by human rights activists monitoring her activity, she bribed politicians to let her set up her very own private type of Jonestown scenario.  Considering that the Malawian judge was accused by no less than seventy-six Malawian human rights organizations, that not seventy-six people, seventy-six *organizations*, of breaking Malawian and international laws against human trafficking to let her remove the child she "adopted" from his family and their country, it's fair to say that there is a preponderance of circumstantial evidence to support the allegation made *by* Malawians she supposedly is the patron saint of.  There's multiple issues present contained in the single crime which all point to RICO and form the basis of it.  They are as follows: bribery, conspiracy, kidnapping, several immigration laws which are predicate to RICO, fraud, and conspiracy to commit fraud, to say nothing of the child endangerment which is going on.  <u>She had no right to snatch up that kid, it's an international incident, not a private family moment, and it's against the law.</u>

109

The child Ms. Ciccone kidnapped went directly into the cult and placed into Ms.

Ciccone's care, ostensibly.  Photographic evidence and videotape as well as news

reports show how the child is now forced into the cult and their voodoo practices.

They market products to children to brainwash them early on, such as magic books

promising recipes for conjuring, or spellcasting which the cult dishonestly markets

as "creating miracles."  They drill into their heads' only one value which is

"sharing," priming the children to "share" their incomes later in life through the

process of tithing, as well as the constant demands for money and tribute to the

Bergs which are a part of everyday life inside the cult.  It grounds for an additional

count of conspiracy to commit fraud because it is the truth.


Whether or not sympathizers believe the kidnapping victim "David Banda" to be

better off given his access to Ms. Ciccone's ample financial resources, it doesn't

change the fact that the child does not belong to her.  Furthermore, it has never

been explained as to why after starting and running a charity geared towards

helping the nation of Malawi's large class of orphans, according to their mission

statement, Ms. Ciccone insisted on a child with a family of his own, to add to her

brood of children with all different fathers whom she "raises" in her cocaine-fueled

world of live sex shows and Occult ritual.  It is unclear how many children she

110

appropriated from the cash-strapped nation, but what is clear is that she has committed bribery in the process, as the evidence shows, and has no business running an orphanage.

To set the record straight on just what is Kabbalah, they're guilty of committing animal cruelty and I have the evidence. In other words these freakshows are sacrificing animals, proving that I'm not mischaracterizing them or the belief system just to mock them, in any way, when I state the fact for the record that this is the Cult of New Age Voodoo. Aside from the tenets of voodoo, which need *not* be debated, it highly relevant to their deceptive business practices and their credibility. It goes to show how they lie and bamboozle the public and media, because they leave this out of their public relations campaign which is a front for racketeering. The Kabbalah Centre is a business and palmistry is a business. It's an illegal business that is violating the RICO Act and subject to the full enforcement of its penalties.

Here is an organization that has received pleas from desperate parents to "please return" their children to them, as published in newspapers in England and *addressed to Ms. Ciccone.* It can be taken as further evidence of her kidnapping and life of crime. The pleas are in response to the children having been

111

brainwashed by the cult to worship the upper echelon and devote their lives and income to be cogs in the machine, turning their backs on family and friends in the process, as per Kabbalah cult doctrine. They have a hold of little David Banda and an unknown number of children like him who are being raised in this cultic, Messianic, self-serving, <u>SATANIC</u> environment. I'm not characterizing the defendants in any way by using the label. **They call themselves "Satanic" in their own dogma.**


I'm not making an issue out of their avowed Satanic leanings other than the fact that Charles Manson also ran a witchcraft cult with violent followers he hid behind and claims he is not responsible for, also favoring a doomsday scenario minus the slick billion dollar ad campaign and smiling faces on TV. As a victim of cultic violence, to point this out *briefly* let's me make my case that I am being stalked by a witches coven. I don't find it humorous. It's very hard for me to do business and hire staff with my job postings getting taken down off the internet as soon as I post them by fanatics who dog my trail and show up at my front door and most recently inside my apartment building where I have to live with my guard up. It also goes to the fraud of the whole "Jewish" act. They are about as "Jewish" as Ms. Ciccone's partner in porn "Vanilla Ice" is black.

To add more pieces to the puzzle, emerging in a picture of bribery and human trafficking conspiracy, Ms. Ciccone was denied the second adoption in Malawi, citing the very same *anti-human trafficking laws* the first judge broke. Even without the charge of bribery, it proves human trafficking conspiracy. There is also the little matter of her fame, influence, and riches being used to <u>get away with kidnapping</u>. I've compiled evidence that Ms. Ciccone used the media to decry the plight of the Malawian orphan, and then proceeded to attempt to adopt a child *with* parents of his own. The dirt poor father refused to give up his son and had no idea who the singer was. After several "negotiations" which can be reasonably inferred to involve money changing hands, the father did a 180 and agreed to part with his child, to be whisked away to England and destinations unknown with a woman he had until then never met before in his life.

I have Ms. Ciccone on tape "donating" funds to another orphanage in Malawi. I'm sure she would say it went to the orphans and was not being used to soften up the adult guardians in an adoption interview scenario, but there may have been more children released into her custody. I would say it looks bad as the legality of her "adoptions" are repeatedly challenged by myself and others.

The financial crimes she has orchestrated in Malawi are complicated. It's her touch

113

of sophistication beyond the Bergs vision of what the racketeering enterprise could be. I will elaborate and get to the point. The millions she raised to feed the countries poor children was done so fraudulently, with much of it coming from the Central District. In their mission statements, financial disclosures, propaganda, and campaign appeals, the money is being used to feed the hungry. A good portion of it is being used to indoctrinate the children with her radical Occult belief system, conveniently left out of appeals and financial disclosures and constituting consumer fraud, wire fraud, and tax fraud. From there it gets worse.

The majority of the funds raised, which she used her star power to pull off, went into the building of a "girls' school." She also seemed to be planning to build an orphanage, which could be construed as attempted human trafficking conspiracy by a woman denied custody of orphans who got away with kidnapping and attempted it a second time which I am alleging. It's at the very least suspect. The connection to Gucci raises serious red flags. They led fundraising efforts and have a connection to the defendant Ms. Heidenreich's alleged human trafficking conspiracy, which she calls "baby brokering" having been one of the few and major donors to fund Ms. Heidereich's film project/website/ongoing adoption-themed fundraising drive which is connected to an international "broker." I have evidence which I will present to the honorable Court that more children have been

114

removed from Malawi. Had the roles been reversed and a Malawian woman made off with an American child, it would have been an international incident the likes of the Elian Gonzalez fiasco.

The construction and the planning of the girl's school project went to companies in New York and some of the money went to Europe. This is according to "Raising Malawi's" financial disclosure statements which contain evidence of extortion, a predicate act to civil RICO, which I explained under the segment on Michael Berg, who is her partner in the enterprise. She launched the campaign by misrepresenting his role, at first claiming that the "charity" was independent of the notorious cult, when clearly it is a front for a Malawian-based "centre," or satellite coven.

I have trouble believing that in an entire continent she could not find local architects and builders. If she has a conflict of interest with the companies who got the bids, it bares evaluation as to the legality of the arrangement because it fits a pattern of the way the funds are being dispersed in way that constitutes racketeering and conspiracy. It also proves her initial claim fraudulent the one about feeding the poor, as hundreds of thousands raised for Malawi and in its name is being taken out of the country over the past few years.

"Raising Malawi," which is really the "Kabbalah Centre," spent tens of thousands on "grants" which went to Europe and, according to documentation, were personally approved by Ms. Ciccone who authorized it. Money raised for Africans is going to Europe, with no explanation for how it is being spent or who were the recipients. Her word on this means nothing to me, as I'm proving not only fraud on the part of her and the other defendants, but wholesale fraud conspiracy going on worldwide and for several decades. I, by comparison, am beyond reproach, having an impeccable record and proving I'm an honest journalist through this civil RICO case. For them to plant false news stories like they like to do, is going to come back to haunt them if it tuns out to be libelous, for the record. The European connection may have something to do with the alleged money-laundering going on and the "charity" has a strong connection to an unnamed major donor who was also an unindicted co-conspirator in a major money laundering case from year ago, which also proves civil RICO applies.

The cherry on top of the whip cream is the money she is embezzling from the charity, which I have evidence of and will prove at trial.

Ms. Ciccone's role in racketeering conspiracy is as a financier bankrolling many of

116

the new scams, such as the branching out into childcare--not that she isn't the last

person qualified to hold this job as a career pornographer found correctly to be an

unfit mother by the Malawian courts.


Ms. Ciccone is also the cult's chief proselytizer recruiting scores of cult followers

who became her financial victims as a result and uses sex as a weapon to do so, as

it has been well documented, thanks to the constant media attention on her

activities.  Not that she has done anything to hide this or her other bad behavior.

Anyone who was around in the 1980s and remembers it knows that she is proud of

her own bad behavior which now includes racketeering conspiracy in violation of

the RICO Act.


Without going into detail, the Ponzi scheme inside the "Kabbalah Centre" involves

a tithing of the income of cult members and I have this caught on tape, as well as

sworn to and documented in several witness statements.  Under the circumstances

it is consumer fraud because by their own admission the defendants including Ms.

Ciccone repeat often during televised interviews that they are not a religious

organization, stating the obvious.  A not-a-religious-oranization cannot justify

tithing income when they are facing trial for conspiracy to commit consumer fraud.

There is no mention of tithing in my caught-on-tape recording of an introductory

Kabbalah lecture, which is how they rope in new recruits as well as using celebrities to lure them in. They string new recruits along before hitting them with the hidden fees, so to speak, of Kabbalah tithing. It's quite a belief system. By their own accord, they offer as an alternative to religion "no morality," yet they borrowed the best parts of it, tax exemption and tithing.

To illustrate how the celebrities lure people in, to a fanatical witchcraft cult that steal their money, I offer the following example. In 2005 I was approached by a woman who tried to recruit myself and a lady friend into the cult in New York City, advertising the perk of getting to meet Guy Ritchie, Ms. Ciccone's then husband and aspiring filmmaker. It goes to show how Ms. Ciccone is luring people in. Shocking as it may be, meeting Mr. Ritchie was actually not on my "bucket list." Since then Lisa W. has dropped out of the cult, claiming that they were after her money and using her. It's a sentiment echoed by all interviewed over the last year, who are not deep under or terrified of the cult.

If it's anything to give credit for, Ms. Ciccone is very successful at luring people into the cult and her talent for this may even eclipse her musical talent which has earned her the billions she now chooses to spend on branching out the Cult of New Age Voodoo. It's a predatory business practice because she uses sex to lure them

118

in and then her friends steal their money.  It's happened to countless people, and it will continue until she's out of business.  I find it to be illegal, in of itself, in a criminal sense, because they're setting people up.

Ms. Ciccone continues to use the media and her popularity with fans to market the predatory cult and their fraudulent merchandise, the operations of which she manages using her famous business acumen.  It's been well-documented that she is an equal partner with the Bergs, signing many of the checks, dictating terms to them, and profiting from their rackets.  Of coarse said documents are in my possession for presentation at trial.  She's an equal partner in management, she's an equal partner in profit, and an equal partner in guilt and culpability.

I have evidence of Ms. Ciccone's involvement in the shooting at and beating of reporters which she let others take the fall for.  It certainly goes to my extortion claim.  My sources for these facts are the Associated Press and her own brother. At Ms. Ciccone's wedding to actor Sean Penn, he evidently pulled out a loaded handgun and began firing indiscriminately at helicopters hovering overhead containing photographers trying to get a picture.  Had his shooting been better, the wedding would have ended in calamity with a downed helicopter crashing on partygoers.  This is according to Christopher Ciccone and is confirmed by an

119

independent source.

Mr. Penn was infamously known to violently attack photographers during the time he was with Ms. Ciccone and in her presence, beating them, presumably to impress her and with her consent.  There are no facts available that she wasn't responsible.  She was responsible for illegal violence.  It begs the question as to why Mr. Penn, an individual whose choice in life was to follow the path of a movie star would violently overreact to being photographed?  The press did not blame their darling Ms. Ciccone for the attacks she was a party to, although Mr. Penn's beatings of photographers ceased around the same time as their marriage.  Inexplicably, neither was ever charged criminally for the violent crimes.

More recently, Ms. Ciccone ordered "bodyguards" (Kabbalah enforcers) to beat Associated Press journalists in Israel daring to investigate her Kabbalah cult racketeering activity there.  The reporters were injured in the clash and once again the enforcers were the ones arrested and charged while Ms. Ciccone got away scott free, to continue her global crime spree.

There was the "stalker" found shot to death on her property by "bodyguards."  With all due respect to protecting the homestead, the gentleman is not around

120

anymore to give his side of the story. Apparently this crew of "bodyguards" conveniently were present to "protect" Ms. Ciccone and the entire crew had to use deadly force to subdue one unarmed man who was found dead at the scene. It's inconsistent with her routine, which is traveling with a solitary bodyguard when she's not possed up. She beefs up security, which is to say muscle, when she's taking care of Kabbalah business, which is frequently, as arguably the current head of the RICO conspiracy. The alleged stalker was trying to scale a wall, so they said. Incidently, scaling a wall to break into someone's private property would be a "prank" of defendant Mr. Kutcher's which he was arrested for and also involving Kabbalah enforcers under this command. In other words, when it happens to Ms. Ciccone, it's a capital offense, if we are to believe her side of the story. When Mr. Kutcher does it, it's all in good fun.

The coup de gras has to be the twelve-year-old boy accusing her in court documents of beating him up, breaking his camera, and choking him for the crime of asking for a picture and an autograph. The child has a broken camera and chipped tooth.

There is a tendency for the rest of us who are not "Queen Esther" (a titled bestowed on her by the Bergs referring to one of the holiest and most important bible heros

121

to the Jewish people who certainly did not elect her to this post) to take a "boys

will be boys" attitude that whatever she does is cute and can be explained as "that's

just Madonna" excusing her bad behavior and over-the-top weirdness as if she

were Michael Jackson. She also believes her own propaganda, that she can do

whatever she wants and has made a career out of it. It's painfully obvious. Her

character mitigates the circumstances as reprehensible as it is.

In the 1980s Ms. Ciccone published a book and video of herself having sex with

"Vanilla Ice," of all people, which he later described as pornography. Her star

power let her get away with it and pass "Sex," as it's entitled, off as art. She still

sells this online, not needing the money, but for reasons known only to her which I

can guess at. It's yet another example of crimes she has gotten away with,

trafficking in obscene matter being predicate to RICO. She not being charged for

it lest she depict herself as the new Lenny Bruce.

Ms. Ciccone masturbates on stage at her all ages shows, for which multiple police

and sheriffs' departments through-out the country have tried to combat because

they are actually so old-fashioned as to find it unsuitable to expose children to.

She also has sex on stage during these same all ages shows with her male and

female dancers, claiming the sex to be "simulated" to evade obscenity laws against

122

live sex shows.  This is the woman who is in charge of the Kabbalah cult's childcare programs.  The attitude she exhibits regarding children and sexuality are at best questionable *and at worst abusive.*

The "holy water" supposedly blessed by Kabbalah soothsayers, is caught on tape as actually coming from a common reservoir in Canada with no incantations recited over it, not that that would make it "magic," "miraculous," or "curative."  They lie even inside their own lies.  Even to recite magical incantations over water and claim that the water was then "transformed" into a "miracle cure" would be fraudulent.  The defendants obviously believe no such thing.  Media reports of Ms. Ciccone actually relying on the product were fabricated by her to push more bottles of the snake oil on unsuspecting fans that she treats like dirt.  If not, I'd like to see some proof that she cancelled her medical insurance.  People laugh at the palmistry rackets but it's dangerous and illegal with proceeds going to fund a racketeering conspiracy.

Ms. Ciccone has long been suspected of illegal pornography for which there is a plethora of evidence I would rather not evaluate but I mention it here as a standard criterion in determining RICO.  It's been well-documented that Ms. Ciccone has knowledge of cocaine trafficking business which is also a federal offense for which

she went unpunished as did her cohorts such as convicted murderer and organized crime informant Mr. Paciello, a.k.a. Chris Ludwigsen. The drugs were smuggled into the country through ports in Miami and retailed to the public whom they poisoned with the deadly drug through nightclubs co-owned by Ms. Ciccone's *closest* associates, of which she played an instrumental role in establishing and fronting for. That this happened has been documented. She has been photographed several times with the drug traffickers and was in business with them. Similarly, said drug traffickers have participated in the mail fraud, wire fraud, and consumer fraud conspiracies with Ms. Ciccone, Mr. Kutcher, and Yehuda Berg in the commission of Kabbalah business which is racketeering and this is also caught on tape.

Ms. Ciccone has been involved in so many racketeering conspiracies it's really hard to keep up as an investigative reporter. According to federal prosecutors, former paramour and close friend Mr. Paciello and Ms. Ciccone's oldest, closest friend Ingrid Casares were running drugs out of the nighclub Ms. Ciccone would frequent sometimes nightly, being photographed at their table. Ms. Ciccone played an intricate role in their business as a promoter, bringing in celebrities the same way she does with the "Kabbalah Centre." As with the cult, she put the nightclub on the map and this is what led to its rise in popularity and therefor profitability,

124

according to all accounts.  Even were that an exaggeration, it stands to reason that

the defendant Ms. Ciccone played at least some role in success of the

establishment as a promoter, though she denies it to avoid law enforcement, her

accomplices having been caught.  They denied the allegations of drug trafficking,

despite their checking in of Ms. Casares to a rehab clinic for cocaine addiction.

She's still a central "posse" member.


Mr. Paciello was yet another long-time lover of Ms. Ciccone's with a fondness for

attacking reporters.  He was caught beating up a photographer to impress a model

in New York City, Sean Penn-style and would typically show off in this way,

attacking people with weapons while out on the town, which is another

documented fact.  Apparently he was under surveillance the whole time by the FBI

who would later accuse him of money-laundering and bribery at the club they were

surveilling where he partied with Ms. Ciccone *almost every night*.  Mr. Paciello

was convicted of murdering an innocent woman in Staten Island, New York for no

reason as part of a home invasion.  A family lost their mother and Mr. Paciello

walked away scott free because he gave up organized crime figures.  He's out now,

just one of the known killers forming Ms. Ciccone's inner circle or "posse."


There's Jim Leyritz, acquitted of manslaughtering a Florida woman in a DUI--

125

"posse" member.  He's a recent addition to the collection.  Is violence a

prerequisite?  That's a question for the defedant.  Her taste in men seems to be

violent thugs who attack reporters and members of the press, a recurring theme.

Mr, Leyritz got away with causing the innocent woman's death, because he is a

sports "hero" and justice was denied by some very stupid people involved in the

case.  Now that Ms. Lohan is back on the team, she'll fit right in, also using her

celebrity status to get out of trouble, the trouble she causes with her repeat criminal

offenses.  As far as the civil RICO case and criminal RICO case, they're not going

to be so lucky this time.


Ms. Ciccone second husband Mr. Ritchie is also a former fanatical Kabbalah cult

member reputed to have a violent temper and reportedly attacked a fellow

"wizard."  I'd like to point out that the Ms. Ciccone was at the Kabbalah event

where cult members surrounded me trying to run me off the sidewalk for calling

their leaders "criminals" and dropped a lit cigarette in my cameraman's pocket as

he got it all on tape.  Before the party, I interviewed the very same assailants who

were pleasant, calm, and peaceful.  It wasn't until the word came down from cult

leadership that they turned on me and the melee ensued.  This goes to my argument

that the gang uses enforcers and the enforcers report to the top brass and are being

ordered to attack me and others, as critics and whistleblowers daring to expose

126

them.  As I pointed out before, the leader of the pack was identifiably a "posse" member as he was dressed exactly as she would dress Mr. Ritchie: snap-brim cap, riding pants, and an argyle sweater.  The "posse" members follow her around from nighclub to nightclub in New York City where she holds court.

There's Anthony Pellicano convicted in 2008 of seventy-five of the seventy-seven charges brought against him, including racketeering and conspiracy charges.  The charges imply that there were unindicted co-conpisrators which there were, as it came out at trial.  Among them were Ms. Ciccone, her manager Freddie DeMann, and the "Kabbalah Centre" as an entity all having this convicted strong arm man and notorious career criminal on the payroll for his special talent of illegally wiretapping clients "enemies" and harassing them with terroristic tactics.  It was all part of an elaborate blackmail scheme.  Quite a bit of evidence was uncovered at the trial and through the investigation implicating the defendants, none of whom were cleared of any wrongdoing.  They were simply not charged at the time because it probably would have destabilized the entire motion picture industry given the number of high level professionals caught up in the net who got caught. Suffice it to say I can establish racketeering, conspiracy, illegal wiretapping, computer fraud, and identity theft, just to name a few as predicate acts implicating the defendants because they had Mr. Pellicano on their payroll and this was his

127

business.  Given his indictment, one wonders how he had time to even do normal things like walk the dog.  He appeared to be very busy committing crimes.

The FBI first became involved in the Pellicano case in response to the claims of investigative entertainment reporter Anita M. Busch covering crime in Hollywood who reported being stalked and intimidated with violence to get her off the story. Her dishonest colleagues made fun of what she was going through at the time and called her "paranoid."  The FBI and courts found out that she was telling the truth. Among her claims which she testified to at the criminal and civl trials was that a "red rose" was found on the windshield of her car, presumedly to scare her as a stalker tactic among others.  The information led back to Mr. Pellicano, the then hired gun of Ms. Ciccone.  Ms. Ciccone's children's book series which she sells through the "Kabbalah Centre" is called "The English Roses."  There is also the red rope found on my doorstep.

According to newspaper reports, Mr. Pellicano was known to brag about committing crimes and getting away with it, just like fellow Kabbalists Mr. Kutcher and Ms. Lohan.  He was a known criminal when they hired him, known to have been thrown off the LAPD in disgrace after getting caught on the take.  It came out through discovery that his preferred tactic of illegally wiretapping

128

victims, which also involves Breaking and Entering and violating their privacy and civil rights, was known in advance to his clients when they procured his services. It was as recent as 2008. It fits the pattern of employees of the "Kabbalah Centre" deliberately selecting convicted felons to fill positions in their organization at the secondary level of lieutenant reporting to the top brass who are the defendants, which they would have us believe is for rehabilitative purposes, as they stand accused of running a racketeering conspiracy.

There's no record of hired gun Mr. Pellicano being subjected to Kabbalah anger management programming or discouraged from committing crimes which involved his running roughshod over the law-abiding public. Quite the contrary, the opposite is true. Mr. Pellicano was rewarded for his criminality by the defendants with money, the full extent of which is yet unknown. His case has the same recurring themes as this one, of racketeering, conspiracy (both of which he was charged and convicted of multiple counts of) and violent intimidation of the press covering crime in the entertainment industry through stalker tactics. Stalking itself is a unique form of crime which was not illegal in the 1980s when RICO was written and is everywhere in this case.

Before the cult propaganda machine kicks into overdrive and overheats, trying to

spin their policy of recruiting and hiring felons as rehabilitation to serve the community, I'll strike that argument down right now by pointing out, that they repeatedly advertise the cult has no rules to follow and no morality, which is the first honest reality they reveal to the public. There's just as crazy as you would expect from a cult led by Ms. Ciccone, and there "no morality" policy no doubt was a selling point when the recruited her. It's highly relevant to a civil RICO case that an organization with no morality, by their own admission, stands accused of committing multiple violations of the RICO Act. The "Kabbalah Centre's" bragging of having "no rules," is the ethos of Ms. Ciccone to not have any ethos, which she's dedicated her life to and proves time and again. It undermines their fraudulent claim to the IRS that they are a religious organization that deserves tax exemption. It makes the gang look like criminals, which is what they are. That Ms. Ciccone spreads immorality--by their own admission--worldwide, reflects poorly on the defendants, their apologists in the media, the idiot donors who thought it was a good idea to support this financially, would-be recruits, the current membership, and the power of the media, as well as the sad state of affairs it has sunk us to. I may point out, that I consider it much more of a potential crisis, than the apocalyptic energy crisis, Mr. Kutcher and Ms. Heidenreich are sounding the alarm bells about.

It's relevant to the case that Ms. Ciccone has a reputation for having low or no morals, which she is proud of and it's pretty hard to miss if you're a music fan who grew up in the 1980s and owned a TV. Her inability and refusal to respect social norms speak to her propensity to break the law and she has taken both character flaws to epic proportions as evidenced by her life and times.

She's not being charged with her many lawful amoral acts but it mitigates the facts surrounding this case to her disadvantage. Her credibility is nonexistent.


It also goes to show the culture of the organization and their true face, their dedication to crime, because they are in fact a corporatized gypsy caravan. Unlike traditional gypsies, they're pretentious about their palmistry, taking it seriously as Kabbalah, because it's also a cult. The "no morals/no rules" policy speaks to their acting with impunity. The defendants break the law repeatedly and repeatedly get caught, as flagrantly as possible they make a big joke out of it as if it were all a game. It's a problem for the rest of us and people like me. It's a problem for me as an investigative journalist and a victim of their extortion. It's a problem for me as the Plaintiff, because they create the impression that they are "above the law," potentially tainting jurors. The defendants and their entity the "Kabbalah Centre" are advertising the fact that they are corrupt. They're advertising the fact that they don't have to play by the rules.

If charity fraud is a designation apart from fraud, there is that too.  There is evidence of grant fraud.  All of the financial crimes cross state lines and international borders effecting intestate commerce.  The paperwork on this can be taken as roadmaps to how the conspiracy works financially between the defendants which I will clarify at trial.  It goes to the conspiracy charge as well as the greater claim of RICO.

Ms. Ciccone's means, many homes in different countries, international connections, and world tours give her an alibi for traveling around taking care of Kabbalah cult racketeering business.  The paper trail left behind with her name on it will show this and I have copies.  Between the many intersecting shell companies run by the defendants in the name of Kabbalah, moneys and slave labor are shuffled back and forth.  Witnesses claim that the *chevre* are nothing more than slave labor that the defendants are exploiting in their gluttonous greed.  These are the staff and "volunteers" who reportedly are housed in windowless barracks owned by the Kaballah cult and given menial jobs such as "scrubbing the Bergs' slippers with a toothbrush" in their Beverly Hills mansion.  I have an idea where they are being housed and I will direct the proper law enforcement or regulatory body to the location.  Many of them come from poor backgrounds and

underprivileged nations where the Kabbalah welcome wagon "teaches" them about the Messianic greatness of the Bergs, Ms. Ciccone, and their gospel word, which naturally comes from G-d who elevated them to their lofty stature and sanctions their predatory business practices.  During cult gatherings, cult members chant and praise Ms. Ciccone, just as they quiet literally idolize the Berg family.  These are facts that can be proven, as shameful and pathetic as it is.  It's a typical cult scenario giving new meaning to the expression "Playing G-d."


In addition to bankrolling the expansion efforts of the Kabbalah cult, Ms. Ciccone has made money for years peddling their fraudulent wares.  As for the snake oil being a "miracle cure," I have report after report of Ms. Ciccone spreading this lie through the media, to her fans, and pushing the product on tour.  I have several reports from reliable sources that she ordered truckloads of the product for her tour.  It can be confirmed also by the venues.  I have evidence that she sold it on tour which seems obvious unless they plan on arguing that she drank an entire truckload of it by herself.  There was no swimming pool on the tour bus, those she claims to swim in it.  Even I can admit, some of this is pretty funny, but it's hurting people financially and physically who buy the product and the lies.  Practicing Medicine Without a License is against the law in America, with penalties varying from state to state.  As it also constitutes mail fraud, wire fraud, and consumer

133

fraud, and serves to establish some of the predicate acts for civil RICO.

A man advertises in mail order catalogues authentic copper engravings of Abraham Lincoln going for only $1 a piece. Consumers send away for it and get in return a penny. The Bunco Squad comes knocking on the door. I have documentation connecting Ms. Ciccone to the marketing and retail sale of the red string Kabbalah bracelets being marked up to $25 a piece for dyed string. The claims in cult dogma that it prevents SIDS are as outrageous as it is ugly. What kind of people would take advantage of grieving parents?

If "Raising Malawi" is clean, they are sure hiding it well, doing a good job of appearing to be rotten to the core with corruption.

## DEFENDANT #6: ERIN HEIDENREICH

Fundraising efforts for "Raising Malawi," which I am alleging is a front for human trafficking, have been led by fashion conglomerate Gucci, the same Italian company who funded Ms. Heidenreich's "baby brokering" film, whose website solicits funds under a flimsy alibi, which I have detailed in this document. Ms. Heidenreich is a defendant in this case who infiltrated my company on a mission to damage it, an internationalist with ties to the international cult who had an

134

emotional meltdown when she was asked to finish editing footage relating to the

human trafficking charge for the documentary film exposing this hypocritical

crime ring, refusing to do so or to explain why.  When I explained to her in the job

interview that human trafficking was being investigated, I was told by Ms.

Heidenreich that "it's so hard for 'parents' to get a child who want to adopt.  I know

because my friends went through it."  Little did I know she was involved, making

money off the transaction and that the ring appears to be ongoing which federal

agents can delve into further.


It fits the crime pattern of agents of the defendants infiltrating my company and

trying to infiltrate my company as part of a coordinated campaign of harassment,

extortion, theft, witness intimidation, whistleblower retaliation, tampering with

federal evidence, obstruction of a criminal investigation, theft of trade secrets,

tampering with a federal witness, spying, harassment, menacing, fraud, and

obstruction of justice, along with the human trafficking conspiracy charge which is

precipitating the extortion to further it by avoiding being discovered by federal

investigators and the unsuspecting public.  **It's what this case is all about--illegal

sabotage of my business on the part of the defendants to obstruct justice and

continue racketeering.**

135

There is also the little matter of Ms. Heidenreich paying a gang-affiliated and violent goon to assault me upon discovery her theft, deceit, and sabotage. The tape of the incident will speak for itself. This all happened in my own home and was done with malicious intent.

Furthermore, having visited Ms. Heidenreich's facebook page and I see that she is promoting a film which was also financed by her company "Cinetic," through their subsidiary "Filmbuff." It just so happens to be the same crackpot doomsday scenario about a major energy crisis of apocalyptic proportions affecting the United States any day now as Mr. Kutcher professes. The film is not a fictional "disaster movie," action movie. *It is presented as non-fiction.* It suggests her involvement in the cult on an ideological basis as well as financial and criminal, because that is a fringe viewpoint virtually unheard of among educated entertainment industry professionals (or anyone else for that matter) and the cults typically are fringe groups united through these type of beliefs, the end of the world scenario being at the top of the list. It enhances the stature of the Messianic leadership as saviors, such as in the David Koresh case. I find it very interesting that Ms. Heidenreich's apparent apocalyptic vision involves an energy crisis just as I have Mr. Kutcher on record as espousing. As a matter of fact, she was shown footage pertaining to Mr. Kutcher's radical doomsday scenario and she feigned

136

disbelief at the time which would have been the normal reaction. She concealed from me that she subscribes to the same extremist viewpoint. Even among end-of-the-world nuts, a national, permanent energy meltdown is a minority viewpoint that the alleged conspirators share. It's an indication of drugs being involved in this case, to give them such crazy ideas. Not that the Harry Potter fantasy isn't equally as insane. Excuse me for injecting humor into this, but I'm a professional writer and I realize how long and drawn out this is, so I'm attempting to make the document somewhat "readable," as we writers say. The only joke was making fun of it, but they actually do hold these beliefs and I did discover it. It's definitely evidence of conspiracy in a case involving a cult. They unite over ideological lines outside of the mainstream and have a sweet spot for the end of days.

When I first met Ms. Heidenreich we discussed the topic of extremism and she represented herself to me as having moderate views grounded in reason and reality. Ideologies matter in this case because it's the ties that bind cults. There is no evidence to justify her and Mr. Kutcher's apocalyptic warning to the rest of us about the United States being thrown into a state of emergency due to a nationwide energy crash. Having worked in the utilities industry, I can state that that's not logistically how power supply works. Were one grid to shut down for whatever reason, there are thousands more which are not interconnected, as well as a little

137

thing called back-up generators and leagues of first responders prepared to act. Nothing even close to what the defendants' propose has ever happened in this or any other country to my knowledge. They're simply lying to the public with scare tactics typical of the "Kabbalah Centre" which relies on demonology to unite and control their followers through fear. It's preposterous to use the internet to spread around the alarmist fantasy that the United States would somehow "fall" in this way and that even if the laws of physics (which the fraudulent claims made to falsely advertise their bogus products also defy) fail, that the entire government and citizenry would leave America blacked out without power and resort to anarchy. It's subversive because it justifies radicalization in preparation for chaos and is typically used as a rallying cry by fringe groups with other crazy agendas which is pertinent to the claim of being stalked by fanatical extremists with crazy ideas. Mr. Kutcher and Ms. Heidenreich not only share the same fringe belief but they both preach the same message on the internet and this is a cult case. It's further evidence of their collusion.

Her company "Cinetic," through their financing wing "Filmbuff" which she used to run recently financed a film produced by a ranking Kabbalist in the cult, Mr. Burns, whose business relationship she concealed from me after signing a Conflict of Interest clause and discussing him with me as an investigatory target.

138

According to her website, "We've had a long relationship with Edward Burns. . ." His wife is '80s "supermodel" and longtime Kabbalah cult member Chrisite Turlington. She's also a longtime "posse" member who has been with Ms. Ciccone since the 1980s, the same woman who recruited her into the cult. Mr. Burns is another fakir who passes himself off as an Irish-Catholic as a gimmick when in fact he is a radical Kabbalist who sends his kids to the cult for indoctrination into the Occult, teaching them sorcery. The both of them are also in employees of the Kabbalah Centre, Mrs. Burns using her famous face to promote the Kabbalah daycare program, modeling for pictures in their recruitment propaganda. It's a controversial program to teach kids witchcraft and Ms. Ciccone is the Chairwoman of the Board, overseeing the entire operation, planning the curriculum (along with Mr. Kutcher's sister) which the cult neglects to mention publicly is actually witchcraft, possibly because there would be a public outcry as it defies both science and religion.

It used to be called "Kabbalah For Kids" but the name was too obvious. They changed it to "Spirituality For Kids" using their favorite New Age buzzword. On the website Michael Berg's job description is given as "civic leader and child advocate." They make no mention of who is the "Kabbalah Centre" and what they are using the "educational" program for. Now, the cult is changing the name once

139

again to conceal the truth. They are changing the name to "Success For Kids" when it is still the same place and the same thing "Kabbalah For Kids." They teach Ms. Ciccone's idea of a value system--a burlesque show for kids! This is according to the website. Is it any wonder that they want to sabotage an expose on their activities and ruin the one investigative reporter breaking this story?

Mr. Kutcher's sister works there too, as the "Kabbalah Centre" is a family business and this is the "Kabbalah Centre." She even plans the curriculum and is in the cult too. She works at the global headquarters in Los Angeles coincidently. Her brother Mr. Kutcher also sits on the Board of Directors working for Ms. Ciccone, along with her subordinate from "Raising Malawi," the defendant Michael Berg. It's one big happy family brainwashing little kids.

Mr. Burns latest picture is *one of three* being promoted on the facepage of her company's website. This she also neglected to mention as she was included in the investigation as an editor and camera operator, two jobs she did not perform despite sending me several messages throughout the month of February that she was working on the project as it lay locked up in her apartment. By "working on the project" she apparently meant opening files without permission on my external hard drive which was entrusted to her and destroying footage deliberately. She

also kept the money she was paid after billing me for hours she did not work, as the evidence shows. I have a copy of the invoice, the contract, and the destroyed footage, as well as the documentary information, linking her financially and personally to the "Kabbalah Centre," led by the defendants whom she acted to protect from exposure and justice for the crimes being alleged here, fitting the pattern of the charges I am alleging that my ordeal has been a concerted effort by defendants dispatching agents on their behalf to sabotage my movie and business, in retaliation for blowing the whistle on them and to extort me into promoting their cult with propaganda through my media company which appeals to young people-- their target audience.

## DEFENDANT #7: HAYDEN HOUSER

Mr. Houser is the man who implicated himself in the racketeering conspiracy when he chose to sabotage my project, betray my confidence which he had fraudulently gained, steal trade secrets at the expense of my business and in violation of the Sherman Act, steal my identity, obstruct justice, obstruct criminal investigation, steal company property, tamper with federal evidence and commit computer fraud in the process, and contribute to the campaign of extortionate and retaliatory harassment aimed at the Plaintiff after getting paid to document that these crimes were being committed. He misrepresented himself and wife Stephanie to gain

employment and trust and seriously breached the contract which was agreed to and

signed. He's connected to the other defendants besides his wife through her and

her membership in the Hollywood "centre" of the Kabbalah cult, is frequented by

Mr. Kutcher, Ms. Ciccone, and the Bergs. They act out their fantasies there of

being witches and wizards, being taught spellcasting, chanting incantations, and

performing Occult rituals. To the unsuspecting public, it's trendy and New Age-y,

having no idea what is going on. I have evidence connecting Mr. Houser and his

sham company "Launch Flix" to the crime bosses as I before noted, as it appears to

be an advertisement for their fraudulent products which was produced by his

company "Launch Flix."


## DEFENDANT #8: STEPHANIE HOUSER

Everything which was stated declared about Mr. Houser can be said of Mrs.

Houser who works as his partner and boss. Her Holocaust "education" is

revisionist meaning that she is discrediting history and the victims of the ordeal on

purpose, as well as the entire Jewish race, and getting paid to do so as she passes

herself off as a sympathetic advocate for the victims. Her sketchy Holocaust

charity appears to be lining her own pockets which is one in the same with Mr.

Houser, a question to be settled in court as it pertains to fraud, conspiracy, and

motive which I'm alleging is magnified by the defendants hatred towards myself as

142

a Jew.  It fits a pattern of their Mel Gibson level of anti-Semitism (yes, that is quite

a lot).


As I stated in the statement of facts, Mrs. Houser is known to me as a fanatical

Kabbalist.  She appears to be motivated by true believerism which applies to non-

religious and pseudo-religious ideologies such as politics, or witchcraft, as the case

may be.  There are her saboteur actions and the documentation present to

corroborate the allegations, such as the Kabbalah book she published herself and

her business patnership with a Kabbalah "guru" in her former home state of

Arizona.  She is personally acquainted with the highest levels of the racket whose

guilt she conspired to conceal as a frequenter of their ritualistic gatherings.  She's

culpable in every scam her husband carried out, as he is her subordinate in the

company she founded "Launch Flix" and this includes the identity theft which was

committed whether or not the initial fraudulent charges can be traced back to her.

The information itself has been appropriated by their company without my consent

and her cult is connected to convicted identity thief Mr. Pellicano.


Ms. Ciccone's manager Freddie DeMann admitted at trial he was paying Mr.

Pellicano to illegally eavesdrop on Mr. DeMann's his own son, involving breaking

and entering, and violations of privacy, civil rights, and common decency.  It's

another case of bizaare, unethical, predatory, and illegal spying, which is exactly what Mrs. Houser is guilty of, insinuating herself into my company and gaining access to trade secrets incriminating of her cult leaders.  She broke the law for them and implicated them in the process.

### DEFENDANT #9: ASHTON KUTCHER, A.K.A. ASH

First of all, Mr. Kutcher is a lot more than an accessory to racketeering.  He sits on the Board of Directors at the top of the pyramid and has been photographed paling around Los Angeles with the Berg family scion and heir apparent to the throne Yehuda Berg, who may or may not be the world head of the racketeering conspiracy, after Ms. Ciccone the majority shareholder and father Phil the charismatic figurehead who is all but retired.  Mr. Kutcher's mentor Berg is either the current number one or number two leader in the global organization.  I know who Mr. Kutcher is and I don't care.  Among his many poses he pretends to be an accessory to the crimes being committed by downplaying his role as an escape route in case of being found out so I've taken steps to make sure that he doesn't get away with being charged criminally with violating the RICO Act because I can prove his involvement as a leader in the gang and their racketeering activities. He's not "just following orders," he is giving the orders and deserves no special consideration by Federal Prosecutors on the basis of his fame as an actor.  This is

not a harmless prank, he is guilty of racketeering which is a federal offense and there are multiple counts.  He's a danger to the community  because of his reckless behavior and terroristic tactics towards the press.  Mr. Pellicano is doing hard time for intimidating journalists covering crime in the entertainment industry.  Mr. Kutcher and the others deserve to be prosecuted to the fullest extent of the law and anything less than that would be a travesty of justice.  I can promise he's going to prison because I will see to it myself.  He's violating the RICO Act and he's caught by me and getting turned in.

Mr. Kutcher profits from the ongoing racketeering conspiracy which he has taken steps to conceal and which will be exhibited through discovery.  Of the defendants at the top level of the pyramid scheme he is the most confrontational towards critics and inquiring journalists, which is entirely relevant under the circumstances as I am both of those things and alleging a campaign of harassment which fits his recent and documented past history.  As a trained actor, celebrity, and corporate spokesman with political clout he benefits from a billion plus decade long public relations front which he is using as an alibi as the facts will show.  Besides stealthily helping to run rackets for the Bergs who have all but adopted him, he flouts laws respected by ordinary citizens much in the same way as fellow Kabbalah cult members and known criminals Ms. Lohan and Ms. Ciccone, both of

145

whom he is also linked to. In the case of Mr. Kutcher, he makes a big joke out of his criminal conduct and hides behind his famous prankster image when caught. His whole life is a public display and one that is full of lies and deceit. To put it quite frankly, Mr. Kutcher is living a lie. It's relevant to the case at hand because not only is he being accused of fraud, but Mr. Kutcher is being accused of attempting to intimidate journalists into covering his personal life and then beating them over the head with threats when they dare to question any of the official cover story which is in many cases seemingly scripted by the Bergs. *One* of Mr. Kutcher's most recent dust-ups with members of the press reflects this pattern.

Mr. Kutcher made a media circus out of his "traditional Kabbalah wedding" to actress and hardcore Kabbalah cult member Demi Moore who is also a longtime friend of the defendant Ms. Ciccone. As the "First Couple" of organized Kabbalah, the "wedding" presided over by defendant and alleged fraudster Yehuda Berg-- which I am again pointing out was not a private family affair, as all parties used it as a publicity stunt and invited media attention--was not a legal union, nor is the marriage, according to California law. Nor is the myth that there is such a thing as a "traditional Kabbalah wedding," as I can't seem to find evidence in any book that such a ceremony was ever performed in history. It was a way to put a glamorous face on the weird witches coven which is antisocial in their every manifestation.

146

When the truth started to come out recently from a witness, Mr. Kutcher made a spectacle of saber rattling towards the press who dared interview the witness or look into her story, threatening them with lawsuits which were never filed, and further manipulating them into reporting the news *his* way through intimidation. The marriage and wedding are vehicles for the further marketing of the Occult belief system to young people and that's what this case is all about.

I have it documented in several news reports coming from reliable trade publications that Mr. Kutcher has a past history of sabotaging filmmakers with whom he disagrees over the issue of Kabbalah. *No one else in past or presently in the cult has a documented history of this but him.* "ASHTON KUTCHER GOT ANGRY WHEN ASKED TO REMOVE HIS KABBALAH BRACELET." That's a newspaper headline referring to a film he worked on. I saved the evidence. Mr. Kutcher reportedly retaliated against the producers who, like myself, declined to propagandize his cult and he did so by throwing a temper tantrum. In the end his little Kabbalah "prank" cost the producers $100,000, reportedly. It fits the pattern here of my production company loosing money as a result of retaliation from radical Kabbalists and he knows all about because he is their leader.

On the next production with different filmmakers, he reportedly pulled the same

147

stunt throwing yet another temper tantrum so great as to make trade publications. He has a demonstrated past history of hijacking other people's productions to browbeat them into propagandizing the Cult of New Age Voodoo, as so many other have given into. He continually demonstrates a lack of respect for producers and our property rights and writes it off every time as a "prank." When Kabbalah bracelet banded goons come into my neighborhood and follow me into my favorite local restaurant and pull knives on me, I don't find it so humorous. Judging by their artifacts they were flying as gang colors, which advertises a fanatical devotion to his cult and extremist viewpoint of Kabbalah, it can be taken as a fact that the assailants at least know him personally as they're in the same cult which holds regular meetings at the location in Hollywood he's been photographed frequenting, information he which he also advertises.

I was approached by the television reporter to do an interview about Mr. Kutcher, the reporter came to me. He represented himself and his company as being neutral towards the defendant or even less than neutral, despite my knowledge of previous scandals involving Mr. Kutcher that they failed to report on, such as the ongoing racketeering conspiracy and cult he's mixed up in. I gave them an interview pertaining to exactly the same federal racketeering charges I'm alleging in this lawsuit and will be providing to law enforcement, framed as a question to Mr.

148

Kutcher to respond to. It was agreed that *TMZ* was contacting him for a rebuttal. His answer was that the tape of the interview which is documentary evidence for myself and federal prosecutors disappeared mysteriously. It's relevant to the basic concept of the argument that the defendants are using subterfuge to disrupt my media business in an effort to retaliate and conceal their crimes which are ongoing and they are protecting in this way. It's this same obstructionist tactic which caused the most substantial damage to my company by incurring hundreds of thousands of dollars of legal debt under the exact same conditions implicating the same defendant. It implicates Mr. Kutcher that documentation of his crimes disappeared after he was contacted about it, especially when you consider that it also implies maintaining a hidden racketeering interest in a third party, which is another one of the predicate act present in this case going towards civil RICO.

Another incident which has Mr. Kutcher's name all over it repeating the same recurring theme were the actions of Ms. Heidenreich when I discovered her role in the conspiracy, visa vi her theft and destruction of company property *specifically* incriminating of Mr. Kutcher, whereas she chose to capture footage of the other defendants with no argument. She put up a fight in regards to the content of Mr. Kutcher and when I asked her to explain her relationship with him she could not say, after having signed a contract with me to assist in my investigation into his

149