racketeering activities.  Mr. Kutcher is famous for hiring others to act as agents on his behalf as a gimmick and this agent of his behalf had me assaulted by a known hooligan who is named in this lawsuit as an accomplice, using the same camera ambush tactic which is Mr. Kutcher's signature move.

I might also point out that Ms. Heidenreich has an ongoing business relationship with an associate of Mr. Kutcher's who is also in the cult, Mr. Burns.  That's three people all involved and the basis for a conspiracy charge which is a predicate act I am establishing to make my case for civil RICO.  I've been in contact with all three parties, in person or through the media, and this all has been around the same time recently.  All three knew that my coverage of the cult is critical which gives them motive for the sabotage, especially when you consider that I'm alleging federal laws are being violating on an ongoing basis and handing the evidence over to law enforcement.

Shortly thereafter, Mr. Kutcher's website was hacked into alleging that he is involved in the computer hacking of critics.  I'm a critic of his who has had my computer recently and repeatedly hacked into by radicals in his group who declare themselves as acting on his behalf, so I'm pretty interested to know what that was all about.  Mr. Kutcher has been caught hacking into computers before at the

150

expense of filmmakers which he characteristically flaunted and flouted with impunity.

It doesn't help my case that a majority of Mr. Kutcher's media content depicts him as being "above the law." He boasts of having a license to kill in a film clip that, although I'm not holding him responsible for as he did not right the script, ran millions of times as a movie promo on TV and the internet.

He gets caught violating federal law constantly and continues to get away with it in a very public way, every time using the same alibi that it's all an elaborate "prank." The show is over and the "pranks" still continue. Mr. Kutcher was caught recently pirating "his own movie" and leaking it on the internet, breaking anti-piracy and computer hacking laws in the process. According to his spin doctors and apologists in the media it was all a big joke, but I don't think the producers were laughing. The truth is that it was not his movie, he was paid to perform in it and the rights belong to others whose faith in him he repaid by stealing from them. He got away with it. It cost the producers money because he's giving away their product for free, which is why they don't release promos in this way. It can also be reasonably construed that this was more retaliation for their refusal to let him turn their movie into a propaganda piece for the cult. For example, the commercials for

151

Nikon cameras he does on television, has him walking around in an all white suit and red string Kabbalah bracelet. It's the uniform for the diehard Kabbalah fanatics which the cult continually hires actors, actresses, and models to model at parties and pass off them off as being partygoers who choose the fashion. It's a way to continue their efforts to market the belief system to young people, by making it fashionable. When Mr. Kutcher slips the propaganda into commercials, he's not only deceiving the audience, he's cheating the people paying him to advertise only their camera or whatever product, as well as the TV network and stations who agreed to no such thing. He's sneakily catching a free ride at the expense of the commercial's productions company, the corporations paying him, the TV station, and the TV networks who he's ripping off. Forget ideology, he's marketing goods and services and catching a free ride on others' coattails. I'm sure he would giggle about it because he according to him he "likes sneaky people" and apparently thinks it's good to be sneaky, which he has accomplished. It's certainly a good trait for a career criminal to have, but it's all a big joke, or so we're told.

He even was given special treatment by the Secret Service which unfortunately was broadcast far and wide, being allowed to sneak up on Sophia Bush and ambush her with a camera, getting past the security detail who were not doing their jobs, and all because it was a prank for his TV show. I've produced content for

MTV.  Somehow I don't think the Secret Service is going to let their guard down for me.  The agent who authorized this may have thought it was harmless at the time to be in on a joke, but he failed to foresee that Mr. Kutcher would be on trial years later for repeat federal offenses involving the violations of others' civil rights and that they were creating the appearance to potential jurors of him being "above the law."  A background check should have revealed that he was deeply mixed up in a cult accused of racketeering and violent crime long before I got involved covering them.  Their lapse in judgement adds to his "untouchable" public image which hurts me as the Plaintiff.

With all due respect to the hardworking men and women of the LAPD, I'm sorry to report that the department is compromised in this case.  Mr. Kutcher has a long standing and questionable relationship with the LAPD going back to the days of his hidden camera show in the early part of the last decade.  The TV show *Punk'd*, which is similar to *Candid Camera*, routinely involved the same recurring prank, which I have on tape, involving actors impersonating LAPD police officers and pulling over motorists on the streets of LA.  They would borrow uniforms and squad cars and it was in seemingly half of the episodes in a show that ran for years around the world.

It doesn't help me with the jury that this too gives the impression of Mr. Kutcher being "above the law." It's highly illegal to impersonate a police officer and there have been numerous incidents involving "pranks" that went awry when unsuspecting victims who were ambushed didn't share his sense of humor. There are other instances of Mr. Kutcher receiving special treatment from the LAPD who are known to cowtow to celebrities. I can understand loaning out uniforms and squad cars, presumedly for a fee, in shooting a movie scene. To allow an actor to prank people by impersonating police officers and use the authority of the badge to pull them over, scare them, order them around and control them, perform illegal searches in violation of the Fourth Amendment, disrupt traffic, and deceive people, is taking it a bit too far. That this went on for years reflects poorly on the LAPD's judgement and conflict of interest in policing the defendant who is being accused of running a racketeering conspiracy out of their jurisdiction. I'm sorry to say it, but it is the truth. It's no reflection other police departments who take a zero tolerance policy towards actors who break the law. It's a problem unique to Hollywood.

After the prank show was cancelled, Mr. Kutcher pitched the networks a new spin on the old concept, he would "prank" members of the press, by unpleasantly surprising them with scenarios designed to scare them and upset them, caught on

154

tape with hidden cameras and ambushes, involving actors acting as agents on his behalf, and plant false news stories so as to confound them. He thought he was getting some kind of revenge, according to magazine articles quoting the actor. What the revenge was for was not clear. I have a hard time buying that the man's privacy is invaded, considering that he reports his every move daily via the website Twitter which sends out email "updates" of his whereabouts and activities which he writes himself. That's not the actions of someone who is in hiding, begging the question of what is his vendetta with news reporters? It's at the center of this case because I'm a news reporter being stalked and harassed on his behalf with all roads leading back to him and his co-conspirators in racketeering.

I can understand celebrities bemoaning paparazzi who go to far, made infamous from the Princess Di incident. However, I must point out that the kind of reporting I do is <u>historically relevant</u>, considering that I have them involved in political intrigue at the highest levels overseas and meddling in civil wars, as opposed to gossip about who is doing what to whom. Furthermore, I haven't employed any overly agressive tactics such as ambushing people with cameras, Mr. Kutcher's signature move, which was done to me recently in my own home violently. Mr. Kutcher is an individual who thrives on publicity stunts which partly explains the crazy behavior, much like his associate Ms. Ciccone, so again the argument that he

155

is fighting back against the paparazzi does not hold water.

There is a difference between serious journalism and the paparazzi, not that paparazzi deserve to be fired upon and assaulted by Ms. Ciccone's "posse" as she has in the past gotten away with. I submit that Mr. Kutcher has a grudge against legitimate journalists and this is serious, not a joke or a "prank." Mr. Kutcher is a man with a past history of violence. His "pranking" the press show did not get picked up, yet he took it upon himself to "prank" the press anyway on several occasions, including planting false news stories and *threatening* to, frequently complaining about Freedom of the Press in the First Amendment and that he believes journalists are "hiding behind it." Bitter words from a man who has been given much by the media, including tons of good publicity.

Mr. Kutcher has a reputation for "accidentally" injuring female co-stars on the sets of his movies, time and again. I've watched him in interviews joking around about it, how they keep getting injured by him "accidently," on production after production. These are facts that pertain directly to my allegations. His past history of violence goes way beyond that and calls into question his mental stability which is exactly what I am doing, with good cause.

156

I'm alleging that Mr. Kutcher is the acting street boss of the racketeering conspiracy, with the goon squad of Kabbalah under his command. They are responsible for illegal debt collection and witness intimidation, among other things, such as the stalking of me as his chief investigator looking into his racketeering activity and that of his mentor, Yehuda Berg. Mr. Kutcher doesn't look the part, which is how he has been getting away with it. For example, Mr. Kutcher was recently arrested for Breaking and Entering as well as trespassing as part of yet another elaborate "prank" which was not a part of any TV show other than the one going on inside his head. Once again, the press was the target. In the commission of this dangerous stunt which could have ended tragically, Mr. Kutcher apparently was aided and abetted by Israeli commandos whom he met in Israel at the Kabbalah cult location there. This is evidence of his role in the cult, running the enforcers. I'm accusing Kabbalah enforcers of threatening me with violence on his behalf and on the behalf of his ongoing racketeering enterprise the "Kabbalah Centre." I even have evidence of the enforcers themselves describing violent crimes they have committed and they have personal ties to him.

Mr. Kutcher regularly visits Israel on Kabbalah business and his obsession with my culture which he fetishizes. My sources have seen him there recently at the Israeli satellite of the cult, which is also a crime scene from a previous related FBI case. I

157

have information about ongoing crimes there and I have seen videotape of the cult enforcers acting as personal bodyguards for him and Ms. Ciccone when they vacation in the Holy Land (part of their Jewish pose), in between the international goon squad allegedly intimidating cult members and non-cult members alike. The Kabbalah enforcers may have been involved in acts of terror overseas which is in the movie I'm producing and the defendants know I'm working this angle.

Furthermore, Mr. Kutcher is known to combat train with Kabbalah enforcers, which is documented. Whether or not the defendant considers rampant lawlessness and intimidation tactics aimed at members of the press all a big joke or not, others do not which is why he was arrested during the home invasion. The arrest revealed the enforcers in the stunt he later bragged about to fans, boasting of his lawlessness. I can understand a hidden camera practical joke show on TV. I fail to grasp what he thinks he is accomplishing with his harassing pranks which are unscripted, unfunny, and not part of any TV show save for his own prankster public image, which is about as fake as his marriage. His connection to the enforcers in the cult is a matter of fact. It goes to the extortion of myself and others which I am alleging. As they are violent, it's in my best interest to clear it up in court and settle the issue in addition to making the civil RICO case at hand. The Kabbalah cult enforcers reporting to Mr. Kutcher further obstruct justice in

158

this case, by intimidating witnesses and it will take law enforcement and subpoenas to straighten it out. In other words, there are a lot more witnesses who are afraid to testify. I have experience running witnesses and it's the fear factor which makes extortion cases tough to press. The enormity of the crime and the threat to the community is what makes it so important to prove so that it can be stopped.

In order to run a successful racketeering conspiracy, one of the top dogs assumes the role of "street boss," in law enforcement parlance, overseeing the enforcers and enforcement necessary to run illegal businesses which cannot rely on police and lawyers to enforce terms and conditions and to carry out violent crime in revenge plots, something the defendants in this case know a lot about. Mr. Pellicano was one of their Kabbalah cult enforcers acting as a "hired gun," the fanatics and goons who have been stalking me and threatening me with extortionate demands to conceal the defendants crimes are Kabbalah cult enforcers, the violent inmates recruited by Yehuda Berg as "students" are Kabbalah cult enforcers, and the Israeli commandos working for Mr. Kutcher are Kabbalah cult enforcers who as the facts show, report to him directly and even break laws at his say so, such as breaking into people's homes who they do not know. Even were the "pranks" funny, that would go to intent and mitigation, it's not a license. It's also bizaare behavior when taken to such extremes and if he is psychotic and violent, it presents a threat to my

159

safety and the safety of my witnesses, as well as the public. It threatens the laboratory conditions of the potential witnesses, it instills fear in the witnesses and potential witnesses for fear for their safety as a result of intimidation. The crime victims also suffer from this, the majority of them being in the cult. Many of them are brainwashed and others are trapped somehow into staying, by the Bergs. They manipulate them with their families, embarrassing photographs, etc. to keep them quiet, paying up, and not making them look bad by walking out. I will instruct the jury to attach no weight to the public image of Mr. Kutcher they have likely been exposed to, being far from a gang enforcer, and pay attention to the facts in this case, that he's involved in racketeering. Mr. Kutcher and his associates are criminals and criminals are not nice people. He's a professional actor and by nature a chameleon. He's in business with con artist who also specialize in deceiving people and putting on a false front. What's more, they're masters of media manipulation and have invested very heavily in this endeavor as an organization.

Mr. Kutcher has heavily invested in his public image at the expense of my argument and potential jurors "knowing" him through the carefully crafted image shown on TV. Appearances matter. I'm also alleging his involvement in the fraud, racketeering, and human trafficking conspiracies which I have documentation of.

To support the claim of the racketeering conspiracy's considerable financial damages to my business, under the terms of civil RICO, I have the obligation to prove that the defendants are a gang of criminals.

I have witness statements implicating Mr. Kutcher in the wire fraud, mail fraud, and consumer fraud racket.

Mr. Kutcher, photographed peddling snake oil.

Mr. Kutcher, caught on paper, profiting from the snake oil racket.  It's evidence of fraud and racketeering, predicate to RICO.

Mr. Kutcher, implicated in tax fraud and conspiracy by their own record keeping.

Mr. Kutcher, personally tied to the Bergs, on paper, in numerous photographs, and fronting for his friend and personal mentor Yehuda Berg in the media which he has some control over.

Mr. Kutcher, deceiving his fans and "friends" by selling them copies of the "Zohar," the bible of Kabbalah and an Arcane magic book written in Hebrew and

Aramaic.  He sells it to people who can't read the languages, claiming that they need only "scan" the pages with their hands "like a barcode scanner" to read the words magically through the hand and "download" the ideas into their brain. Witnesses report seeing T-shirts reading "I SCANNED THE ZOAHR WITH ASHTON" sold by the cult.  After his recent public display getting his nose bent out of shape over the unauthorized use of his likeness for a company which was not the cult, it's fair to say that he thereby did authorize his name to be used on the T-shirts advertising the product and the fraud behind it.  The sale of these books is a racket earning millions and being used as part of the "miracle cure" scam which preys on the sick, desperate, and dying.

Mr. Kutcher was involved with selling the fraudulent magic books to an ex-girlfriend who was told that she needn't actually read Hebrew or Aramaic to understand the words, the books going for *hundreds of dollars* a pop and sold online, constituting mail fraud, wire fraud, and consumer fraud.  The Kabbalah cult is caught on tape in an undercover investigation with this business of scanning and just flat out lying about the physics of the molecularly ordinary books.  Like Mr. Kutcher's psychotic pranks that go too far, it's all a big joke selling magic books to suckers because the pages themselves are supposed to be magical.

162

It may seem silly, but they're making millions of dollars this way, it's an illegal business operating in this jurisdiction out in the open, and it further confuses the cultmembers who minds and lives they are destroying. Some people quote P.T. Barnum "There's a sucker born every minute" and figure that if people are so stupid they deserve to be ripped off. I can't disagree more. If they are that stupid, they deserve to be protected from fraudsters and con artists, they don't deserve to have their money stolen which also encourages the fraudsters by rewarding them. People wonder who would be so stupid as to fall for the "scanning" scam? Senior citizens who are senile, that's who. The disabled who may be mentally retarded, a disability to be assisted not taken advantage of. Crazy people who buy the lie that these charlatans are prophets and Messiahs with magical powers. It doesn't exactly help them to get back in touch with reality, or the members of the community they come in contact with. I'm driving the point home that the "scanning" scam is not cute just because it is ludicrous. It's a million dollar racket going on in an organized fashion in countries around the world, being orchestrated by the defendants who are laughing all the way to the bank. No, I don't find it cute, I find it obnoxious.

I have multiple signed witness statements that these fraud rackets are ongoing. Mr. Kutcher, caught in print has been claiming that the "Kabbalah holy water" "gets

him high" and "makes him a better actor." Those are more than just false claims. Mr. Kutcher sits on the top of the empire which has built itself up on these Occult scams and the "holy water," like the books, are being sold medicinally which is reckless, dangerous, and fraudulent, not to mention being organized into a racket which is global, adding magnitude the crimes being committed.  The number of victims taken in this scam may total in the *hundreds of thousands*.

Mr. Kutcher, caught on tape implicated in the human trafficking ring.

Mr. Kutcher, caught in print on tax forms and in company documents implicated in the money-laundering conspiracy.

The story of his computer hacking for the purpose of digital piracy, also a copyright violation which can be predicate to civil RICO furthermore goes to the computer fraud charge for which there is other evidence, such as the 2008 arrest and conviction known Kabbalah enforcer Mr. Pellicano for the very same crime.

Mr. Kutcher is a male model posing for pictures in Kabbalah cult produced advertisements peddling the red string bracelet marketed for $25 a piece because they are "infused with energy" in advertisements for the cult racketeering

164

conspiracy and incorporated gypsy caravan. What the energy is and where it is remains a mystery to chemists who cannot detect any chemical property beyond simple thread and dye. I have the evidence indicating that the bracelets come from China, despite the price being justified as going to pay for armed guard service to *Kever Rochel* in Bethlehem. The Isreali government has no records of the cult filing permits for armed guard service to *Kever Rochel*. The bracelets are being marketed shamefully as a cure for SIDS and Mr. Kutcher, Ms. Ciccone, Mr. and Mrs. Houser, and the Berg family are in on this, they are the ones behind it. The evidence to substantiate this claim is voluminous. They should be ashamed of themselves.

The fraudulent merchandising scams are actually big business as the racketeering enterprise makes good use out of technology and the media mixed with mass marketing techniques to peddle their wares worldwide. These are rackets they seek to protect from my pointing out the obvious that the products and the claims are false. It's one more reason for them to sabotage my company and expose.

Mr. Kutcher is one of the leaders of the gang. Despite his popularity, which has no baring in the eyes of the law, but which I have to acknowledge because I live in the real world. The Bergs make easier targets and they are more guilty. He's also

165

guilty of the crimes I am alleging and I can establish he was personally responsible for at least if not two of the acts of sabotage against my business, which is what I'm seeking damages for. As it is, he's personally implicated in both of the instances and there is physical evidence connecting him to the extortionate tactics, the red string bracelet which they all wear, but he is on record as sabotaging producers over. It's a strong piece of evidence and there is more.

I've studied the history of RICO and civil RICO. I like to think I know what I'm talking about with the RICO Act. I guess we'll find out at trial. I sought advice from counsel before filing suit. I did my homework, getting advice from lawyers specializing in civil RICO Act. If someone accused me of being a "jailhouse lawyer," I wouldn't dispute the notion, other than the "jailhouse part." I have a legal background. The reason why I bringing suit to the honorable Court pro se, only partly has to do with money. I'm fairly confident I can find a lawyer to take the case on a contingency basis, though there are precious few lawyers who specialize in civil RICO. The number one reason I represent myself is because I know I'm the man for the job.

In 1980s, Mr. Guliani wrote the RICO Act, to bust organized crime in New York City. He succeeded. In the 1990s, civil lawyers found out about the previously

166

little known caveat of the RICO Act. Mr. Guliani was serious about about fighting organized crime, so he wrote the Act with the civil provision to punish them financially. It applies to the crime itself, not the gang affiliation of racketeers. It is my opinion that in the 1990s, the civil RICO cases which were brought took a rather loose interpretation of the Act. I've read the case histories. This case is highly unique. This is not a loophole in the Act. Many of the cases in 1990s were loose interpretations of the Act, which in my opinion were RICO abuse. This is the correct application of the Act, they way it was intended. Technically, this is a civil case. Your honorable Courtroom is the proper venue. This is the proper jurisdiction but we are here to assess damages, resulting from an ongoing racketeering enterprise. I use the word "technically" this is a civil case, because this is also a quasi-criminal case. This is a civil and criminal case to be decided with civil penalties. I'm well aware of the penalties that result from this action for the defendants.

The Federal Indictment which will result from my journalistic investigation, civil RICO trial, and pressing of criminal charges is all one in the same, that of pressing charges. I'm sure Federal Prosecutors want the charges to stick which is why I have assisted them because I want the same thing and have a vested interest as their crime victim. This can all be taken as me helping myself to press charges and

it's completely proper because I'm proving that the defendants are running an international crime ring that's violating the RICO Act not to mention undeserving of sympathy when you take into account the mitigating factor of the enormity of their crimes such as violent crime and exploiting medical tragedies, stealing from people on their deathbeds and bragging about their crimes. It's impossible to ignore that this is comeuppance after *the crime spree* they've been on and getting away with. Another way to understand it, as a crime spree, is a "hurting people spree" which is what it is and the meaning of crime. They've been hurting people around the world for a long time and justice is blind.

I just got an email letter from a business partner today asking me what's going on with the movie. I can't do business like this as a small business owner. It's not easy to open a small business in this day and age. They're getting in the way of production and I'm a producer. It's all because of the sabotage that my time and money have to be spent on legal action, because the motion picture incriminates them. The money from the motion picture comes from my own hard work and there's not a lot. I have rights as a producer. As I mentioned, it is my life savings and it's all wrapped up in this production that incriminates the defendants. They're sabotaging a major investment that is the main holding of my company and the defendants are sabotaging all of my media production. They want to put me out of

business or do whatever it takes to silence me to save their skins they're completely ruthless. These people are not idols, they are the scum of the earth. They exploit medical tragedies abuse children. They deserve to go to prison for their crimes and that is what is exactly what is going to happen to them. The put a Kabbalah *jihad* out on me and I can prove it.

I'm not going to let a witches coven put a hit out on me like it's okay and let this continue any longer. Well, they lack respect for journalists and should blame themselves for the trouble they are in. I have evidence of sabotage coming from the defendants and they are clearly in the wrong. The criminals are in the wrong, not the journalist who is reporting on them. I'm doing my job. I'm setting an example for cooperation with law enforcement. Pressing criminals charges in court is what you're supposed to do when you're victimized by a crime to stop crime. I'm doing a public service to the community getting these guys off the street. They can't expect me as a journalist to not report their activities because I'm a news reporter and they're making the news. It all started when they targeted me personally. They drew first blood because of their prejudice against me and the courtroom is the place to settle the dispute. The film is about the dispute, I'm *not* going to be filming in the courtroom. I don't want this case turning into a media circus. The proper venue for that is the film. If they want to be in the film, they

want to give statements, I'll have to see what they have.  I'm not going to tolerate them using some coded message like "The Opponent" and putting a hit out on me from the fanatics.

"The Opponent" means demon in Kabbalah code.  It's a coded language the leaders all memorized and they're so proud they memorized all those books they're on a power trip.  They're breaking laws left and right, they're breaking international laws.  They're breaking federal laws, they're breaking state, local, and civil laws.  I learned the code.  Kabbalah is demonology, "The Opponent" means "demon." They're calling me a "demon" on their website and putting a Kabbalah *jihad* out on me, they're putting a hit out on me.

I submit for the following: the cyber attacks; the computer hacking; the destruction of my property; the slander of my name; the cost to my businesses; the theft of my physical property; my identity; the stalking and menacing; the intimidation tactics; the attempted bribery; they're coming into my own home; they're infiltrating my company with these childless couples they've brainwashed with their radical, extremist ideolog.  The followers are harassing me, it's pretty obvious who is behind it.  I'm making a movie about the cult which is not a propaganda piece and the truth is putting them out of business.  They need to be put out of business, they

170

need to be off the streets.  These people are running around, acting like terrorists using terrorist tactics in the Central District.  Extortion?  I'm proving extortion. Violent crime?  Getting these people off the streets is a public service, the community needs to be protected from these people.  *I* need to be protected from these people and pressing criminal charges is the best way to go about it.  They're going to be locked up in a cage where they belong because they're a danger to the public and themselves.  There behavior is dangerous.  They're playing with people's lives and they're getting hurt.  The child up in Canada--dead.  Two people in England--dead.  That's Ms. Ciccone's old stomping ground.  She has a lot to do with the violence coming from the fanatics they all do.


The defendants need to be behind bars.  Potential jurors are going to know in advance, they're facing prison and having their assets seized as the punishment for violating the RICO Act, including the treble from the civil RICO action, which is intended to be punitive, in exactly this situation, when a racketeering conspiracy damages a business, in the ongoing commission of their racketeering enterprises which is exactly what is happening and the case needs to move to trial, as quickly as possible, to protect my safety and the safety of the other witnesses and get them off the streets.  The footsoldiers who are implicated here are acting as enforcers. They're working for Mr. Kutcher and that explains the paparazzi ambush.  Ms.

Heidenreich of "Cinetic," sabotaged the movie at he behest and I can prove it. He

taking another one of his "pranks" too far. Sending a gang-affiliated thug to

assault me in my own home is what I would call going too far. The goon who he

dispatched through his accomplice Ms. Heidenreich, who refused to capture

footage incriminating of Mr. Kutcher, implicated him in the violent attack, he has a

past history of violence and setting people up with camera ambushed in the same

way. Mr. Kutcher has a demonstrated past history of sabotaging movies he's in

who refuse to propagandize Kabbalah, which is exactly what is happening. This

has his name all over it. I'm making a movie about the Kabbalah cult. I'm

reporting the news honestly. The Constitution of the United States gives the right

to and it's the right thing to do. His latest "prank" which was at my expense went

way too far. Someone could have got seriously hurt. He had me ambushed by a

paparazzi who is infamous for fighting. He attacked me violently for doing me job

as a reporter. This Mr. Echevarria gave up Ms. Heidenreich. It's all over.


I'm stating in no uncertain terms, I'm alleging that Mr. Kutcher was behind the

attack. Ms. Ciccone is the leader and she also needs to be stopped. She's

perverting little kids with her live sex shows and now she into kidnapping. There

may be missing children involved from other countries because they're human

trafficking. This is a matter for Interpol, as well as federal racketeering

172

investigators. It might take multiple law enforcement agencies to follow my work and get to the bottom of what has been a fifty year, international crime spree.

It started with the Bergs and their Occult rackets. Ms. Ciccone got them into human trafficking and Mr. Kutcher is the street boss. Phil Berg still runs the Occult rackets and thats the division of labor. I can explain it all at trial, with diagrams mapping out how it works. The Housers and Ms. Heidenreich are the footsoldiers, they're brainwashed by the cult with New Age Voodoo. The New Age part is cover so people won't take them as seriously as they actually are. The violent and fanatical, sacrificing animals because they're truly pagans. That's what witchcraft is. The fact that they take it that far shows you how dangerous they are in addition to all the people who have been victimized by their predatory scams such as Practicing Medicine Without a License around the world and running it out of the Central District. They're stealing from the sick and dying people. This can't go on any longer. I'm putting an end to their dispute with me by sending turning them in. Everything that comes out through discovery will be evidence for the criminal RICO trial. I'm going to testify for the prosecution.

I'm helping federal prosecutors because it's a solid case. Beyond my small business, the need to stop the crime wave needs to be addressed to protect the

173

citizens of this jurisdiction as well as around the world. Everywhere they go they commit crime. It is a crime wave. They're career criminals, this is what they do. That's faster this trial gets over with, the faster I can go back to work.

I'd like to make a point and it is this. Mr. Echevarria apologized to me, he wanted to make the peace. He felt bad about what happened because Ms. Heidenreich put him up to it. He usually respects me which is why Ms. Heidenreich came to me to protect her from him. She knows we're on good terms because we all live in the same apartment building in Venice, around the corner from Ms. Lohan who is another footsoldier in the racketeering enterprise who is facing jail time for a parole violation involving grand larceny.

It usually not a good idea, the videotape your own crimes. In his effort to make peace with me, Mr. Echevarria agreed to my request after I forgave him, which was to furnish me with a copy of the videotape the night I was assaulted by him. The tape is incriminating, it's evidence of multiple crimes being committed, just as are the other tapes I have to sue to get and compel with subpoena. I look straight into the camera and accuse Ms. Heidenreich of stealing from me at the exact moment I learned what happened. I didn't have all the fact then. I hadn't seen the footage that she destroyed until I opened up the files with some assistance a week

174

later.

Mr. Kutcher is not so good at crime, he keeps leaving clues.  It usually not a good idea, the videotape your own crimes.  His name is on those tapes.  Because Echevarria was *sneaking* up on me I didn't know I was being recorded by a live mic because he was out of sight.  My back was tuned to Mr. Echevarria and was he was standing.  He was crouching on the starewell and it's all caught on tape because there's a camera facing the stairwell.  I was questioning Ms. Heidenreich about Mr. Kutcher at the exact moment she was refusing to handle footage incriminating of him.  I asked her "What is your relationship with Ashton Kutcher?" and she could not answer.  It was immediately after I noticed that she has not captured the footage incriminating of him.  It's caught on tape because the live mic was running on Mr. Echevarria's camera before he ambushed me with "C'mon, hit me!  Hit me!" and shoving a camera in my face.

As the number one investigative reporter covering Kabbalah, I'm somewhat an expert on their organization, as I'm making clear with this document.  In the racketeering conspiracy, he is the weakest link among the defendants.  He's responsible for the assault because he set the whole thing up.  I was ambushed with a camera exactly at the moment that I was questioning the woman who sabotaged

175

my movie about Mr. Kutcher and Kabbalah about her connection to Mr. Kutcher

with his name clearly on the tape and because Echevarria was sneaking up on me I

didn't know I was being recorded and the tapes will demonstrate that she could not

explain herself. It's exactly what happened with *TMZ* and the other producers who

were sabotaged for refusing to give in to his demands to turn their movies into

propaganda pieces for the cult. It's been documented as happening with him on

two other films, as well the women he "accidently" injurs on the sets. I'd say I

meet the standard for establishing a causal link between him and the attack as he

benefitted from the crime by having the obstruction of justice. It gives the saboteur

no personal gain to get caught destroying me content. She knew she wasn't going

to get away with it because she's caught red handed. I have the contract that she

signed and the destroyed footage. She jumped on a grenade for him because she's

subordinate to him and a soldier following orders. They have the same militant

ideology about the end of the world involving an energy crisis. It posted on her

facebook page and he was just recently mouthing off about it to reporters which is

also documented.


I don't think they realized that I would be questioning her about Mr. Kutcher as

they sneaking up on me with a camera. Not being able to answer the question

about why she is refusing to capture footage, which was gathering evidence, of Mr.

176

Kutcher after she was paid to do so doesn't look too good for either one of them. I also have the email I sent her the same night, sending her the links to the footage she billed me for and did not capture which is evidence of violations of the RICO Act involving the leaders of the Kabbalah Centre.

I can also establish a causal link between Ms. Ciccone and the damages. The same goes for the Berg family who are also incriminated on those tapes. That being the footage from Company #1. They're going to comply with a subpoena, they're going to give up the defendants and the footage can be used for this and any concurrent action which is where this case is heading. I'm walking the streets as one of the only witnesses willing to come forward and testify against what is an international crime spree, but there are others out there who will talk and put them away. The trial will not decide their fate, they decided it themselves when they decided to choose the life of gypsies and take up lives of crime, which now they have to pay for. It is my opinion that I've already proven civil RICO many times over, with several predicate acts in this initial complaint. I've yet to present the evidence, but I have a strong case. There's no question my business was damaged by a RICO conspiracy which is the essence of civil RICO. I was advised to file right away because there's a statute of limitations on civil RICO. I don't want them to try to beat the clock, it's another obstructionist tactic not only for this case but

for the impending criminal RICO case because the evidence which will come out through discovery and be on the record will evidence at the criminal RICO trial and typically federal prosecutors wait until the conclusion of civil RICO to begin action. It's in the interest of serving justice to expedite the trial.

They're all ready at it destroying the evidence of their crimes trying to cover their tracks. They tampering with evidence in a federal case and tampering with federal witnesses like this Ms. Lohan. I'm going to represent them all in this proceeding and appeal to the honorable Court to uphold their civil rights by protecting them as witnesses for the federal government in a RICO case. I don't think it's so serious as to warrant Marshall or police service but the defendants need to be instructed to keep the followers under control. If there are any more terroristic threats I'm reporting them to the racketeering investigator and instructing my witnesses to do the same thing, including reporting the matter to me and documenting the incident. If it happens again I'll be appealing to the honorable Court and seeking immediate action.

For example, I'm considering children off limits, meaning that some of these witnesses are still in the cult and have family members inside the cult. If the "teachers" who are brainwashing their kids label the parent "The Opponent" as I'm

alleging was done to me, or something along those lines, and poison the kids against the parents because they're brainwashing the kids, I'll be seeking immediate relief from the honorable Court. Considering the defendants' tactic for hiding behind their members and celebrity status, and thinking that exonerates them when in fact they're responsibly for their members in the case of civil RICO because the burden has already been met to establish the predicate acts, it's important for the honorable Court to hold the leaders accountable for the followers. By proving they're a racketeering conspiracy which I'm doing, the leaders are liable for the followers and vice versa because they're all in the Cult of New Age Voodoo, a.k.a. "The Kabbalah Centre," a.k.a. "Raising Malawi," a.k.a. "SFK," etc. It is all the same thing, the many interlocking rackets hidden behind fronts.

The "teachers" are also footsoldiers acting as agents of the leadership level. The best way to protect the witnesses is to instruct and strongly caution the defendants, if it pleases the Court, to keep the identities of the witnesses from getting back to the membership. There may have to other steps taken to seal the courtroom if the press is in the room or anyone who is not supposed to be there as a part of the particular proceeding, at least for the witness statements. Although this case is also about the First Amendment, it's also about a completely ruthless gang of international criminals who have been known to turn family members against each

179

other and retaliate against rivals which I'm living proof of.  I'm appealing to the honorable Court to set strict parameters and hold the defendants in contempt if they tamper with anymore evidence or witnesses.  At this point they're already busted and the jig is up.

## DEFENDANT #10: CINETIC, A.K.A. FILMBUFF

"Cinetic" is Ms. Heidenreich's film financing and consulting firm which she co-founded.  During her short lived employment with my company, she dangled film financing assistance and consultation in front of me as another enticement.  After meeting with potential investors I mentioned to Ms. Heidenreich that the meeting went well, as she was a "committed" part of the team.  To this she replied "It's good that you didn't sign anything, because you never know, you may want to sign with Cinetic."

Later when I broached the subject of the Sundance Film Festival she told me, "Look, I think I'm just your editor, at this point.  If you want Cinetic to advise you on Sundance, we charge a consultation fee for the service.  It's a flat $3,000 whether you get into the festival or not."

Records indicate that Cinetic is in business with a high ranking member of the

Berg organization, Mr. Burns, through their financing wing "Filmbuff." This is out of the ordinary and was concealed from me when company founder, representative, and owner Ms. Heidenreich discussed with me the yet unnamed producer's role in the racketeering conspiracy. She failed to disclose her ongoing business relationship with Mr. Burns  This is not the "Church of Scientology" and he is one of the few entertainment industry professionals who is in the cult. I should know. It's established a casual link to the racketeering enterprise.

I had tried to interview Mr. Burns just recently prior to his business partner "Cinetic's" sabotage of my film and resulting damages.  "Cinetic" financed Mr. Burn's latest picture and is involved with the film's distribution, which is exactly Ms. Heidenreich's area of expertise in the company.

It says saying quite a bit considering the number of movies produced which are available for distribution.  The number is in the millions and there's more to it than that.  The field of independent film is wide open, which I am living proof of, and so there were hundreds of independent films produced with low budgets, that fit in with "Cinetic's" preferences for which are easily in the hundreds.  Out of those hundreds of films, he was one of the few selected.  He made a romantic comedy which are popular to shop to studios and he's an established filmmaker.  His option

181

are leaner, but the odds are still maybe twenty to one, if that for him going with "Cinetic." "Cinetic" only bought so many movies last year and his was one of them. According to their website for their subsidiary "Filmbuff," which really is the same company, Mr. Burns and "Cinetic" have a long standing relationship. Ms. Heidenreich founded "Cinetic" which is her claim to fame, as advertised recently on a film festival website. Sh'se been in business all along with Mr. Burns.

"Cinetic" funds only so many movies and his was one of the ones funded this year. The same goes for his other films which he came out with over the years in conjunction with Ms. Heidenreich who is "Cinetic." She been loaning him millions of dollars over the years and he probably currently owes her money for his latest picture. It hasn't played in any theaters yet and it hasn't made back the large investment. However much they put in, they're behind his picture and now they own it. They claim the first time they saw it was at a film festival, but either way they're as closely financially linked as kissing cousins. They recently gave him millions of dollars as an investment in his film.

Out of all the movies that "Cinetic" purchased recently and now owns only three are being promoted on the face page which is the high profile area on the website.

182

Of those three pictures, Mr. Burns movie is one of the three.

There's also the conversation I had with Ms. Heidenreich about Mr. Burns. It's a natural question for someone to ask me who is in the cult and also working in the entertainment industry. She wanted to know who she knew that was in the cult and I told her. We also specifically discussed Mr. Burns who I was trying to interview at that time. He's one of the few filmmakers who is into Kabbalah. It definitely came up in the conversation when I oriented her on the first day before beginning editing. Although she told me she had to spend the time downloading footage on the second day of employment and through out her first week of employment which she told me would be a "waste of time" to sit in on, because she claimed to be busy capturing footage which doesn't take two people and that if I was there to supervise I would be "twiddling my thumbs" because she was prepared to start cutting or filming, although I was eager to get started and those were the jobs she pais to do, not capture scratch. I didn't know what I was doing with the technology, so I left it up to her and told her she would be on the honor system for keeping track of her hours, which was also in the contract and I explained to her what exactly I meant by "honor system." As I'm now in this position, it shows the flaw in the system. It only works when both parties are honorable. I relied on her help because I'm bad at computers. She violated the contract with malicious intent

183

and stole my money.  She destroyed company property and implicated the defendants as having put her up to it.  In the process she implicated herself in their racketeering conspiracy.

The first thing to do is take a look at the footage.  There was a lot to go through, which is why I emailed some of it to her and had handed her electronic reels.  She was certainly curious about seeing who was in my file on the Kabbalah cult and also famous in the entertainment industry.  I thought nothing of it, because most people would have been curious in her position, especially working in the industry and living in Los Angeles.  I would have showed her the files anyway, because I was training her for orientation and I wanted her to familiarize herself with the footage, before moving on to cutting it.  She saw Mr. Burns and his famous wife Christie Turlington in my file on the Kabbalah cult.

I told her the story on how they were high ranking and fanatical Occult practitioners, close with the echelon of the cult, especially Ms. Ciccone, and how it's been that way since the 1980s.  Mrs. Turlington Burns is a "posse" member, which is the inner circle of the international organization based in Southern California.  Ms. Turlington also frequents the "Kabbalah Centre" location in London, which Ms. Ciccone built with her money, where the fanatic stabbed two

184

people to death, performing a Kabbalah exorcism because it is demonology and they poisoned her mind. She freaked out from the brainwashing and the scare tactics about the supernatural, in addition to quite possibly being ordered to murder, as she claimed that she was. It's exactly like the Tate--La Bianca murders except the cult leaders got away with it and Ms. Ciccone and Mrs. Turlington Burns probably know something about this, when you consider the fact that the murderer was a regular who was there every day and a fanatic at the place they all frequent which is the epitome of a tight knit group. The other members of the cult are also delusional and mentally ill as the facts show. It is reasonable to conclude, that they put they idea in her head that murder victims were possessed by "demons." It's exactly what I'm alleging they've accused me of. That's what all this business is about fighting "The Opponent." They think they are exorcists and she was forming a forced exorcism rituals. The "exorcisms"are also going on in the Central District, according to reports I'm getting on the street..

Mr. Burns and Mrs. Burns are frauds and they are fanatical Kabbalists as the facts support. The husband passes himself off as an Irish Catholic, because they bill him as the "Irish Woody Allen." It's a gimmick on his part, the man is no Catholic. They send their kids to the "Spirituality For Kids Program,"a.k.a. "the SFK," a.k.a. "Kabbalah For Kids," a.k.a. "Success For Kids." It's one of the stories I'm

185

breaking, as I previously indicated. It's a front for the "Kabbalah Centre" who is brainwashed kids into voodoo. They also turn them against their families and exploit them in many ways. They pass this thing off as an experimental educational program. They're warping the kid's brains by a psychotic cild abuser who the children and the community need to be protected from which is Ms. Ciccone. The rest of the defendants at the top level are directly involved in SFK. It's wrong what they're doing there and I'm putting a stop to SFK.

It's relevant to the case before the honorable Court and the point that I'm making because it takes a certain level of fanaticism to teach sorcery to children which is exactly what the Burns are doing and proving they are fanatics. Even Mr. Kutcher and his wife Ms. Moore don't go as far as subjecting "their" kids to being brainwashed by the cult and they're among the most fanatical believers, in the world. As well as being the "First Couple of Kabbalah" and representing the gang. According to reports, Ms. Moore's her ex-husband put a stop to his kids being "taught"there, although Mr. Kutcher is clearly in favor of it, he's on the Board of Directors.

By comparison, Mr. Burns and his cult member wife in the Kabbalah inner circle, the "posse" are exceeding the "First Couple of Kabbalah" in their fanatical

devotion to the belief system, and the defendants. I'm sure 99.9% of Americans,
would never in a million years, send their kids to an after school program, to teach
them anything, ran by Ms. Ciccone, a notorious cult, and teaching the kids that
witchcraft is real and a good thing. Mr. Burns is in the minority, the fringe of the
firnge. He believes that magic is real and wants to teach it to his kids. This is the
man who Ms. Heidenreich failed to disclose was her longtime business partner,
whose films she been financing over the years, to the tune of millions of dollars.
They're currently working on a deal together, with millions of dollars involved that
he owes her and her parters over at "Cinetic," which is not clear who else is there
from the information currently available. The partners from the law firm Sloss &
Eckhouse run it and they took Ms. Heidenreich under their wing when she worked
there for years. She still works there as the record shows.


She does film financing and she still consults on the side which is exactly what she
offered me for $3,000. I never heard of "Cinetic" until I met Ms. Heidenreich so
please note that there is no other way I could have learned the consultation fee is
$3,000. Everywhere she goes, Ms. Heidenreich talks about "Cinetic." She sits on
film festival committees where they list her as "the founder of Cinetic" which is
exactly what she told me when we first met. Although she trying to get more into
the creative side of film production, the business side is her thing, it's what she

187

does. It's mostly what "Cinetic" does and it's how she knows Mr. Burns. It's what she meant by "consultation fee" which she represented herself as being on behalf of the company. She's still their employee though she's trying to do her own thing. As one of the founders she is part owner. I don't know how much stock she owns, but it's irrelevant. This is a civil RICO case and I've already given enough to establish the link between all parties who are culpable for the damages sustained to my company by Ms. Heidernreich. It's not circumstantial evidence, it's proof of the parties significant financial and personal ties. Mr. Burns is the "Kabbalah Centre" and Ms. Heidenreich is "Cinetic." Mr. Burns wife is also an employee of Ms. Ciccone. She's posing in pictures to advertise the "daycare centers" and she has one of the most famous faces in the world. She's a professional model from the 1980s who used to appear in heavy rotation on MTV and they call her a "supermodel." By posing for photographs at the "daycare centers" she's doing her job. Even if she gave it away for free, it would still be labor, and also would go to their failure to report to the IRS they're recipients of "volunteer" labor.

I'm not implying that the Burns knew anything about her sabotage of my picture, or her bosses as "Cinetic," until now. The fact that she was in business with one of the ranking Kabbalists and failed to disclose it to me is evidence of a guilty conscience. Her connection to the cult is more likely through Mr. Kutcher who she

188

jumped on a grenade trying to protect, by blowing her own cover to follow his lead.  Although it reflects on the Burns why she failed to her disclose their relationship after being hired to investigate them, their closest friends, leaders, and participate in closing down their kids' "daycare center," as far as I can tell, they're not in on any of the racketeering.  They are most likely brainwashed by Ms. Ciccone.  She has a natural talent for it and it wouldn't be the first time.  Beyond modeling and acting as celebrity shills to recruit others, the Burns don't appear to be in business with the Bergs, Mr. Kutcher, and Ms. Ciccone.


It's not just a breach of the Conflict of Interest clause in her contract, it's evidence of conspiracy and predicate to civil RICO.  She implicated the whole organization, as well as herself.  It's because she established the casual link to the "Kabbalah Centre" and I've established the predicate acts that it is a racketeering conspiracy.  I trusted her because the Kabbalah ideology is so weird, so freakish, that I have trouble accepting that anyone anywhere buys into it and so I expect most people I meet to not be a part of it.  I also took her for her word when she signed the contract.  I was wrong to trust her and this is what had cost me the trouble of having my trade secrets stolen by the defendants and the rest of it which I have detailed in this document.

"Cinetic" likes to do business, with their internal information under wraps. I can prove Ms. Heidenreich is a part owner of the company. The fact that she co-founded it and is still there, means a lot. Her continued employment there is a fact I will testify to. The internal documentation will show it and I can summon witnesses who will testify to the same thing. I already spoke with her business partners whom she gave as references when I did the background check. She financed their movies through "Cinetic" and it was recently. Although the law firm is based in New York, she represents the cpmany in Los Angeles and overseas. She still works on film financing and consultation and probably owns a lot of stock in the company.

"Cinetic" through its principal Ms. Heidenreich also indicated to me a connection with the defendant Mr. Kutcher, blanching at my question of whether or not they had anything to do with each other when Ms. Heidenreich of "Cinetic" mysteriously refused to download footage incriminating of Mr. Kutcher after having been paid to do so and submitting a false invoice that she had specifically captured the clip in question.

There is also evidence to suggest "Cinetic" being used in Ms. Heidenreich's alleged human trafficking business, which she calls "baby brokering," the subject of the

190

Mr. Kutcher clip in question and one of the more serious federal offenses present. It explains the obstruction of justice which may also have been to keep the investigation from leading back to them through Ms. Heidenreich and Gucci. The money trail will tell the tale of the tape. "Cinetic" is ideologically aligned with and in business with the racketeering enterprise whose guilt they illegally acted to conceal, accruing the extortion charge with the violent assault following their theft and vandalism, which, although nobody was hurt in, involved a threat of violence which I have reported. As the bait of a TV show was dangled before me at this time to entice me to change my story, with the caveat being to promote Kabbalah, the illegal strong arm tactics can be seen in this light as the stick to go with the carrot, par for the course with a group long suspected and accused of blackmailing members of the media in the passive--aggressive way of using embarrassing photographs and the like to control and extort victims. I might add that there is compelling evidence which I won't go into to support this claim, namely the arrest and conviction of a former employee of the defendants for this very crime which he committed multiple times and that man is Mr. Pellicano.

I have the recent email still pushing me to promote Kabbalah dogma with the videotape in possession of the paparazzo which I will get with a subpoena if I have to, showing the violent assault in my own home on behalf of Ms. Heidenreich, part

191

owner of "Cinetic," who hired him as part of the set-up. It's a violation of the Hobbs Act which establishes one of the predicate acts of RICO in this case and implicates all of the defendants through intent, circumstance, financial ties that bind, and personal associations which were covered up. I have everything short of a confession, which can be inferred on the basis of Ms. Heidenreich's conduct but I'll let her speak for herself on the witness stand.

## DEFENDANT #11: KABBALAH CENTRE AND ENTITIES

The Kabbalah Centre is the defendants and the defendants are the Kabbalah Centre. It serves as an umbrella organization for the various shell company rackets such as "Raising Malawi." The payoff money and ill gotten gains collected by footsoldiers and lieutenants is funneled through these companies, NGOs, and "non-profits." I know where some of it is being hidden. The cult apparatus and quasi-relgious facade lend regiment and cover to the racketeering conspiracies they conceal. It's an alibi being funded by the merchandising of fraudulent products such as lucky charms and magic books, attempting to gain mainstream acceptance through a multi-*billion* dollar ad campaign involving celebrities and strategically placed cult members in the media.

The brainwashing of footsoldiers and lieutenants is a convenient technique to

192

secure their loyalty to the defendants, which is sorely needed as the lower and middle levels are usually the ones getting caught and doing time for the leaders. The defendants also stand accused of using internal memos such as anti-whistle blower directives and confidentiality agreements as makeshift gag orders to buy silence and conceal racketeering. It's been disclosed to me by insiders that they were made to sign such agreements. My company uses the confidentiality clauses to protect trade secrets, those being my personal information and the sensitive details of the ongoing investigations into the cult, which were breached, as the case may be. The defendants do it to conceal crime, just as they destroy my footage for this reason and intimidate witnesses causing me hundreds of thousands of dollars in legal fees to straighten out over the incriminating expose being hijacked by them..

The local chapter is the gang's international headquarters, all of the rackets being run from the top level in Beverly Hills and Hollywood where the money flows up to, holding meetings at these locations, owned and controlled by the Berg family. Most of the crimes involve some reference to Kabbalah wizardry as either an alibi, a marketing ploy, or central clearinghouse. Projecting a misplaced air of legitimacy in the books of the Arcane, the defendants also crank out magic books of their own so the all important concepts of "Kabbalah" and "spirituality" become

193

ends in themselves, self-justifying, and serving whatever purpose is convenient for the defendants at any given moment, such as revolving the movement around them as being Messianic prophets. It may not be illegal until you factor in how much money is involved because they market consumer goods to the public under false pretenses. It also goes to underscore the defendants lack of credibility and propensity to lie in such grand fashion that they've dedicated millions of dollars to spreading lies through the media and mass marketing techniques such as the leaders of the cult being "psychic."

After drilling into the heads of their lapdogs and lackeys the word/concepts of "Kabbalah" and "spirituality" as equalling goodness and some sort of penultimate truths they align their names, images, priorities, and businesses with the flashpoint buzzwords to create a primitive fiefdom which they have achieved with flying colors. The fiefdom itself is illegal because it involves slave labor which the gang controls, further violating anti-human trafficking laws and establishing predicate acts that violate the RICO Act. It's all one big mind game using multi level marketing practices and psychological trickery to orchestrate a classic pyramid Ponzi scheme which strings cult members along as they receive "magical" instruction parceled out bit by bit to bleed marks dry before they either quit, walking away with their tails between their legs, or become brainwashed and give

194

their lives up to being willing pawns in the defendants' game.

How it works is that they first hook consumers who are lured in either for a sense of family and belonging, an interest in the esoteric and/or the Occult, an attraction to glamor and celebrity, feelings of vulnerability and lostness, or manipulated in through someone they previously know who is in the cult like a brainwashed family member or lured in with sex, particularly young women who are seduced by older women with lesbianism. Many of these "spiritually needy" seekers are going through hardships and struggle to cope with stress. The salespeople working at "centres" who are called "teachers" project a peaceful image in their demeanors that suggests a release from worry that the new recruits crave. The needy newbies figure that the transcendental meditation must be working and so they submit to be hypnotized by the "teachers" at the "centres" and Mrs. Berg. In the unconscious and semi-conscious altered state of the hypnotic trance, they let their guards down and are given subliminal messages to remold them as obedient and devoted worker bees in a collectivist hive. From there it gets worse.

Ego destruction is employed to break down personalities and sense of self. The goal is to extinguish independent though and doubt which would otherwise warn them not to submit and would question what they are being "taught." Heavy doses

195

of indoctrination are heaped on top to program the followers to be what the defendants want them to be: puppets with no free will of their own.

As the "classes" drag on, the fees start to add up. Merchandise is pushed on them at inflated prices and with fraudulent claims of "luck," "healing the sick," "spellcasting" which they call "creating miracles" and so forth.

As with other multi level marketing scams, the lowest level bares the brunt of the expense. When large numbers at this level drop out, the billion plus ad campaigns always bring in a fresh crop, a process called "churning and burning."

If the "students" hang in there, eventually they get hit up with constant demands for a ten percent (10%) "tithe" on their income, or more, and I have documentation that this is being done to mentally retarded children. I have videotape of this going on. The "tithing" goes up the ladder, the bulk of it going to the Bergs. I don't think they have been keeping good track of it and probably steal from the IRS with this scam in the process of bilking consumers. Dishonestly, they leave the tithing business out of official literature for fear of discovery but also to lure in the unsuspecting with a New Age song and dance. That is what I would call a conspiracy to commit consumer fraud.

196

At the next level called "teacher" you get the footsoliders who solicit donations. They are enticed with promises of moving up in the ranks and driven to sell, sell, sell. The revenue they generate by working the "students" goes up the ladder to the lieutenants who get a cut and pass it up to the defendants at the highest level.

In regards to the tax evasion of all of the defendants, with the exception of the Houser family and Ms. Heidenreich who are at the bottom of the pyramid scheme, there is no question as to the cult leader defendants' guilt. The defendants comprise the managerial level of the cult racketeering enterprise and the very nature of the tax statements themselves are fraudulent. They start with a non-profit designation despite real estate speculation, merchandising, high salaries, luxury items, exorbitant spending, for-profit subsidiaries, competitive and anti-competitive business practices, and a corporate culture revolving around the accumulation of wealth and property.

They claim religious designation to justify the status as a tax shelter, cheating the Government out of untold millions as they broadcast high and low through cult propaganda and the mass media that they are "not a religion." It's more ongoing federal crime taking place out in the open. They claim to be "Jewish"

197

organizations as a subset for this designation on tax forms, yet their anti-Semeitc

Occult practitioners spread nazi propaganda and are outcast from the Jewish world.

They also contradict the Jewish label which they use for tax purposes when they

advertise in TV interviews which are little more than thinly veiled recruitment

pieces that they "are not Jewish." When they are in recruitment mode, they eschew

the Jewish banner to cast a wider net and distance themselves from the hated

enemy, by all accounts. When they rewrite their own history and strive towards

legitimacy, they associate themselves with Israel, the bible, Jewish custom such as

head covering, Hebrew names which they give to fanatics like the one's exploited

as slaves, and perpetuate the myth that Kabbalah is an ancient Jewish secret, a

fictional Code of Silence which they broke to "share with" (market to) the world.

It's a marketing gimmick giving meaning to their desperate and needy followers

who want to feel a connection to biblical characters as they practice the Occult and

self-destruct. Ms. Ciccone has stated in numerous documented TV interviews that

she is not Jewish and neither is Kabbalah as she imitates Jewish customs as fashion

and gets away with using it as a tax shelter to defraud the Government. The Bergs

echo this sentiment and then confuse gentiles that what they do is some strange,

foreign Jewish practice.


A central tenet of the Kabbalah belief system is numerology which involves

198

Hebrew letters. The Jewish language is not being used to communicate and preserve the culture, as Jewish people use it for. Kabbalists are using Hebrew letters for magical practice, attributing "luck" to the configurations themselves in an elaborate coded system of lucky numbers and letters designed for prophecy and divination, i.e. palmistry. The Jewish designation is false on their tax returns, just as Ms. Ciccone no more defined Catholicism with her sexualized and blasphemous degradation of Catholic iconography which was her signature during the 1980s. Whatever flavor of deceit they choose to claim for tax purposes, it is no more a "church" (as filings claim) then the fraudulent "Church of Scientology," the other self-help themed celebrity cult getting away with tax fraud and currently under investigation by the FBI as a result of civil suits filed against the multi-level marketing scam. The Bergs followed Hubbard's group as a business model and are at the highest levels in league with them, a fact I can substantiate for the record.

Ideology aside, the defendants profiteer without question in their every endeavor and cannot reasonably hold on to the tax exempt status. They owe millions in back taxes and penalties for stealing, as well as unpaid wages. The only thing non-profit about the "Kabbalah Centre" is the staff, in violation of US labor and employment law, as well as federal and international laws against slavery and peonage which also establish predicate acts in proving civil RICO. The secret unit of brainwashed

199

workers called *chevre* are being exploited and entitled to unpaid back wages while

the multi-millionaire and billionaire defendants line their pockets with the proceeds

of the racketeering enterprise.  There is much evidence to support this besides

witness accounts and statements, starting with the Kabbalah royal family, the

Bergs of Beverly Hills who claim the "Centre" as their sole means of income and

live the life of Riley, hoarding millions of dollars plucked out of the pockets of cult

members in the name of G-d.  I will assist the Government in recovering lost

funds.


The preponderance of evidence before the honorable Court along with the past

history of this group which is all admissible evidence for trail, as #1. past history is

always a relevant factor, #2. they"ve been getting away with racketeering which

this action is addressing with the ultimate goal of stopping it (the true spirit and

application of RICO), and #3. I have legal justification to bring up old crimes

regardless of the statute of limitations which goes to civil RICO and not the RICO

Act because the courts have held fast which I will later elaborate on that only the

First Acts needs fall within the window to justify weighing the rest of the crimes as

evidence because the additional evidence of the crimes to support the claim goes to

racketeering and conspiracy with is the heart and soul of RICO and the crimes

accrue from the First Acts with the previous crimes and past histories of

racketeering going to the First Acts from no fixed starting point in the chronology. Furthermore, the statute of limitations only counts against filing and establishing the First Acts of the predicate acts. This action is for more than establishing predicate acts. The predicate acts are the grounds to hear the case and hold a trial as well as to justify the action. The limitation on predicate acts implies in no way to supporting evidence, such as the pattern of racketeering which has been going on for decades. It's all relevant to this case and will be entered into the record to serve the greater purpose of justice which needs to be considered as well as aiding federal prosecutors and more importantly for our purposes, it's legally fair game under the courts' interpretation of civil RICO which has never sought to limit supporting evidence after the First Acts have been established. The moratorium on filing in no way bars evidence of a critical and relevant nature to this or any other civil RICO case. The defendants' past histories of crime will be looked at by the jury and given the proper weight that they deem appropriate. It goes to the conspiracy charges by necessity, as well as the essence of civil RICO which calls for establishing patterns of crimes being committed over a long range of time in its definition. I'll prove the predicate acts which fall within the window period which not only allows me the use of the accrued criminal evidence, it in every way calls for it. Considering what's on the table, the chance to shut down an international crime ring, it's in the interest of justice to afford me every opportunity to make my

201

case.

According to the precedent set for civil RICO, as long as the First Acts of predication fall within the window of time, the rest of the crimes are fair game for trial.  I can justify entry by establishing the predicate acts which is only the first step and not an be all, end all.  Not only do I have the right to enter in old evidence, the nature of RICO calls for it any every way.  It's my responsibility to establish the patterns because it proves racketeering as well as conspiracy charges which are the heart and soul of the RICO Act and the most important elements in its application.

At the risk of getting ahead of myself, the pattern of crime does not move only in one direction and can move back as far as it takes to serve my purpose of proving racketeering as long as I've established predicate acts which is being done.  The predicate acts qualify and count as First Acts and the past history of crime which goes back decades goes to accrual and accrues the defendants' guilt as well as the crimes themselves which are ongoing rackets.  We're here to establish predicate acts which is being done and in no way limits me as the Plaintiff in this case to stop short at simply proving the predicate acts to RICO and not also prove the rest of the case.  The predicate acts are heavily weighed but they are not be all end all,

they are stepping stones for the rest of the case.

In order to assist federal prosecutors I need to get everything on the record which is evidence of crime coming from the defendants. They stand accused of tampering with evidence in a federal case, of tampering with Federal Witnesses, bribery, and elaborately obstructing justice which are highly relevant factors which mitigate the circumstances in addition to the hard line of accrual. In other words the defendants, who are the "Kabbalah Centre" have evidence against them for tainting the laboratory conditions of criminal investigation of which there is compelling evidence to suggest the bribery of a judge in Malawi, Africa as well as several local officials in that jurisdiction. In addition to the allegation, the defendants who are billionaires are corrupting public officials in the United States which is a fact I can sustain in further action at a different venue.

The defendants also have a demonstrated tract record of influencing the LAPD to give them special treatment, allowing them to break the law on numerous occasions as part of an arrangement which was highly questionable. I'm referring specifically to the several year long relationship in which the LAPD allowed Mr. Kutcher to through his agents impersonate the police. Although it was done for the purposes of entertainment without any evidence of malicious intent, people having

203

been directly harmed by this and it aiding the racketeering conspiracies ongoing  It

calls into question the "Kabbalah Centre's" relationship with the LAPD which is

less than objective as they are conflicted and have exhibited many examples of

treating the defendants specially as they continue to be accused of crime within

their jurisdiction.  It's enough to show taint and a conflict of interest.


The defendants have a demonstrable history of also fooling federal agents, such as

the secret service agents who made an exception for Mr. Kutcher to sneak up on

Sophia Bush as part of a prank for a TV show.  There was the retired FBI agent

caught on tape, who spent thousands of dollars on magic books written in Hebrew

and Aramaic that he could not read because he believed the false claim that the

pages themselves were "infused with energy" and could be "scanned" through the

hand.  The interview itself which he gave to reporters is evidence of the defendants'

conspiracy to commit consumer fraud and it can be taken as proof.  The pages are

simply paper printed with ink and there is no religious justification for this, not that

it would matter.


The point I'm arriving at is that with all due respect to federal investigators who I

will be providing information to as a result of this action and cooperating with

including being their witness at future indictments resulting from the charges

brought and the evidence uncovered through discovery, the defendants have the means to potentially manipulate justice as they have been known to do in the past and can be expected to continue tampering with the evidence, witnesses, and investigations into their ongoing racketeering enterprise. They have the means to pull strings through their connections at the highest levels of government which are recorded facts, to continue to attempt to use corruption to obstruct justice and evade capture.

THEREFOR, to protect me as a witness for the US Government and to protect the other witnesses who need protecting from the defendants who in addition to having friends in high places; evidence of bribery; political connections; an improper relationship with local police, a demonstrated willingness to go to extreme lengths including breaking federal law repeatedly to obstruct justice; plant false news stories; be subject to a double standard in the criminal justice system as the record shows with the case of Kabbalah footsoldier Ms. Lohan; the ability to influence others in relation to these crimes through the use of sex and celebrity status with a marked degree of success; their ongoing record of getting away with racketeering which has been going on out in the open; their manipulation of the press which is central to the claim; AND their *billions* of dollars and international connections, the defendants also have legions of brainwashed followers who are fanatical as the

205

record shows and worship them as gods because they are a cult, steps need to be insured to err on the side of caution and foresee future attempts to do the same thing and use all of their considerale power to obstruct justice.

All of the evidence needs to be documented for the record that the crimes were reported to the FBI who were sued by an alleged victim of the defendants who accused the cult of stalking her and is accusing the FBI of burying the case. I'm in no position to evaluate the basis of her claim, the validity of any of the evidence, or question the integrity of the FBI. As a result of the lawsuit against the FBI for allegedly failing to act *no matter how frivolous* can be put to rest completely as far as the civil RICO case goes by getting all of the evidence on the official record as well as my given cooperation with them and any and all other law enforcement bodies investigating Kabbalah, which from what I understand will take more than one agency to sort out.

I want to be absolutely clear that I am *not* accusing the FBI of mishandling previous crime complaints on the basis of the lawsuit that was brought against them which makes these claims or for any other reason. The courts will decide if there is any validity to the Plaintiff's claim in that unrelated case if they haven't already ruled on it which may have been the case, as well as the FBI themselves

who have the right to handle any case in any way they want which is granted as a given and is being stated by me as an opinion that I am agreeing with and not questioning their handling of the previous case involving allegations of Ms. Ciccone stalking an entertainment industry professional and hacking into computers aided by her followers in the Kabbalah cult who have also been accused of violently harassing the claimant in that separate case, for which I haven't seen any evidence to support other than the testimony.

It's a relevant fact that the claim was brought and the charges were alleged against the parties to be noted for the record however frivolous or unfounded the claim may be, even if there is a lack of credibility and proof in that separate case which I have nothing to do with.  I looked into the allegations as an investigative reporter covering Kabbalah.

I would also like to add for the record, I'm not accusing the claimant in that case of brining a frivolous lawsuit against the FBI or Ms. Ciccone and I'm implying no such thing. I'm making no representation either way, as I stated in this complaint that I haven't seen the evidence and am not involved.  I respect her right to pursue legal remedy if she thinks she has cause.  I mean in no way to cast dispersions on her character or the validity of her claims which I am in no position to evaluate.

I'm not supporting or denying any of her allegations or those of other people affected by her cases.

It is my opinion that the proper law enforcement bodies who need to investigate this introductory complaint are the Attorney General, the US Attorney General for the Central District (whom I contacted and explained I would be providing with evidence after filing suit), the FBI, the IRS, and Interpol, as well other agencies yet unnamed. A former Federal Agent for the FBI was in the cult and he is witness. The gentleman is retired now and I'll appeal to the FBI to bring him in as a witness. That doesn't mean I expect him to show up in person, he can sign an Affidavit. I'm noting for the record that he is one guy and by this I do mean that it is no reflection on the FBI. He was retired at the time and as far as I know is the only former agent who was in the cult. I know for a fact he has pertinent evidence and I expect him to testify on behalf of the Federal Government and myself, despite any allegiance he has to the "Kabbalah Centre" because he swore an oath to uphold the law. I don't think he is there undercover.

The crimes committed are federal, affecting interstate commerce and crossing state lines, however, local laws have also been broken which it is my opinion is the jurisdiction of local law enforcement, the police and sheriffs' departments in the

208

State of California and around the world.  It is the domain of the the office of the

federal prosecutors who need to be brought into this case and possibly take the lead

if it pleases the honorable Court and if it's found to be the correct and proper

jurisdiction with respects to territorial lines between the various agencies.  There is

evidence of crimes which may also fall into the jurisdiction of ICE in addition to

the other bodies.  There's an additional law enforcement body which also falls

under the purview of the DOJ who I'm leaving unnamed to give them the drop on

the offenders who will be hearing from them soon enough and I will be sharing the

information with the other federal investigators.  I have information about the

defendants I will be sharing with the CIA which is distinct from the civil RICO

case before the honorable Court.


Allow me to point out that with the passage of time witnesses forget things, they

move and die, in this case they are becoming compromised through fear,

corruption, and obstructionist tactics, and these I offer as further valid reasons to

compel the honorable Court, to expedite the matter with all expediency and to

grant the proper leeway to the defense which is to say hardly any, as I'm alleging

they've already tampered with this case.  The defendants present a serious threat to

the community, the people of California, and the witnesses in this case, as well as

victims who are not witnesses which includes Kabbalah cult members, many of

209

whom are children who cannot speak for themselves and cannot be written off as having chosen to be brainwashed, join a cult, forego their incomes, work as slave labor and the rest of it.

I take it very seriously and these are serious federal offense before the honorable Court. I will state again that the defendants think it's funny. I have a sense of humor, but there is nothing funny about the crimes I am alleging, aside from their "magical" claims and the antics of the defendants. Their crimes are among the most serious and I'm capable of proving them, beginning with picking their enforcers out of a line-up and pressing extortion charges for the assault with a deadly weapon which is absolutely the fault of the defendants who ordered the "hit" as well as the sabotage to my company which they are causing and needs to be addressed with this civil action which I am seeking damages for. The defendants' crimes are violent and they corrupt other people. There is no benefit to the footsoldiers who act as enforcers on behalf of the defendants to attack me in any way besides following the orders of the charismatic, Messianic leadership of the cult. I deserve the chance to prove that they ordered the Kabbalah *jihad* and this is my argument for which there is proof. The statement I'm giving I will testify to, corroborated by the evidence to substantiate the claims made on my part, including additional witness statements which are signed and the defendants own

210

incrimination of themselves in documentary evidence.  As I noted in the section on cults, Congress has routinely held hearings on these matters, because the problem is serious and it's on a large scale.

Although this is a civil venue and not criminal, because the defendants are being proven to be a racketeering conspiracy which can be accomplished at a pretrial hearing, they forfeit certain rights that would otherwise be awarded to non-violent offenders even in a civil RICO case, the majority of which were against legitimate businesses that cut corners and not actual racketeers which is my legal opinion having studied the case histories and with my knowledge of the RICO Act and how to apply it.  Assuming that I prove at the pretrial hearing that the defendants are a racketeering conspiracy according to criminal law and the evidence at my disposal as well as the RICO Act, this is what I'm using to strip them of certain rights which is due process.  Criminals forfeit rights when they are found to be guilty in a Court of Law, even before being convicted of any crimes, because of the chronology of the case.

They have a past history of violence and racketeering and that is enough to expect them to be treated as any other criminals before the Court.  Criminals do not have special rights and extra rights.  They forfeit their rights which is right and proper.

211

Ms. Lohan for example is a criminal who is currently on parole which she has

violated. She has a long criminal record and disrespects the Court time and again,

which applies to every different Court she has found herself in and it's not only her

behavior inside the courtroom which embarrassed her self and the Court, it's her

repeated offenses after they keep letting her off with a warning. She's a member of

the gang which is charged with violating the RICO Act in an elaborate scheme and

as I made clear also continue to make a mockery of justice and the law

enforcement agencies who let them go by repeatedly bragging about their crimes in

the media, such as Mr. Kutcher and Ms. Ciccone. It's an insult to crime victims

everywhere and the Rule of Law. They disrespect and make a mockery of the US

system of criminal justice by using their celebrity status to deliberately break the

law as part of an ongoing pattern of racketeering. It is for these reasons that Ms.

Lohan is entitled to *less* rights and not more because she's a repeat offending

criminals who flouted warnings she was given, got a reduced sentence and then

when granted parole which she immediately violated followed up by disrespecting

the Court, first by appearing dressed inappropriately, followed by her next

appearance which she was an hour late for after having been warned to play by

rules and respect the Court as a response to her inappropriate attire. She continues

to be granted continuances despite having been told she would be forced to choose

whether or not to fight the charges with a trial which in my humble opinion, she

212

was afforded her extra rights to even be entertained as an option, as a parolee with a preponderance of evidence proving her guilt, who was recommended by the judge not to fight the charges which she is doing as her parole officer excuses her for walking into a store and stealing a necklace and then getting caught red handed.

Ms. Ciccone is also Ms. Lohan's gang leader who also stole a necklace which was given to her by me in no uncertain terms to be used for the purpose of modeling the necklace to promote my jewelry line. They take it as competition and it still does not excuse the theft. I informed her that she owes me for the necklace and I have not been reimbursed. The necklace was not a gift which I made very clear and can also be taken as an agreement she did not fulfill. I may be willing to wave the expense of the necklace and not seek the damages of $500 which can be discussed with her attorneys, although I would like to move this to immediately to trial and forego a pretrial hearing which is what I am requesting and will be filing motions for. My reason for forgiving the necklace has nothing to do with negotiating with her and her accomplices and it is certainly not a form of tribute or a gift. It would only because I am supposing that her retention of the necklace obligates her to her end of the bargain which is the use of her likeness for my own purposes. That's exactly what she is challenging by means of subterfuge for sabotaging the film which exposes her and the other defendants for the truth about them which is not

213

pretty.  I don't expect her to agree to the use of her likeness as she is a brainwashed cult member with a fanatical level of devotion to the cult she leads which I am covering critically in the film.  If I let her keep the necklace it would only be to use it against her in future legal action.

Justice needs to be served for myself and the other victims which necessarily entails assisting me in assisting federal prosecutors to build a case which will stick which I've already done and need to present as quickly as possible to shut down the rackets and get the offenders off the streets.  To offer one of the many examples present in this complicated case, although no one was injured when I was recently assaulted in my own home by a notorious paparazzo who is known to be a violent stalker *who acted on the behalf of the defendant Mr. Kutcher* by ambushing me with a camera and threatened me physically at the exact moment when I was questioning a witness about his alleged obstruction of justice which is *caught on tape*, I find it very dangerous that they would attack me in my own home knowing full well that Mr. Echevarria is violent.  It could have ended very badly had I took the bait to fight him which is exactly what he tried to bait me into, as the evidence will show, exactly as he set up Mr. Tyson.  It implicates the defendant Mr. Kutcher in the attack which was committed in the commission of other crimes such as racketeering, and obstruction of justice, as well as extortion, tampering with

214

evidence and related crimes.  It compounds the guilt in RICO not only because of the act of violence, but because it was done to further the racketeering conspiracy which is the "Kabbalah Centre," the subject of my investigative report which is busting them.  Mr. Kutcher's name was caught on the tape in which they filmed evidence of their own crime.  I would say that's pretty strong evidence to be weighed by the jury and taken into account with the rest of the evidence.

This is not about them being embarrassed which is impossible to do as they have no shame, in fact Ms. Ciccone is in the Hall of Fame for being shameless.  It's not simply embarrassing to them and jeopardizing to Mr. Kutcher's career which has in the past been used to justify the special treatment of him by local law enforcement. The defamation of his character is not an issue because I will prove in court he is guilty of the crimes alleged.  He already ruined himself and I'm being blamed for reporting on it and it is the truth.  Mr. Kutcher is violent and psychotic as is Ms. Ciccone.  I don't have to be a psychologist to give an opinion on their mental capacity, as they repeatedly talk crazy and behave like the mentally ill.  They are liars and frauds who are the heads of a racketeering conspiracy and profiting from the misery of others which they cynically and cruelly exploit.

Mr. Kutcher ruined his own life by choosing a life of crime.  If I'm unfairly ruining

215

his good name which is also a commodity as he's a professional corporate spokesperson as well as as political spokesperson, his attorney is free to bring charges against me for slander, libel, or defamation of character, although I'm protected from this action as a journalist under California law and the US Constitution because any such action would be frivolous as it is true that he's a criminal as the facts will show. Mr. Kutcher is not entitled to any special treatment simply because he is prominent because the charges I'm bringing are as serious as it gets and I will prove himself and the other defendants are a RICO gang at trial which will lead to his indictment. If his life is ruined as a result, he can look in the mirror and I'm making a point of this because of the "Mr. Nice Guy" image of the defendant who is famous and what he stands to lose which is everything. Any sympathy granted to him would be misplaced as he is not the victim in this case— the crime victims are the victims. That designation belongs to myself and the other victims of the ongoing racketeering enterprise known as the "Kabbalah Centre." The criminals paying for their crimes are not the victims and the penalties against them as a result of their own crime spree is just deserts to punish crime. It is exactly what the RICO Act is intended to do, to end racketeering conspiracies by putting the leaders behind bars and punishing them severely so as not to encourage others.

216

The same goes for Phil Berg who also stands to score sympathy points because of his age and condition.  Please allow me to make a point, which is that Mr. Berg's condition gave me pause in the preparation of this complaint but the victims I have been interviewing, who I represent, *all* urged me to bring charges against him and they convinced me that they are right because I do agree that he has to pay for his life of crime.  Any sympathy they inspire can be considered by the jury or be considered a mitigating factor in their criminal sentencing.  I'm appealing to the honorable Court to offer the defendants *no special treatment* simply for the fact that the exposure of their crimes is ruining their lives and they are famous.

It's not a point to be weighed that having a known career criminal as a corporate spokesperson is a bad look for his sponsors.  He should have thought of that before he committed the crimes although the special treatment he's already been afforded by law enforcement, which would not have applied to a "regular person" he abused, just like Ms. Lohan, by committing more and more crimes and embarrassing the police and the judges who have given them breaks.  Their bragging about the crimes in the media like it was all a big joke makes it worse for crime victims and those who gave them breaks because they didn't just act with impunity but they repeated the offenses and worse yet flouted their actions, as if they were "above the law."  It sends the wrong message to the public, especially

217

the young people who look up to them.  Everybody makes mistakes but these criminals act with malice and intent as well as making careers out of lives of crime. They're not entitled to any special treatment and the impact on their careers and reputations is a moot point because they brought this on themselves, incurring damages as a result of their ongoing lawlessness.  There will be no jurors who take into consideration their popularity as a defense for racketeering and excuse celebrity crime putting them on a pedestal for a superficial reason which has zero bearing in a Court of Law. *I'm suing them for what they do, not who they are, and they can spin it however they want to but it is the truth and that's how I'm presenting my case.*

Similarly, Kabbalah is only on trial because the "Kabbalah Centre" is a RICO gang.  Kabbalah is not on trial because it is witchcraft or "spirituality."  The "Kabbalah Centre" is on trial for the crimes they committed which resulted in hundreds of thousands of dollars of debt for my company, as well as the punitive element which is how the RICO Act is written.

They can try to spin it, but the facts are the facts.  I'm here to present the facts and realize that had I come off half-cocked which is not the case, I would be doing a disservice, not only to myself, employees, business partners and creditors, and the

other witnesses and victims, but also to the People and the federal prosecutors who are necessarily in a position to rely on this case.

## DEFENDANT #12: LAUNCH FLIX

"Launch Flix" is the company of the defendants Mr. and Mrs. Houser who were contracted by me to work on the film they sabotaged at the behest of Mr. Kutcher, Ms. Ciccone, and the Berg family.  While it is true there are thousands of Kabbalists worldwide thanks to their recruitment efforts, there is only one Hollywood location for the cult.  "Launch Flix" are known frequenters of the Hollywood location as are Mr. Kutcher, Ms. Ciccone, and the Bergs who are regulars there in charge of it and definitely in charge of the followers.  That is how mind control works.  If the cult leaders present in this case did not have a hold of the minds and lives of the followers, they would be out of business.  The followers such as Mr. and Mrs. Houser would not be handing over their savings to finance the upper echelon's lives of luxury were that not the case.  It takes a certain severe degree of control to convince people that cult leaders are "the reincarnations of biblical figures," Messianic prophets of G-d sent to earth to lead the rest of us, and so forth.

219

Every frequenter of the Hollywood location whom I interviewed was personally acquainted with Mr. Kutcher, Ms. Ciccone, and the Berg family. For hardcore members, it is hard not to be. The upper echelon is as prominent inside the cult as they are on the outside of it, being celebrities of a different sort behind the walls. The celebrities make a point to get to know faithful adherents in the flock who are in deep, to protect their investments in them by enticing them with the lure of glitz and glamor as a membership perk as well as using sex as a weapon. It's a major selling point in their marketing campaign just as I was approached in 2005 in this same way. They advertised to me "You can meet Guy Ritchie" (in New York) as a recruitment ploy. You'll have to take my word for it that he is a celebrity.

The grand exalted Bergs are also personally acquainted with the rank-and-file, having regular dinners with them along with the other defendants and the dinners take place at the Hollywood location where "Launch Flix" frequents. Mr. Kutcher also is famous for being interactive with his fans, so it's not reasonable to believe he is not acquainted with "Launch Flix" who acted on his behalf, or the others who do so in the cult he is so defensive about. They tried to insulate themselves from the street level crime with "layers" of footsoldiers and lieutenants. I'm alleging they are personally acquainted with the radical Kabbalah cult members who look up to them and act on their behalf attempting to extort me and sabotaging my

220

companies holdings which expose their racketeering conspiracy. They're legally culpable either way with plenty of case law to back this up.

The best example to use is cult leader Charles Manson who is their polar opposite in terms of public image and alike in the sense that his followers attack people and he is held accountable for their actions. Their ideologies too are not that far apart. Both groups operate in Southern California recruiting mixed up young people and especially women from middle class homes, both groups are for some sick reason enamored with Adolph Hitler, both groups practice witchcraft, both groups revolve around a charismatic personality, both groups believe that violence is justified to further their causes, both groups use the media as a recruitment platform, and both groups prepare for the end of days which they claim is upon us, preparing for war. It's a sad fact that it's no overstatement to compare the defendants to the Manson family. Their propensity for violence is unrivaled by most cults behind the mirage of smiling faces and public relations. Mr. Kutcher is a great actor. He plays the same character in real life as he did on *That Seventies Show*, that of a fun-loving goofball and he has a lot of people fooled. He's not that good at crime though and he's left a lot of clues.

As the cult is based in Hollywood, one can see the appeal of this for local residents

221

working in the entertainment industry such as "Launch Flix" and "Cinetic." Now Mrs. Houser of "Lauch Flix" is a hardcore member of the cult and for this reason logic tells us she does personally know the leaders of it on whose behalf she acted on. She attends Occult ritualistic gatherings they lead, as well as social events attended by Mr. Kutcher, Ms. Ciccone, and the Bergs which are held in Kabbalah cult owned buildings. Not only are they causally linked, they are inextricably linked. The belief system is not as widespread as cult propagandists would have us believe through their cynical manipulation of the media. Most of the celebrity adherents they claim either modeled the magical amulet bracelet as a favor, were paid to, or quickly dropped in and then just as quickly dropped out when the demands for more and more money began. The cult likes to spread around the wrong impression that they are this vast entertainment secret society of celebrities but that's just propaganda. It may be true of the "Church of Scientology" but this is a different cult. Many actors and models were paid to or as a favor modeled the red and white uniform (red bracelet, all white clothing) as a one-time, insincere job and the pictures are being floated on the internet as if they were active members and true believers when the opposite is true. The point is that its actually a short list of people who believe in "magic" and practice sorcery and the world of Kabbalah in Los Angeles is a small world. The defendants all know each other and they meet at the location in Hollywood.

222

Although Phil Berg only makes occasional appearances these days, the rest of his family, Mr. Kutcher, and Ms. Ciccone are regular frequenters of the Hollywood location and the communal atmosphere necessitates personal acquaintance all around.  To state that a cult is a tight knit group is an understatement.  It's been well documented that cults, this cult in particular, and Ms. Ciccone revolve their lives around not only the voodoo doctrines but also the cult as an organization and maintain the typical insider--outsider attitude that permeates the cult.  Not only do the insiders in this fringe group know each other but they replace their own families with the cult, as my witness statements show.

Besides my own testimony connecting "Launch Flix" and the "Kabbalah Centre" there is the documentary evidence I have such as the photograph implicating both parties in fraud and conspiracy as well as "Launch Flix's" Kabbalah magic book, and records of "Launch Flix's" business partnership with a Kabbalah "spiritual guru."  The chronology of events in their employment with me follows the same pattern as the incident with "Cinetic."

First, they found and approached me.  Second, they gained my trust with talk of social justice to inspire me as I obviously place stock in the principle.  Third, they

223

impress me by fraudulently representing themselves as having worked on or working on films with major talent appealing to my taste in media. Fourth, they hook me with talk of independent film festival access used as bait. Fifth, they take jobs with me working as editorial and camera operation staff, the "two-in-one" convenience they know I prefer which is unique to my company. Sixth, they sign a contract, agreeing to confidentiality and failing to divulge their established alliances with the investigatory targets, the other defendants. Seventh, they discuss the project with me in depth, learning trade secrets of the show they are entrusted with as well as gaining access to computer files containing footage incriminating of the Kabbalah cult leaders who are also the defendants in this case. Eighth, they string me along for a exactly one month. Ninth, they get their first paycheck. Tenth, they take the film festivals off the table with no explanation. Eleventh, I think nothing of it that they don't have kids and this is a fertility cult appealing to barren couples who are among their most fanatical. Twelfth, they emotionally react to content regarding the charge of conspiracy to commit human trafficking of foreign children to rich, barren Westerners on the black market and SIDS. Thirteenth, they refuse to edit this footage, giving no explanation. Fourteenth, they abruptly quit, stealing company property in the process. Fifteenth, they reveal their allegiance to the investigatory targets they have been discussing with me the whole time, who are the other defendants. Sixteenth, I discover that the exact same clip

224

of me blaming the Bergs for inciting their fanatical members to violence has been tampered with without my permission in a way as to make it first unusable by "Launch Flix" and then appear to be intentionally destroyed by me by "Cinetic." Seventeenth, I learn the truth after they have already left the company.

## COUNTS #1 AND 2: EXTORTION AND CONSPIRACY TO COMMIT EXTORTION

These are separate charges, but for the sake of expediency I will bundle them and the other charges in this way. There are actually multiple counts present, but that can be for the criminal RICO case, I'm her to establish predicate acts. Extortion is a serious offense mimicking traditional organized crime and among the most heavily weighed crimes in determining RICO Act violations. I will begin by testifying on my own behalf as a witness to the extortion conspiracy to establish the predicate act. For the past year I have been the target of a campaign of stalker type of harassment coming from known agents of the defendants including multiple threats of violence in an extortionate attempt to discourage me from publishing and speaking out against the defendants' criminal activity and to worse yet promote their cult organization and voodoo ideology. The extortion attempts also included assault with a deadly a weapon on multiple occasions and relate to damages incurred as the extortion pressure was also financial in nature. I will

225

corroborate the extortion charges with witnesses and documentary evidence.

There has also been computer crime and misuse of electronic communications to commit multiple felonies directly aimed at me by the defendants in their campaign to infiltrate and sabotage my business as harassment, extortion, obstruction, etc.  I fell for it which is why I'm now out the money.  They set out to damage my business and it that endeavor they were successful.

I'll be testifying on my own behalf, supported by the facts; corroborated by an affidavit from a witness; documentation; an official law enforcement statement; and videotape.  We'll also have the arrests of the Kabbalah enforcers I'm pressing charges against which further underscores my central argument and the guilt of these frauds who pass themselves off publicly as New Age weirdos which is also true, and use it as a cover to run around acting like terrorists, making terroristic threats to the cult members they control but do not own and members of the community outside of the cult, and even carrying out these terroristic threats and involving others.  It's outrageous and it needs to be stopped as soon as possible. The movie I'm making implicates the defendants in acts of terror overseas which I will be sharing with the FBI and CIA which may violate international treaties and which I will also be sharing with the viewing audience in the explosive film.  I

226

don't believe it is relevant to discuss in this case but I'm noting the allegation for the record that I am alleging their involvement in acts of terror on foreign soil. *It underscores the need to lock them up as they're dangerous behavior presents an immediate threat to themselves and others.* Please take this as a compelling reason to expedite the civil RICO trial as this group is way out of control and this has gone on long enough.

## CHARGE #3 AND 4: WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD

I will establish the fraud conspiracy beyond a shadow of a doubt with multiple pieces of evidence, including signed statements given by witnesses. Wire fraud is central to the racketeering charge, as well as the overall racketeering conspiracy alleged. The wire fraud charges (multiple counts) implicate all of the defendants and goes to their lack of credibility as witnesses for the defense. In the course of running the wire fraud conspiracy several local and state laws have been violated which are not predicate acts but which nonetheless compound criminal guilt in this case which is a factor to weigh.

I have several pieces of documentary evidence all directly implicating all of the defendants, especially those at the top. What I have is hard evidence, photographs;

videotape; paper; witnesses; the facts; discovery; proof from other cases showing criminal conspiracy implicating the defendants; and more evidence I am accumulating, some of which requires subpoena to furnish.  It all goes to the conspiracy charges as well as racketeering and the separate charge of racketeering conspiracy.

## COUNT #5 AND 6: CONSUMER FRAUD AND CONSPIRACY TO COMMIT CONSUMER FRAUD

These charges tie in with the wire fraud conspiracy which also constitutes consumer fraud, with additional evidence of a Ponzi scheme targeting consumers. I'll be submitting briefs on the alleged Ponzi scheme.

My evidence is the same as above plus a sworn statement from a witness and a hidden tape which is admissible in this proceeding and also not illegal, as it was not eavesdropping and one of the parties knew they were being recorded and did the recording.

## COUNT #7 AND 8: MAIL FRAUD AND CONSPIRACY TO COMMIT MAIL FRAUD

The acts of mail fraud coincide with the wire fraud racket.

228

My evidence is the same as above.

## COUNT #9 AND 10: INSURANCE FRAUD AND CONSPIRACY TO COMMIT INSURANCE FRAUD

I have information about a conspiracy to commit insurance fraud which I will be sharing with investigators and testifying to at trial as a witness.

My evidence is my testimony, John Doe, and any supporting documentation coming from insurance investigators.

## COUNT #11 AND 12: HUMAN TRAFFICKING AND CONSPIRACY TO COMMIT HUMAN TRAFFICKING

I have documentary evidence of a human trafficking conspiracy being organized by the defendants, operating in several foreign countries which I will share with investigators and present at trial.  It has been my experience that the sensitivity of these charges have fueled much of the obstruction of justice and related extortion directed at me as an honest journalist.  I'm alleging that the human trafficking ties in with the fraud (certain types present in this case) and also the money laundering and slavery and peonage charge.  Human trafficking is a serious offense involving the violation of human rights and causing subsequent symptomatic crime, such as

229

bribery, fraud, violations of immigration law, child abuse, etc. To maintain an ongoing human trafficking racket requires partnerships with international criminals and smuggling. It begs the question of what else are the defendants capable of, which we will soon find out. I take these charges with the utmost gravity.

I have a lot of evidence to substantiate this, videotape; the facts; the other crimes allegedly being committed to further this; the paper trail; the humans being trafficked; photographs; witness statements; and discovery.

## COUNT #13 AND 14: MONEY LAUNDERING AND CONSPIRACY TO COMMIT MONEY LAUNDERING

I have evidence in my possession of a money-laundering conspiracy. How my business was damaged as as a result of my investigating and reporting on them is as follows. My investigating of and reporting on the defendants' ongoing money-laundering racket has brought about the violent, harassing, and financially devastating retaliatory extortion, obstruction of justice, witness tampering, and witness intimidation in a vain attempt to cover their tracks. So is it with the other predicate acts of which I was not directly victimized such as human trafficking. All of these predicate acts contributed to my damages in a way that was detailed and clearly to the point: I rattled off a list of these charges during a TV interview

230

which precipitated more law breaking behavior coming from the defendants, which I will prove.

For example, were it not for the conspiracy to maintain a racketeering enterprise, the defendants would not have dispatched agents on their behalf to repeatedly infiltrate my company, a violation of US labor law as determined by the Supreme Court I might add, wherein said agents, the defendants Mr. Houser, Mrs. Houser, and Ms. Heidenreich did destroy company property, steal trade secrets, steal company property necessary to operation, attack my credit line via stealing my identity, cause unnecessary work stoppages in a time sensitive project, threaten to violate the Sherman Act by blackballing me from film festivals, and using fraud to secure employment with my company and gain my trust.  Violent assault was used via a third party, as was theft of time and money.  Employment contracts were breached including a Conflict of Interest clause which implicates the other defendants who are the ring leaders in the racketeering conspiracy, with supporting documentation to prove collusion and intent.

The money laundering necessarily ties into fraud and tax evasion, an attempt to defraud the US Government.  It may well relate to other racketeering conspiracies as of yet unknown or suspected.  I'd like to mention here that I suspect other

231

racketeering conspiracies which I have left out of this suit for lack of evidence and to aid federal investigators by giving them the element of surprise. Should evidence and/or proof of additional racketeering conspiracy be discovered through the efforts of the dully appointed racketeering investigator or witnesses for the plaintiff, I would like to reserve the right to amend the charges to include the additional predicate acts as it would help my case, serves the purpose of justice, and would be appropriate for a civil RICO trial. We're talking about millions of dollars here which is going unaccounted for and this relates to the Government's interest in recovering any hidden assets from them, which I will assist with. It also is being used to fund and therefore cause more crime.

I have evidence to support this which will have to start with a diagram of how it works in the racketeering conspiracy; financial records; the facts; tax shelters; and hiding places.

## COUNT #15 AND 16: TAX EVASION AND TAX FRAUD

The tax evasion is an IRS matter which I will inform them of. It always counts towards proving civil RICO because it's a qualifying federal offense under the Act. As the case may be, it goes to the obstruction of justice and extortion argument which is the basis of the damages I am seeking (along with federal witness

intimidation, etc.).  Tax fraud is a related charge I am alleging and typically the IRS struggles to prove intent.  In this case, with the defendants past history of fraud and ongoing assorted fraud conspiracies which I will prove, it can be easier to conclude that intent to defraud the US Government is present as a factor in the commission of their gross tax evasion.  An IRS audit may take a while to conclude so I will let the jury decide if the defendants are also guilty of tax fraud, in addition to tax evasion, based on the evidence presently at hand.  It paints an accurate picture of the "Kabbalah Centre" as a bucket of filth, stealing at every turn like true pathological, sociopathic criminals.

The evidence for this comes from the discrepancies on the income tax statements and other relevant financial statements of the "Kabbalah Centre" and entities matched against the facts, such as their own contradictory propaganda; their assets and lifestyles; unaccounted for funds; witnesses; discovery; the defendants names on everything; the defendants as beneficiaries; and banking information.

## COUNTS #17 AND 18: COMPUTER FRAUD AND CONSPIRACY TO COMMIT COMPUTER FRAUD

There is some evidence of this to consider.  It goes to RICO and the identity theft charge, as well as showing the criminal capacity of the organization in question

233

and their potential for crime and victimization of the general public. It's also a classic example of non-traditional organized crime, the new wave of international criminals who are sophisticated in their theft and use of technology. It bares noting that contrary to popular belief and perhaps the assumptions of the defendants, computer crime is not all that untraceable after all.

I'll be testifying on my own behalf as to what I witnesses with my own computer; I can corroborate this with documentation from Apple computer; I have the damaged content from Ms. Heidenreich which was done on a computer and points to conspiracy as her financial ties to known associates of the other defendants indicate which she secreted; the facts from the Pellicano trial and investigation pointing to conspiracy to commit computer fraud and implicating the defendants; Mr. Kutcher's recent vandalism incident alleging computer crime on his part; and the computer crime Mr. Kucher got away with just recently when it was spun as a "prank." He has motive, means, and past history which connect him to the unsolved crimes involving my computer, websites, and digital content. He's also the most high tech of the defendants and a known computer hacker. His hatred towards journalists and factual history of sabotaging producers over the same issue are relevant factors. The thing about computer hacking is that it's usually done anonymously. As the case may be, Mr. Kutcher brags about it. Even if I can't

234

prove his involvement in the hacking of my computer and digital content posted online, I can make a case that the racketeering conspiracy is in the business of computer fraud and conspiracy to commit computer fraud based on the evidence uncovered in the Pellicano case and the evidence surrounded admitted computer hacker Mr. Kutcher, who is proud to have gotten away with yet another federal offense which also happens to be a violation of the RICO Act.

## COUNT # 19: IDENTITY THEFT

In all likelihood this is part of a criminal conspiracy and there is evidence to support the conspiracy theory. I can testify to this as a witness for the plaintiff and corroborate the facts with documentary evidence, all exhibiting a causal link to the defendants. It's a growing problem in today's world between economic hardships and the information age. I'm not too happy my identity was stolen by the defendants and I suspect the motive was less financial and more going towards the campaign of harassment which also involves computer fraud such as hacking. In other words, my computer has been repeatedly hacked into as well as other forms of "cyber stalking." The cost to me may be minimal in this regard, but with my identity permanently in the hands of criminals, the full damage to my credit and financial future remains to be seen. I could have my bank accounts emptied ten years from now or find myself in a mess where I have to straighten out that I did

235

not buy the home a fraudster took out a mortgage in my name for or some other

scenario I would rather not picture, all realistic under the circumstances. This is

why identities are stolen, the minor charges which appeared on my account shortly

after I reported the theft were to test out the credit cards, so I was told by my credit

card company. They were testing the waters for a bigger score down the road.

Even without the credit card numbers, with other personal financial information

and the personal information stolen from my identifying documents now in the the

possession of the defendants, they are in a position to open accounts in my name

and so forth, as well as further stalking. As a small business owner, my credit line

is my lifeline and I'm sure documented identity theft does not factor well in my

favor when it comes to credit.

I have for evidence written confirmation from my credit card company that the

there was fraud activity on my account; the security report filled out at the hotel

where the theft occurred implicating the Housers; the facts on record; my

testimony as a witness; records of the account being closed; additional

documentation coming from a credit protection company; and the documented

facts from the Pellicano case exhibiting a pattern of identity theft and an identity

theft criminal conspiracy possibly also implicating known computer hacker Mr.

Kutcher who made the news with his brazen digital piracy in addition to his

236

alleged involvement in computer hacking for revenge which involves a similar stealing of information.

### COUNT #20: GRAND LARCENY

I can testify to this as a witness to the theft of my own property by the defendants, both grand and petit.  They took belongings of mine with typical flouting of the law and the rights of others.  I'll support the allegations with documentary evidence to corroborate.  Some of it was done in the course of sabotaging my businesses, such as swiping props moments before I was to perform a live show (petit).  Sabotage is one of the main charges I am alleging and seeking damages for, violating RICO in the course of federal witness intimidation, extortion, protecting ongoing RICO conspiracies, etc.

I have for evidence the emails sent documenting the stolen necklace and implicating Ms. Ciccone, the cancelled check paid to Ms. Heidenreich for work she did not perform, along with her fraudulent invoice as she was on the "honor system" for billable hours all to corroborate my testimony. There's also evidence to support the claim of petit larceny on the part of the Housers which amounted to $20 which although is not a violation of the RICO Act, supports the other charges and went left unreimbursed.

237

## COUNT #21 AND 22: ILLEGAL WIRETAPPING AND RELATED CRIMES

I take these charges especially serious as it shows the predatory nature of the defendants as well as their sheer ruthlessness and temerity. To think that they have the right to spy on people in their own homes is what I consider to be predatory, sexually deviant, and dangerous behavior. I'm prepared to show evidence of this at trial, implicating the defendants who apparently feel they have the right to violate the civil rights and privacy of others when it suits their psychotic gameplaying with people's lives. It's very typical of their high and mighty attitude, acting as though they are "above the law" because they are spoiled by their handlers as celebrities. I'd like to point out that the defendants Mr. Kutcher and Ms. Ciccone are among the loudest voices to bemoan the paparazzi intruding on their personal lives. Yet, this is exactly what they do to others, taken it ten steps farther right off the deep end, as the evidence shows, as well as using other hyper-aggressive paparazzi tactics, including having me ambushed with a camera inside my own home and stalking. By contrast, although I am reporting on them, I have employed no such tactics, keeping my distance from their homes and not ambushing any of them with a camera or any paparazzi tactics. Similarly, I have been covering their high crimes and their foray into international political intrigue rather than their colorful sex lives--the difference between gossip and historical record keeping. The

defendants have a long history of this and other bad behavior which they indulge in at the expense of the public.

The evidence for this comes from the Pellicano investigation and trial which hopelessly implicates the defendants. The computer hacking also may fit in here, and it constitutes computer crime as well. I have the "we have your IP address" letter which was sent by agents of the defendants thereby incriminating them as they are legally culpable for the actions of their people.

## COUNTS #23, 24, 25 AND 26: TAMPERING WITH AND RETALIATION AGAINST A FEDERAL WITNESS; TAMPERING WITH EVIDENCE IN A FEDERAL CASE; OBSTRUCTION OF JUSTICE; OBSTRUCTION OF CRIMINAL INVESTIGATION

These charges relate to COUNT #1. They also differ in that non-extortionate methods were also used to commit these crimes which will be evidenced.

My evidence is the facts established; emails; the destroyed digital content; the content which was tampered with; and electronic fingerprints as to when the damage occurred implicating the defendants, as well as my own testimony and the tape incriminating Ms. Heidenreich and Mr. Kutcher.

239

## COUNT #27: BRIBERY

Witnesses to bribery usually aren't exactly forthcoming but I have documentation to support the charge.  Any evidence of bribery uncovered through discovery may well indicate additional rackets yet unknown to myself and law enforcement.  With billions of dollars, a global reach, and no rule book it stands to reason that in all likelihood there is much more to the story in terms of ongoing racketeering conspiracies.  With elaborate fronts and nearly unlimited resources at the disposal of the defendants, the crime scene is as big as the whole world with as many hiding places.  The bribery charge is a serious offense because it furthers the defendants racketeering and also obstructs justice and corrupts public officials.  It is encouraging the attitude of the defendants as "above the law."  It is my opinion that the defendants are in the business of crime for sheer thrill-seeking and/or perhaps deep-seated psychological issues which is fair to point out in trying to make sense of the grand scheme before the honorable Court.  The case requires some sorting out.


What evidence I have to support the charge is as follows: witness statements, circumstantial evidence of bribery as indicated in the behavior of officials accused of accepting bribes from the defendants such as giving them perks not afforded to

regular citizens and not because of their celebrity status either which we can rule out in Malawi, Africa (there are many examples of this starting with the Malawian judge accused of accepting bribes from Ms. Ciccone who didn't exactly help to clear their own name when he granted her custody of a child not belonging to her and pushed the adoption through in violation of the laws they swore to uphold), financial records indicating large sums of cash being spread around Malawi to government officials previously viewing Ms. Ciccone and her mission to their homeland as being suspect, and most of all the father of the boy she "adopted" who was "negotiated" with to let him go after protesting her attempted collection of his son which was reported in several reliable major newspapers and television news shows as well as additional reports I have from reliable sources whose stories all match.


## COUNT #28: ASSAULT WITH A DEADLY WEAPON IN THE COMMISSION OF A FELONY

This charge relates to the extortion and weapons charges.  It goes to the depraved indifference of the defendants, RICO, and their overall threat to the well-being of the public.  Simply put, the defendants are a menace.


My evidence is going to be my testimony and report to racketeering investigators,

241

as well as giving a description to sketch artists and/or picking the Kabbalah enforcers out of a line-up, as well as hopefully getting the weapons and the psychos off the streets.  I memorized their faces and I won't be intimidated.  I will press charges and testify if they go to trial.

## COUNT #29: MAINTAINING HIDDEN RACKETEERING INTERESTS IN THIRD PARTIES

The defendants' hidden racketeering interests in third parties is the cause of my company incurring $240,000 worth of debt which I am seeking restitution for.  I'm under the impression that the defendants felt entitled to sabotage my business this way and they couldn't be more wrong.  They might not have known they were violating the RICO Act when they pulled these stunts, but ignorance of the law is no defense.  Specifically, I am testifying that third party media companies with whom I do business with caused me to incur this hefty sum which is a severe blow to my small business because the defendants maintain hidden racketeering interests in these companies.  They almost would have gotten away with it had it not been for the rest of their racketeering enterprise, designating them as an organized crime group under the correct application of RICO and I don't find them less so because of their illegal and fraudulent palmistry, considering that they are moving into traditional organized crime rackets and using enforcers.

242

It's the difference between an innocent silent partner and a hidden racketeering interest. The hidden interest charge is one of the most heavily weighed under RICO and it fits here. The attempted extortion was less costly to me as a small business owner when compared with the $240,000 estimate I have on the legal damages incurred as a result of their RICO secret interest holding used to obstruct justice and further racketeering enterprise. These hidden interests are also a part of the extortion charge, as well as retaliating against me as a bona fide Federal witness, and tampering with evidence in a federal case. So, the $240,000 damages were also caused directly through the attempted extortion conspiracy, which I might mention ties into other extortion conspiracies in the overall RICO conspiracy. The damages caused in this way by the racketeering enterprise also violate the Sherman Act which I can prove and which therefore violate the RICO act and serve as one of the predicate acts before the honorable Court.

When racketeers use these interests to exercise influence from behind the scenes over the third party they violate the RICO Act and this is in the furtherance of their racketeering enterprise. The classic example of this was the based on a true story Martin Scorcese movie *Casino* in which organized crime figures maintained hidden interests in Las Vegas casinos to commit more crimes. In this case the

defendants do not fit the stereotype, being all recognizable figures with high profiles and varying degrees of polished public images. *However,* the fact remains that the defendants break the same laws as the characters in the film *Casino* and are subject to the same penalties and the same justice. The defendants do not fit the mold, meaning that they do not fit the stereotype of how the average juror has come to picture organized crime figures resulting from the depiction of them portrayed in movies and TV shows. The defendants do not fit the mold, they do not fit the stereotype for being organized crime figures *but they do fit the bill.* Their numerous violations of the RICO Act prove that conclusively. The entertainment industry likes to typecast and they cast Mr. Kutcher, for example, as a romantic lead in romantic comedies aimed at women which is what the public has come to expect of him, or at least the movie going public. Like all the roles he has been given, it is a role. He plays a racketeer in real life though he's no DeNiro. The RICO Act applies to any and all persons who violate the federal laws of which it is composed. There is no escape clause for actors, "spiritual gurus," or anybody else. It applies to their hidden interests in entertainment companies. Similarly, were "Cinetic" to argue that Ms. Heidenreich no longer works there they would be leaving themselves open to this charge and it would be a losing battle because as I previously indicated, I checked out Ms. Heidenreich's professional references who all told me that she financed their pictures as recently as last year through the

244

company she founded "Cinetic" and that she arranged the deals.

Rather than infiltrate casinos to loot and run gambling enterprises, the defendants infiltrate media companies and other legitimate businesses to conspire to obstruct justice to continue extorting and defrauding the general public, such as destroying incriminating video content before it airs and breaking anti-trust laws in the process. They are *not entitled* to manipulate businesses in this way and the connection to racketeering makes it criminal. The RICO Act makes *no exceptions* for popular entertainers or the media industry.

My evidence for this is my own testimony and the facts at hand to support this. There will also be witnesses. I also have emails to support this.

## COUNT #30: VIOLATIONS OF THE SHERMAN ACT

The defendants, particularly the Berg family, are notorious for employing anti-competitive tactics in the running of their racketeering enterprise. Their repeated Sherman violations are built into COUNTS #1, 2, 17, 18, 19, 20, 21, 22, 23-26, 29, and 31. It is present in this case and a factor in determining civil RICO and by nature damages my business tremendously and criminally.

The evidence is the facts available. The guilty parties need not confess intent. Either way, they broke US anti-trust laws and I have documentary evidence to support this is the form of emails sent to and from myself and vendors. The damaged digital content entrusted to "Launch Flix" and "Cinetic" also is evidence of Sherman violation and the damage is timestamped leading back to the defendants. The contracts they breached also go to Sherman violation, with terms spelled out clearly and signatures.

I have Ms. Ciccone on this too, as well as the other defendants, with a paper trail of correspondence to substantiate the claim. Any sort of out of court settlement they would wish to reach with me is going to include pleading guilty to criminal charges including extortion which I would not take as a reason not to indict which I offer as a legal opinion. Guilty pleas and reimbursement along with a signed agreement to cease and desist the harassment campaign coming from the fanatics would be not necessarily my price but I would consider something like that consideration for the greater interest which is stopping international crime. In other words I would still be pressing charges for extortion and testified for federal prosecutors but it will weigh in their favor, I would imagine, in terms of sentencing to plead guilty to some of the charges. There is also the fact that the trial will bring more people out of the woodwork who are witnesses to the *fifty year global crime*

*spree*, and therefor more crimes will in all probability be uncovered which incriminate the defendants and those victims have their own charges to press.

## COUNT #31: CONSPIRACY

This is text book conspiracy case and the facts will prove this at trial. There are multiple instances of criminal conspiracy constituting a separate charge from the charges such as conspiracy to commit wire fraud and conspiracy to commit extortion. Racketeering should probably also be its own separate charge and the logistics of the meta-conspiracy at work is what elevates this case to the level of RICO, but I'm limiting my pressing of it for the sake of redundancy. My strategy is to prove conspiracy and causal link to the defendants using the same method as the Act's creator Mr. Guliani when he busted organized crime in New York City. The defendants are a non-traditional organized crime group with an even *farther reach than traditional organized crime* and obviously a slicker public image (which they heavily invest in and rely on as cover). In this way they present an even greater threat to the public. Their capacity to hide money and shuffle people around between jurisdictions and even countries gives them more opportunity to advance their racketeering enterprise while maintaining a carefully constructed front. The facts will prove the charges and I expect to gather more evidence through discovery which will aid the jury in reaching the correct decision.

There is a lot of evidence to make conspiracy stick such as photographs of the

defendants; their own financial statements, tax forms, and record keeping; the

facts; the nature of the crimes; witness statements; and solved crimes implicating

the defendants beyond a reasonable doubt such as the Pellicano case.


### COUNT #32: MURDER

The less stated about this allegation at this juncture, the better.  I have evidence and

a witness who will take the stand.  It's one of the most critical elements in

establishing the criteria for proving civil violations of the RICO Act.  It's a serious

offense which puts myself, my witnesses, potential future witnesses for this case

and an expected concurrent criminal RICO case all at risk.  It needs to be

addressed and resolved.  I have witnesses afraid to take the stand and employees

quitting out of fear for their lives.  This is why extortion cases are hard to make,

the witnesses tend to be effectively intimidated.  The ongoing protection rackets

have to stop and I continue to be harassed violently by known agents of the

defendants, it calls for resolution.  I can't run a business in an environment of fear

and it's not fair to my employees, business partners, friends, family, and associates

to be subjected to this any longer.  The violent threats towards me are escalating

and like America, I don't give in to terrorism.  I'm not pulling the plug on the

movie and I'm not covering for the racketeers who are the defendants by changing my story to cover for them when I know it's a lie and let them get away with victimizing G-d only knows how many people. I'm not going to sacrifice my small business or let criminals go free because they're trying to scare me with threats of violence. This is the proper venue and it's an important count in terms of justice and determining civil RICO. People have already been murdered by radical Kabbalists and that is a fact. It is also a fact that the leadership of the cult contributed to the deaths of these people, who like me, probably badmouthed the cult, as we can gather from the facts at our disposal. The murders contribute to the atmosphere of witness intimidation and extortion, underscoring the threats of violence with examples which also further the image of the defendants being "above the law."

With tampering with bona fide witnesses in a Federal Case being on the table, the evidence being my testimony and the facts surrounding the "reaffirmed faith in Kabbalah" of Ms. Lohan after being approached as a federal witness as she faces jail time, along with the considerable means of the defendants and their proven ruthlessness, I'll keep the identity of the witness a secret for these reasons because it is necessary under the circumstances. I might also point out that Mr. Pellicano has already recently been convicted of intimidating witnesses and he was a hired

gun for the defendants.  I don't want a witness to homicide in a federal case being contaminated by billionaires who built an empire on manipulating people through trickery, deceit, mind control, and playing with people's lives and emotions, which is a fact.  I'm not going to put them through the ordeal of witness protection which may not be warranted anyway.  The cult's access to the entertainment industry which drives the local economy and their ways of controlling it are facts which also present the possibility for bribery, which the defendants also stand accused of by me and no less than seventy-six Malawian human rights organizations.  The extenuating circumstances surrounding this case justify my protecting the identity of the witness who can be treated as a John or Jane Doe for the time being. Assuming there is no out of court settlement which is what I assume, I'll prove the allegation at trial.  Justice will be served in this case.

## COUNT#33: GAMBLING

Whether or not the defendants in the case were aware that I know about the gambling it's besides the point because they conspired to protect it when they sabotaged the expose feature film.  If they have a gaming license, I'm demanding to see it because I have evidence in my possession that they're running games. Should said document not exist, they're busted for illegal gaming.  It's one of the most heavily weighed factors in determining civil RICO because it's bread-and-

250

butter racketeering for organized crime.  My understanding of gaming is that it's controlled at the state level by designated authorities who pass the proper background checks.  For the jury to make the determination they must hear all of the evidence and the more evidence I present on racketeering activity, the stronger my case.  It also goes to the racketeering counts before the honorable Court.

Gambling is not such a victimless crime, it caused other related crimes to occur as businesses serving the racket.  One which is very commonly, is commonly known as "loan sharking."  It's another example of a black market racket.  If they loan out money, they could be violating the RICO Act because if they're charging them an extortionate interest rate which is another form of extortion.  I'd like to note for the record that Ms. Heidenreich is in the business of granting loans.  I'm not going to investigate "Cinetic" at this point for unlawful lending practices because despite Ms. Heidenreich's conduct, involving the destruction of company property, she's dragged in her business partners who I don't think were involved in any way.  It's not fair to them to be dragged into the middle of this which is exactly what Ms. Ciccone and her cohorts did with the third party media companies when she asked them not to sell to me.  I know the history of "Cinetic."  They took Ms' Heidenreich under their wing, exactly as I have done.  Hiring Ms. Heidenreich as an employee resulted in damages from her deliberate sabotage, fraud, theft,

251

obstruction of justice, and tampering with evidence. She also contributed to the harassment claim and had me set up to be attacked physically which makes her guilty of extortion. There is no excuse for her behavior which cost me money. She's a thief and a liar and she acted with malicious intent. Her partners at "Cinetic" made the same mistake I did in trusting her. If the partners at "Cinetic" who are not Ms. Heidenreich dispute her ownership in the company, let the investigation begin. I just got caught the upper echelon of the "Kabbalah Centre" for violated the RICO Act, so I'm reasonably certian I can handle an investigation into Ms. Heidenreich and given her business practices it's not going to be pretty. I could sue "Cinetic" for a lot more money because their liability is greater than this action. They share the financial burden with others as it now stands and they're getting off light considering that one of their owners infiltrated my company and sabotaged my picture as they represent my business competitors and this violates anti-trust laws.


## COUNT #34: EMBEZZLEMENT

I have evidence implicating the defendants in embezzlement. I'm keeping it to myself for the time being, with respect to the Court because I'm a professional investigator and I know better than to give them the opportunity to cover their tracks. I'll take it up with federal agents and present evidence at trial. It's not

looking good for the defendants and I've already showed cause to justify trial by establishing the necessary predicate acts, which can be substantiated with my evidence I've taken steps to corroborate. The gang is into racketeering and they're also in the business of white collar crime.

## NOTE ON CULPABILITY

Even had the defendants believed their own propaganda it is no defense for multiple counts of fraud, considering that Muslims have no right to stone a person to death on the streets of Los Angeles because it's sanctioned by their religion. None of the false claims of the defendants are "sacred to Jews" as their apologists and propagandists in the media suggest. It's paganism forbidden under Jewish law and being practiced by the cult leader Bergs who were born Jewish by blood, meaning racially Hebrew, to go on to discard the Jewish religion and practice the Occult as well as Jewish impersonators Ms. Ciccone and Mr. Kutcher who mimic Jewish custom as fashion and cover as they alternately market *anti-Semitic* symbolism as fashion. In other words the only "Jews" who profess to consider these illegal fraudulent practices in any way "sacred" are a handful of people who happen to be ethnically Jewish but religiously voodoo, so the implication disingenuous and one of their many tricks to establish a cover story. It's typical for cults to rewrite their own histories and create myth. Real rabbis will verify that the

253

true history of Kabbalah is that it has always been forbidden, shunned, not respected, and considered to be a fringe ideology outside of Jewish tradition, custom, law, religion, scripture, culture, and society. The so-called "Kabbalistic sages" of history referred to in cult propaganda were neither Jewish nor Christian, these were deluded "wizards" practicing sorcery and composing witchcraft books now being passed off as being "sacred texts" by highly sophisticated televangelist gypsies rationalizing their palmistry racket. It's relevant to the fraud and Ponzi schemes. It goes to their fraud, their lack of credibility, their tax evasion claiming a "Jewish" designation, their billion dollar public relations campaign, and their front for racketeering.

By comparison we can take a look at the situation in Europe today. You have a population of gypsies by definition "fly by night" practicing no native culture or religion of fortune telling but instead a dedication to a life of thievery. This is palmistry. That's not a racial stereotype, it's a fact confirmed by gypsies who have gotten out of the caravan life. Gypsy crime is a serious problem in Europe and it is a unique form of crime which calls for clarity in this case. A fine example is the traveling method of operation present in this case, Ms. Ciccone peddling her Kabbalah snake oil as part of a traveling show. It's not opinion or stereotype, it is fact that gypsies steal as a way of life because they continue to do these crimes in

254

Europe and get convicted for them, not having a racial propensity to crime which would be absurd, racist, and outrageous to suggest, but instead choosing to do so and supporting this with the transient lifestyle which factors in as their escape route.

To exhibit how the gypsy racket crosses ethnic lines of the true gypsies and is not about race, take a look at Ireland today.  The majority of hardworking, decent, and law-abiding citizens of the country are subjected to the fraudulent scams and thievery of a slim minority class of Irish gypsies called *tinkers* who prey on the citizenry and especially the elderly as part of their dedication to the gypsy way of life.  It factors into this case not only to illustrate the nature of the crimes being committed and how culture and pseudo-belief is used as a front for thievery, but also because defendant Ms. Ciccone has publicly aligned herself with, promoted, and defended the same gypsies plaguing Europe on many occasions in very public ways.  If she identifies with them it may explain the mystery as to why a billionaire would take to peddling snake oil as part of a traveling show.  She certainly does not need the money.  It's fits the pattern of former Kabbalah cult members Ms. Lohan and Ms. Ryder who chose to commit theft not actually being forced to and then celebrating it in the media as if they were anarchists above the rule of law and decent conduct for normal people.  It doesn't exactly disprove the theory that the

255

defendants are involved in a shoplifting conspiracy that their handful of high profile followers keep getting arrested for the crime. Do I think the shoplifting crimes are connected? I'm stating that I don't know what to think.

There is no gypsy religion of fortune telling and palmistry is not a religion, it is a business. It is an illegal business and it's one of the main rackets the defendants are involved in, headed up by Phil Berg and Mrs. Berg. It by definition involves money changing hands and is a carnival game and nothing more. The old, dusty witchcraft books being used to justify this as something more than that and something pretentious is just a trick stupid people fall for, being muzzled by Political Correctness and polite manners to back off questioning the belief system of others. I can show the honorable Court how witchcraft books have been written by profiteers with traveling shows through out history as a merchandising gimmick, if it becomes necessary but I would like to keep the coarse of this on track and respect due process by avoiding drawn on debates on the belief system being used as one of the fronts for crime. In anticipation of "spiritual" criminal defense, I don't want to turn this into a theological debate. It's not the appropriate venue, it wastes time, makes a mockery of the proceedings, and there is no way for anyone to win such an argument. Suffice it to say that people know what palmistry is and how it differs from religion.

256

I own a business.  If I send my editor to the store in the company car and they run over a pedestrian, I could get sued.  The same goes double for cults.  Charles Manson uses it as his legal defense every time and every time he is denied parole.  Mr. Manson was not present at the scene of the crime and he denies any responsibility for the horrific acts carried out by his followers, which mirror the Kabbalah-related killing spree which happened in North London, the home turf of Ms. Ciccone who built the London location paid for with her money, and which the American press has neglected to cover, I might add.

Thomas Metzger the "neo-nazi" thug from the *Geraldo* show was convicted and sent to jail when his skinhead followers beat to death an innocent African walking down the street.  Mr. Metzger's defense was the same as Charles Manson's, that he was not responsible for the actions of his brainwashed followers, whose heads he filled with extremist vitriol.  He claimed he never gave any such order.  I may grant him that he did not specify which minority to murder, as the case may be, because I think the murder was spontaneous and not premeditated.  He was charged and convicted because although he did not sanction that specific murder, *he did* use propaganda, his authority in the gang, and his charismatic hold over the broken followers he recruited and selected much like the defendants who I'll not

257

again share his heinous, dangerous, and antisocial belief system, to *encourage violence* towards enemies of his group, i.e. minorities and people who disagree with and refuse to go along with his racist ideology. Mr. Metzger encouraged violence and fanaticism which led to action on the part of the murderer, which he could have reasonably foreseen and when the day came when one of his little Eichmanns finally acted on what he was poisoning them with, he played the card he had long been saving up which was that he wasn't responsible. The judge and jury thought otherwise and convicted.

"Godfathers" are routinely charged for the crimes of their soldiers because they act in their interest and live to carry out their orders. It also bares a close comparison as this is a racketeering case structured in the image of traditional organized crime and moving into their rackets.

Osama Bin Laden never flied any airplane on 9-11, yet he's wanted for the crime. Mr. Bin Laden also uses television and the internet to communicate with his followers who are ideologically zealous to the point of violence, just as in this case. As opposed to radical Islam, the defendants are pretty far from being a worldwide movement or organized solely along ideological lines. The defendants are highly organized by comparison with the terrorist enemy who maintains cell

formation. Mr. Bin Laden and his types like to throw around the word "infidel" and clamor against non-beleivers. The Kabbalah cult likes to rally against non-beleivers who they call "The Opponent" and "evil." Similarly, both groups have paper thin skin when it comes to any criticism of or questioning of their doctrines and both resort to bully boy tactics to intimidate the press into silence and/or towing their party lines. I'm not exactly Salman Rushdie but I'm not going to stand by and let my business be ruined by fanatics, or find out that I am Salman Rushdie after it's too late.

So, the excuse that the leaders are not responsible for the followers is wearing a little thin. After all, the fanatics are declaring themselves as being in the service of the defendants who are the ones behind it to say nothing of the casual link I can establish with the evidence, not that there is far to go when you consider that they're all members of the same cult. Politics even works this way too. The IRA keeps their rank-and-file in check to keep the peace whereas the PLO lets their terrorist henchmen continue to harm innocents and the world accuses them rightly of breaking peace treaties, despite their use of the exact same alibi that they can't control their own people. If it good enough for the PLO, it's good enough for the "Kabbalah Centre."

259

I have a witness with a signed affidavit stating that he witnessed fraud, attempted extortion of which he has been a victim, the recruitment of enforcers for the gang, and the exploitation of slave labor going on inside the cult the defendants lead. I'm sure they know everything about the slave labor as they take advantage of it, according to all accounts. It's consistent with the statements of other witnesses and official reports on the activities of the "Kabbalah Centre," a.k.a. the Cult of New Age Voodoo.

The agents who have been acting on the half of the defendants as footsoldiers, enforcers, and saboteurs have personal and financial ties to the defendants and have implicated them in many ways with the documentary evidence to substantiate the casual link. Some barely concealed their affiliation with the defendants whom they implicated by way of destroying incriminating evidence of them in my possession and their membership in the cult the defendants lead or they flat out told me who they were working for on numerous occasions which I have documented and which I am testifying to, as well as fitting the pattern of the campaign of harassment and being consistent with other victims of stalking and abuse of the press coming from the defendants. I've corresponded with all of the defendants in one way or the other through the coarse of this investigation and they are the sole beneficiaries of attempts to put me out of business. Even had they had

260

not known that the fanatics were all over me, they'd still be culpable under current

standards for tort remedy, as *they are the proprietors of the business in which the*

*stalkers are employed.*


I also don't find it in any way believable to suggest that they had no idea, did not

put them up to it as the defendants' accomplices claim when they implicated them,

or anything of the sort, not that I expect to be getting a full confession anytime

soon.  I don't find it believable for myself and I doubt very highly that a jury is

going to buy that as a defense anymore than I do.  That they would recruit my

downstairs neighbor to work for them as an employee, with no experience to

qualify him for the job, after knowing where I live, and him reporting directly to

the Bergs who he named, a fact I will prove if necessary meaning if they don't

admit it, shows how personally they are involved in the stalking campaign.  Now,

Donny never bothered me, only his girlfriend and partner who also works for the

defendants directly reporting to the Bergs "wants to interview me" on camera

which can be taken as more subterfuge, considering her knowledge of the dispute

and her allegiance to the defendants.  It's consistent with the pattern of gaining my

confidence and the defendants are con artists.


Aside from the declaration against "The Opponent" on the defendants' website;

261

aside from the other signs such as bracelets which are physical evidence leading

back to the defendants; aside from their well documented history of hiring goons to

stalk, harass, and attack rivals and especially reporters; aside from their motive,

means, and opportunity all present; aide from the chain of command which has

been established and which I will diagram; aside from the fact that the brainwashed

fanatics quite literally idolize the defendants and have devoted their lives to who

they believe are prophets of the Almighty, aside from all of these valid points

which connect the ones giving the orders, it's hard to ignore that <u>#1. Mr. and Mrs.</u>

<u>Houser of "Launch Flix" have been caught destroying footage incriminating of the</u>

<u>Bergs, #2. Ms. Heidenreich of "Cinetic" has been caught tampering with the same</u>

<u>evidence incriminating of the Bergs and falsifying an invoice to give the</u>

<u>impression that she had gathered evidence incriminating of the Bergs, Ms.</u>

<u>Ciccone, and especially Mr. Kutcher, and then refused to do so, refusing to</u>

<u>incriminate them after signing a contract to do so and getting paid for it and #3. the</u>

<u>unnamed third party media companies refused to license me content incriminating</u>

<u>of the defendants who they blamed for it.</u>


## DIRECTION OF DISCOVERY

This case has to do with cults, celebrity justice, Freedom of the Press, mind

control, fanaticism, the media, illness, celebrity, and the big bully versus the little

guy. However, my focus in presentation of the facts is on which federal laws were broken by the defendants which can be proven; how do these crimes fit into and prove RICO conspiracy; what are the related crimes which accrue guilt towards the predicate acts which are relevant; how does it demonstrate criminal intent; and what has been the financial impact on my business and property for which I am seeking damages. The personalities involved and weirdness is peripheral to the direction I want this trial to move in in a timely manner.

I have the right as a journalist to report the news when I am informing and thereby warning the public about a crime wave. However odious I find the practice of planting news stories they have every right to do so. They don't have the right to fight back by having journalists assaulted (in my own home no less!) and they don't have the right to flout laws and codes of conduct for decency in American society. They have no right to violate my civil rights, a charge left unleveled in this case. I have the right to report the news and testify against crime at the impending criminal RICO trial. I don't appreciate being stalked by self-styled witches who are armed and dangerous which is why I will be leading law enforcement to their capture. If the defendants don't think I can prove who is giving the orders let it go to trial because I'm prepared to make my case. Violence is everywhere in this case because it is the weapon of the defendants and a serious

263

crime.

## EXPEDIENCY VERSUS DUE DILIGENCE

The crimes listed here are simplified into single counts whereas my evidence indicates multiple predicate and related acts were committed.  In the interest of arriving at a speedy resolution it might make sense for myself the Plaintiff to simplify the charges into singular denominations of conspiracy, such as conspiracy to commit fraud and conspiracy to commit extortion rather than multiple or single counts of fraud and extortion plus fraud and extortion conspiracy.  I'll be establishing the predicate acts and the crimes will not go unpunished as federal law enforcement is being brought in, probably involving different agencies as the crimes span jurisdiction.

## WITNESS PROTECTION

US Marshall Service is not called for in this case, although the defendants are capable of anything violent, and have already dispatched their violent cult members to stalk and threaten me with bodily harm.  I have to protect myself as a witness and my other witnesses so I'm stating it from the outset of this action, if they're any witness retaliation, I'm petitioning the Court for relief in the form of Contempt of Court charges.  I'll be seeking incarceration for ALL of the defendants

for the duration of the trial and I'd be right.  Let's hope it doesn't come to that because I'm not going to stand for any more of this nonsense.

If the leaders of the cult retaliate against witnesses through their families as they have been known to do, and they know exactly what I am talking about, I'm holding all of them responsible for the attack.

Another witness is Ms. Lohan.  She's a witness to racketeering and she's being called.  Ms. Lohan is state property and she's on parole currently, whether or not she returns to a halfway house, jail, or a treehouse in Bermuda, I'm taking the matter up with her parole officer and expecting her cooperation.  I'm stating it for the record, she's a footsoldier in the gang who just got caught violating her parole.  She's being awarded special privileges and rewarded for her crimes.  By sentencing her to a halfway house instead of jail, she was given a break.  I believe her story that she is on drugs.  Stealing a necklace from a store has me convinced she is telling the truth about her drug addiction.  She's using it as an alibi to shirk responsibility for her actions.  She's embarrassing the criminal justice system and herself, expecting special treatment like going back into a halfway house.  If she refuses to cooperate as a witness, I'll be filing motions to the Court, and well as to the one she is "on trial" in as well as the Parole Board to send her to regular people

265

jail where she belongs.  The halfway house is too fancy for a repeat offender who

violates the RICO Act.  She can get the help that she needs in the County Jail.  I

know who she is and I don't care.  If she thinks her many handlers have anything to

say about it other than her attorney, she is sorely mistaken.  I'm not talking to any

image consultants, managers, agents, publicists, make-up artists, and nail polish

technicians.  I'm serving a copy of this complaint to her attorney for review.


## CONCLUSION

I move to proceed immediately to trial for the compelling reasons that it should be

obvious at this point I can make my case and it serves the interest of justice, the

People, and the Federal Government  to resolve this matter conclusively at the civil

level for federal investigators and prosecutors can dig into deeper to uncover the

millions of dollars I am alleging is being hidden from them and to punish the

offenders for their crimes which is entirely called for, despite their popularity and

public images.  Any delay in this proceeding delays justice in every sense of the

word.  It penalizes me as a witness for federal prosecutors and investigative

reporter cooperating with federal investigators to further harm my small business

by letting the trial drag on.  I'm making a point of my role not only as a key witness

for the government in a RICO case which is busting an international non-

traditional organized crime ring being run out of the Central District and active for

two generations, whose hard work and personal investments of time and money is paying off bringing a solid case before the Court so that they can't get away with it, as well as work encouraging victims of extortion to testify against their tormentors which is no small feat, I have the upper hand because I couldn't be *more* in the right and they couldn't be more in the wrong. If anyone is entitled to special consideration and convenience in this case it's myself as the crime victim who is doing a major public service by blowing the whistle on the RICO gang which is the Cult of New Age Voodoo, a.k.a. "The Kabbalah Centre," a.k.a. the defendants, a.k.a. etc. I've sacrificed to get to this point to be able to bring a case which will stick and stop the crime spree. I'm doing everything possible to help the Government with their case against this gang and motivated not only for my own benefit as a filmmaker selling the investigative report as entertainment, but also on behalf of the community who is greatly being victimized by the offenders. On behalf of the Jewish community, enough is enough. On behalf of the unnamed victims who choose not to come forward out of fear for their lives, justice is called for.

I'm reminded of the old adage, "If half of what you say is true. . ." If half of what I've alleged here is true there's enough here to send all of the ringleaders to prison for the rest of their lives which is fair and just. All of what I am swearing to is true

and factual. *More* than what I've alleged is true and I've teed up for federal investigators and prosecutors to take a swing and finish the job. My intention all along was not just to make a movie and make money from it, although it's relevant to my claim and livelihood which is dependent upon this lawsuit. My intention all along when they first began attacking me in 2009 was to build up a case on a "silver platter" to be handed to the Federal Government which calls for <u>my day in court</u>.

I'm more than prepared to establish the necessary predicate acts for making my case and the best, most qualified person to press the case at the civil level. Even Mr, Guliani who wrote the Act and used it successfully to bring down organized crime in New York City lacks my knowledge of how to apply RICO specifically to this case, as I'm the number one investigative journalist who has been covering them for the past year and I have a strong knowledge of their organization as I'm demonstrating with this *introduction*. I have ten years of experience building up and pressing cases which were made acting in the capacity I now do *pro per*. I'm familiar with the other old adage "A man who represents himself has a fool for a client." My understanding of it is that it applies to parties who are defendants. I've demonstrated I'm capable of arguing cases for myself and others despite my lack of credentials because I've continually won cases which involved litigation where I

268

was *pro se*. They were not civil RICO cases, but my knowledge of the RICO Act exceeds most practicing attorneys in the State of California who are not criminal defense attorneys who would lose business to represent a Plaintiff in a RICO case and prosecutors who work for the Government and are also for this reason precluded from taking a civil case. Though the venue is civil, the issues are criminal which also qualifies me more than the majority of civil RICO specialists who handled softball cases, quite frankly, that did not involve genuine racketeering conspiracies which is the case here.

Even were I overestimating my own ability to argue the case, I'm presenting facts and the cards I'm holding are burying the other side. They can take their chances with the jury but the evidence is *overwhelming*. To put it another way, in the history of civil RICO the softball cases were made on very little to go on. I'm exposing the truth, that the "Kabbalah Centre" is an international RICO enterprise caught violating the RICO Act as well as many other laws beyond a shadow of a doubt and I would bet my life because I read the Act. I have the evidence to prove all of the this and more and I am so far surpassing the burden of proof needed to establish the predicate acts that I can easily make my case to the jury. I'm setting an example for real muckraking and what I've uncovered is more significant than the Wikileaks fiasco which didn't really break much in the way of news. It's a fair

269

comparison and a fair statement.  I disagree with Mr. Kutcher that journalists "hide behind Freedom of the Press."  It's the First Amendment to the Constitution of the United States <u>for a reason</u>.  The founding fathers knew what they were doing when they drafted it and founded the nation on it.  I won't go into a history lesson about what it means and how important is real muckraking journalism and why.  There have and continue to be probably thousands of people hurt by the "Kabbalah Centre" over the years and around the world.

The Berg family business is crime and their business is racketeering.  They've been at it since the old man and he brought his kids up to be gypsies as I'm now finally proving in court.  That's not good for the rest of us as their value system by their own lips is "no morality" and they have billions of dollars at their disposal to further their endeavors and a large number of brainwashed followers who take them as Messianic.

Ms. Ciccone is no better and possibly psychotic which is painfully obvious judging by her behavior.  Her unholy union with the Bergs was a match made in hell and they do espouse witchcraft which goes to show you how dishonest the majority of entertainment reporters are in covering this up.  Three things that spell disaster are giving a baby a loaded M-16, giving Iran the bomb, and giving Ms. Ciccone her

own international daycare center/adoption agency or whatever it is. The people who are financing her social experiment in child rearing should be ashamed of themselves. Some people are sexual deviants and she is one of them. The woman is a child abuser. Her fans have no rights in this case and she has the right to remain silent because it's all being used against her to convict. The over-the-top sexual antics in the 1980s was one thing, I'm not a social prude. Ms. Ciccone's global crime spree since the 1990s is WAY out of control as she's representing America when she goes to these countries and continues to break the law in ways which even constitute *racketeering*. The woman is a menace to society and I am not the one proving it, Ms. Ciccone is the one proving it with her crazy behavior and lawlessness. Human trafficking? Ripping off charities? Undermining foreign governments and playing G-d? The list of her offenses goes on and on and they are not "cute." The woman is living proof of how far money, power, and fame go to permit delinquency and she's reached the limit. If she wasn't so spoiled people would be telling her "NO" but it's not happening and she's making a spectacular disaster of doing what she wants despite the rules which has including violating the RICO Act since the 1990s. She's even more responsible for the global crime wave than Phil Berg the founder because she branched it out internationally and continues to do so as if she were spreading the "one true faith" when in fact the "Kabbalah Centre" is a business and that business is crime which she is spreading

271

worldwide. She is spreading crime around the world! She's completely deranged and needs to be psychologically evaluated by a mental health professional who is not a cult brainwasher. She's encouraging Ms. Lohan by example to ruin her life and trample on the rights of others by being career criminals together because they think it's cute.

Mr. Kutcher is the same way as Ms. Ciccone. He breaks the law just to break the law as thrill seeking behavior. To be a criminal for the purpose of being a criminal because it's enjoyable to the defendant goes to show how mentally unsound he is revealing himself to be. It's deviant behavior which is antisocial. The pranking gimmick is an alibi he uses to do whatever he wants and break the law, same as Ms. Ciccone, because, like her, he uses it as publicity stunts and they both can't get enough of it--breaking the law. I can't help stating the obvious that although I have a circus themed production company and am a professional clown which we may as well now get out of the way, Mr. Kutcher reminds me of the Joker from Batman and this is no joke. I'm not trying to be satirical by making the comparison or even to be insulting of the defendant. I'm stating for the official record that this is the case because the man is a ticking time bomb and I'm giving a warning. The Joker in Batman was a career criminal who thought it was all a big joke and a big game and would *giggle* hysterically when he got caught--exactly like Mr. Kutcher. I

thought nothing of it when his pranking show was on the air.  The show is over and so is the party.  Mr. Kutcher is not a joke, and he is not a joker.  He's involved in organized crime and he is one of the leaders.  This is not a joke, it is not funny.  It's violates the RICO Act and is painting a bleak picture for what's ahead.  I can prove his ongoing involvement in the racketeering conspiracies which is nothing to giggle about.  I don't care what he has going for him, it's not a defense for racketeering and extortion and he's paying for his crimes.  It makes no difference to me who he is and just as with the other defendants, if the fans are broken hearted, than maybe they need to be to wake up from the dream.  They're all in dire need of a dose of reality and this is it.  Mr. Kutcher is a dangerous predator and he is a threat to himself and others.  I suggest he take responsibility for his own actions and turn himself in.

I'm sending a message to the defendants and this is it.  We're not going to stand by and let you call for our heads.  You're being punished for your nazism in addition to everything else and it's your own faults.  I'm using your own racketeering as ammunition against you and I'll be appealing to the judge in the criminal case to apply the RICO Act fairly, meaning to its <u>full extent</u>.

273

## SUMMARY OF DAMAGES

Summary of reasonable Counsel's fees:                    TBD

Summary of actual damages:

    Grand larceny:                                 $      500.00

    Petit larceny:                                       $       20.00

    Fraud:                                                $      250.00

    Breach of contract:                          $ 40,000.00

    Destruction of property:                    $      760.00

    Slowdowns:                                      $    2,000.00

    Theft of trade secrets:                      $  10,000.00

    Liability incurred:                            $240,000.00

**TOTAL DAMAGES** (minimum):               $293,530.00

## JURY DEMAND

The Plaintiff hereby demands a trial by jury on all issues triable to a jury lawfully convened.

274

## VERIFICATION

I, Marc Aisen, Sui Juris, Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, that the above statement of facts and laws is true and correct according to the best of my current information.


Dated:          March 25, 2011

Signed:   Marc Aisen

Printed:      Marc Aisen, Sui Juris

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV11- 2627 AHM (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

AISEN, MARC

**DEFENDANTS**

BERG, KAREN; BERG, MICHAEL; BERG, PHIL; BERG, YEHUDA; CICCONE, MADONNA; HEIDENREICH, ERIN; HOUSER, HAYDEN; HOUSER, STEPHANIE; KUTCHER, ASHTON;

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

AISEN, MARC
1902 Pacific Ave., Apt. 13
Venice, CA 90291   917-557-1574

**Attorneys (If Known)** CINETIC; KABBALAH CENTRE and ENTITIES; LAUNCHFLIX

Lawyers unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $293,530.00 + treble and fee

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is a complex civil RICO case seeking damages resulting from extortion, obstruction of justice, and racketeering conspiracy.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☑ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

# CV11-02627

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
  ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
  ☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* LOS ANGELES COUNTY | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| BERG, KAREN; BERG, MICHAEL; BERG, PHIL; BERG, YEHUDA; CICCONE, MADONNA | Ms. Ciccone maintains primary residence in New York, with secondary residence in LA County where she frequents |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
  ☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* LOS ANGELES COUNTY | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| HEIDENREICH, ERIN; HOUSER, HAYDEN; HOUSER, STEPHANIE; KUTCHER, ASHTON | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* LOS ANGELES COUNTY | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| CINETIC; KABBALAH CENTRE and ENTITIES; LAUNCHFLIX | CINETIC is headquartered in New York, where it keeps offices and Ms. Heidenreich is the West Coast representative based in LA |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): [signature]  Date 3-29-11

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |