Name & Address:
AISEN, MARC
1902 Pacific Ave., Apt. 13
Venice, CA 90291

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AISEN, MARC

PLAINTIFF(S)

v.

BERG, KAREN; BERG, PHIL; BERG, MICHAEL; BERG, YEHUDA; CICCONE, MADONNA; HEIDENREICH, ERIN; HOUSER, HAYDEN; HOUSER, STEPHANIE; KUTCHER, ASHTON; CINETIC; KABBALAH CENTRE and Entities; LAUNCHFLIX their

DEFENDANT(S).

CASE NUMBER

CV11-02627 AHM (JCx)

**SUMMONS**

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __3-29-11__

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**