| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| AISEN, MARC <br> 1902 Pacific Ave. Apt. 13 <br> Venice, CA 90291 <br> 917-552-1574 <br> ATTORNEYS FOR: | 2011 MAR 29 PM 1:13 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES <br> BY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARC AISEN

Plaintiff(s),

KAREN BERG, MICHAEL BERG, PHIL BERG, YEHUDA BERG, MADONNA CICCONE, ERIN HEIDENREICH, HAYDEN HOUSER, STEPHANIE HOUSER, ASHTON KUTCHER, CINETIC, KABBALAH CENTRE, LAUNCHFLIX

Defendant(s)

CASE NUMBER

**CV11-02627 AHM (JCGx)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for MARC AISEN
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Los Angeles Police Department | Improper business arrangement with defendant ASHTON KUTCHER |
| SEE LAWSUIT | |

3-29-11
Date

Sign

MARC AISEN
Attorney of record for or party appearing in pro per