Meredith F. Bergman (SB# 242840)
JOHNSON GALLAGHER MAGLIERY LLC
99 Wall Street, 15th floor
New York, NY 10005
Telephone: (212) 248-2220
Facsimile: (212) 248-0170
Email: mbergman@jgmlaw.com
Attorneys for Defendant Erin Heidenreich

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC AISEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>KAREN BERG, PHIL BERG, MICHAEL BERG, YEHUDA BERG, MADONNA CICCONE, ERIN HEIDENREICH, HAYDEN HOUSER, STEPHANIE HOUSER, ASHTON KUTCHER, CINECTIC KABBALAH CENTRE AND THEIR ENTITIES, AND LAUNCH FLIX,<br><br>                    Defendants. | Civil Action No.: 2:11-cv-02627 (AHM)(JCGx)<br><br>**NOTICE OF DEFENDANT ERIN HEIDENREICH'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6), OR FOR SUMMARY JUDGMENT PURSUANT TO RULE 56**<br><br>Hearing Date:      June 20, 2011<br>Time:                   10:00 a.m.<br><br>The Honorable A. Howard Matz |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Erin Heidenreich's motion to dismiss plaintiff Marc Aisen's complaint with prejudice, and the accompanying Declarations of Erin Heidenreich and Meredith F. Bergman, Esq., both dated May 9, 2011, Ms. Heidenreich will move this Court, before the Honorable A. Howard Matz, in Courtroom Number 14, 312 North Spring Street, on June 20, 2011, at 10:00 a.m., or as soon thereafter as the parties can be heard, for an order pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) dismissing Plaintiff's complaint, with prejudice, or for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56.

Opposing papers, if any, shall be served by May 27, 2011, in accordance with Local Rule

1    7-9.  Reply papers, if any, shall be served by June 6, 2011. The accompanying Declaration of

2    Meredith F. Bergman is submitted to address the requirement of Local Rule 7-3.

3    Dated: New York, New York
               May 9, 2011

4

5                               JOHNSON GALLAGHER MAGLIERY LLC

6                               By:____/s/_____
                                  Meredith F. Bergman (SB# 242840)

7                               99 Wall Street – 15th Floor
                              New York, New York 10005

8                               Telephone:  (212) 248-2220
                              Attorneys for Defendant Erin Heidenreich

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28