# EXHIBIT A

**CH-120** — Notice of Hearing and Temporary Restraining Order

*Clerk stamps date here when form is filed.*

**FILED**
LOS ANGELES SUPERIOR COURT
APR 19 2011
JOHN A. CLARKE, CLERK
BY J. Amezcua, DEPUTY

(1) Name of person asking for protection:
ERIN HEIDENREICH

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
1902 PACIFIC Ave. #12

City: VENICE  State: CA  Zip: 90291
Your telephone number *(optional)*: (347) 740-9550
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number)*: _____

Fill in court name and street address:
Superior Court of California, County of

**SUPERIOR COURT OF CALIFORNIA
WEST DISTRICT
1725 MAIN STREET
SANTA MONICA, CA 90401**

(2) Name of person to be restrained:
MARC ~~ASTRO~~ AISEN

*Court fills in case number when form is filed.*
Case Number: **SS020688**

Description of that person:

Sex: ☒ M ☐ F  Height: 5'7"  Weight: 200 lbs  Race: Caucasian
Hair Color: Dark Brown  Eye Color: Blue  Age: 34  Date of Birth: 12/1/76
Home Address *(if known)*: 1902 PACIFIC Ave. #13
City: _____ State: _____ Zip: _____
Work Address *(if known)*: _____
City: _____ State: _____ Zip: _____

**To the person in ②:**

(3) **Notice of Hearing**
A court hearing is scheduled on the request for orders against you to stop harassment:

Hearing Date — Date: 5-9-11  Time: 8:30 am
Dept.: A  Rm.: 104

Name and address of court if different from above: _____

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

(4) **Court Orders**
The court *(check a or b)*:
a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.
b. ☒ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)
(Civil Harassment)**  CH-120, Page 1 of 4 →

Your name: ERIN HEIDENREICH

Case Number: _____

## Temporary Orders Against the Restrained Person

(Write the name of the person in ②): MARC AISEN

The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.

**⑤** ☒ **Personal Conduct Orders**

You must **not** do the following things to the people listed in ① and ⑩:

☒ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☒ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

☐ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**⑥** ☒ **Stay-Away Order**

You **must** stay at least *(specify):* 10 ft ~~yards~~ away from:

a. ☒ The person listed in ①     e. ☒ Vehicle of person in ①     ☒ Vehicles of persons in ⑩
b. ☒ The people listed in ⑩     f. ☐ The protected children's school or child care
c. ☒ The home of the persons in ① and ⑩     g. ☐ Other *(specify):* _____
d. ☒ Jobs or workplaces of the persons in ① and ⑩

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

**⑦** **No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**⑧** **Turn In or Sell Guns or Firearms**

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

**⑨** ☐ **Other Orders** *(specify):* _____

---

**This is a Court Order.**

Your name: _____

Case Number: _____

**⑩ ☒ Other Protected Persons**
List of the full names of all family or household members protected by these orders:
_____DALE BRANCH_____
_____
_____

### Instructions for the Protected Person

To the person in ①: *(Write the name of the person in ①)*: _____Eric Heidrich_____

**⑪ Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

| Name of Law Enforcement Agency: | Address (City, State, Zip) |
|---|---|
|  |  |
|  |  |
|  |  |

**⑫ Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:
   a. ☒ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
   b. ☒ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
   c. ☒ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
   d. ☒ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
   e. ☒ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
   f. ☐ Other *(specify)*: _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**⑬ Time for Service** *(check a, b, or c)*
   a. ☒ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.
   b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.
   c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least ____ days before the hearing.

**⑭ ☒ No Fee for Filing**
Filing fees are waived.

**This is a Court Order.**

|  | Case Number: |
|---|---|
| Your name: _____ | |

(15) ☑ **No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.
b. ☑ The Order is based on a credible threat of violence.
c. ☐ The person in ① is entitled to a fee waiver.

Date: 4/19/11

▶ _____
*Judicial Officer*

David J. Cowe
Judge Pro Te[m]

### Warnings and Notices to the Restrained Person in ②

#### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.

#### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order* (Form *MC-410*). (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*
—**Clerk's Certificate**—

I certify that this *Notice of Hearing and Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: APR 19 2011    Clerk, by _____, Deputy
J. Amezcua

### This is a Court Order.

# CH-100 — Request for Orders to Stop Harassment

Clerk stamps date here when form is filed.

**FILED**
LOS ANGELES SUPERIOR COURT
APR 19 2011
JOHN A. CLARKE, CLERK
BY J. Amezcua, DEPUTY

**① Your name** (person asking for protection): ERIN HEIDENREICH

Your address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
1902 Pacific Ave #12
City: Venice   State: CA   Zip: 90291
Your telephone number (optional): (347) 740-9550
Your lawyer (if you have one): (Name, address, telephone number, and State Bar number):
_____

Fill in court name and street address:
Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA
WEST DISTRICT
1725 MAIN STREET
SANTA MONICA, CA 90401

**② Name of person you want protection from:**
MARC AISEN

Describe the person: Sex: ☐ M ☒ F  Weight: 200? lbs
Height: 5'7"  Race: Caucasian  Hair Color: Dark brown
Eye Color: Blue  Age: 34  Date of Birth: 12/1/76

Court fills in case number when form is filed.
**Case Number:** SS020688

Home Address (if you know): 1902 Pacific Ave #13
City: Venice   State: CA   Zip: 90291
Work Address (if you know): _____
City: _____   State: ____   Zip: ____

**③ Besides you, who needs protection?** (Family or household members)

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| DALE BRANCH | M | 27 | ☒ Yes ☐ No | BOYFRIEND |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

**④ Why are you filing in this court?** (Check all that apply):
☒ The person in ② lives in this county.
☒ I was hurt (physically or emotionally) by the person in ② here.
☐ Other (specify): _____

**⑤ How do you know the person in ②?** (Describe):
He is my neighbor (about 15 feet from my apt) I did some work for him & I discovered he was unstable and violent (attacked super, violently banged on my door, made threats) and stopped working with him. He has now threatened me.

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

Request for Orders to Stop Harassment
(Civil Harassment)

CH-100, Page 1 of 4
→

**CH-100** — Request for Orders to Stop Harassment

Clerk stamps date here when form is filed.

**FILED**
LOS ANGELES SUPERIOR COURT
APR 19 2011
JOHN A. CLARKE, CLERK
BY J. Amezcua, DEPUTY

**①** Your name *(person asking for protection):*
ERIN HEIDENREICH

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
1902 PACIFIC Ave. #12
City: Venice   State: CA   Zip: 90291
Your telephone number *(optional):* (347) 740-9550
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

Fill in court name and street address:
Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA
WEST DISTRICT
1725 MAIN STREET
SANTA MONICA, CA 90401

**②** Name of person you want protection from:
MARC AISEN

Describe the person: Sex: ☐ M ☒ F   Weight: 200? lbs
Height: 5'7"   Race: Caucasian   Hair Color: Dark brown
Eye Color: Blue   Age: 34   Date of Birth: 12/1/76
Home Address *(if you know):* 1902 PACIFIC Ave. #13
City: Venice   State: CA   Zip: 90291
Work Address *(if you know):*
City:   State:   Zip:

Court fills in case number when form is filed.
Case Number: **SS020688**

**③** Besides you, who needs protection? *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| DALE BRANCH | M | 27 | ☒ Yes ☐ No | BOYFRIEND |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

**④** Why are you filing in this court? *(Check all that apply):*
☒ The person in ② lives in this county.
☒ I was hurt (physically or emotionally) by the person in ② here.
☐ Other *(specify):*

**⑤** How do you know the person in ②? *(Describe):*
He is my neighbor (about 15 feet from my apt) I did some work for him. I discovered he was unstable and violent (attacked super violently banged on my door, made threats) and stopped working with him. He has now threatened me.

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

Request for Orders to Stop Harassment
(Civil Harassment)

CH-100, Page 1 of 4 →

Your name: ERIN HEIDENREICH

Case Number: _____

**(6)** Describe how the person in ② has harassed you:
  a. Date of most recent harassment: 3/11/11
  b. Who was there? myself, my boyfriend + him

  c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
  ☑ Yes   ☐ No
  If yes, describe those acts or threats: He said I would "have to answer for this" and I "wouldn't get away". Screaming and menacing

  d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional distress? ☑ Yes   ☐ No
  If yes, describe: Since I respectfully told him I couldn't work with him, he has banged aggressively on my door repeatedly, left threatening voicemails and emails, intimidated me, and threatened me with a ridiculous lawsuit. I am afraid to come and go from my apartment.

  e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☑ Yes ☐ No

  ☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.

## Check the orders you want ☑

**(7)** ☑ **Personal Conduct Orders**

  I ask the court to order the person in ② to **not** do the following things to me or anyone listed in ③ :
  a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
  b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.

  The person in ② will also be ordered not to take any action to get the addresses or locations of any protected persons, their family members, or their caretakers unless the court finds good cause not to make the order.

**(8)** ☑ **Stay-Away Orders**

  I ask the court to order the person in ② to stay at least (specify): 5 yards away from me and the people listed in ③ and the places listed below: (Check all that apply):
  a. ☑ My home         d. ☐ My vehicle
  b. ☑ My job or workplace   e. ☑ Other (specify): POP
  c. ☐ My children's school or child care

  If the court orders the person in ② to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☑ Yes ☐ No
  If no, explain: I would like it to be farther but he lives so near.

---

**This is not a Court Order.**

Your name: ERIN HEIDENREICH

Case Number: _____

⑨ ☐ **Others to Be Protected**
Should the other people listed in ③ also be covered by the orders described above?
☑ Yes  ☐ No  ☐ Does not apply
*If yes, explain:* _____

⑩ ☑ **Order About Guns or Other Firearms**
I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

⑪ ☐ **Other Orders**
I ask the court to order the person in ② to *(specify):* _____

⑫ ☐ **Temporary Orders**
Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes  ☐ No
*If yes, explain why you need these orders right now:* I live so close and walk in fear each day.

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

⑬ **Delivery of Orders to Law Enforcement**
My lawyer or I will give copies of the orders to the following law enforcement agencies:
a. Name of Agency: _____
Address: _____
City: _____ State: _____ Zip: _____

b. Name of Agency: _____
Address: _____
City: _____ State: _____ Zip: _____

⑭ ☐ **Other Court Cases**
Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes ☑ No
*If yes, specify the counties and case numbers if you know them:* _____

**This is not a Court Order.**

Your name: ERIN HEIDENREICH

Case Number: _____

(15) ☐ **Time for Service**
You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____
_____
_____

(16) ☑ **No Fee for Filing**
I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

(17) ☑ **No Fee to Serve Orders**
I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:
a. ☑ My request for orders is based on stalking; or
b. ☐ My request for orders is based on a credible threat of violence; or
c. ☐ I am entitled to a fee waiver.
*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)*

(18) ☐ **Lawyer's Fees and Costs**
I ask the court to order payment of my:
a. ☐ Lawyer's fees
b. ☐ Out-of-pocket expenses
The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | | |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.

(19) **Additional Relief**
I ask the court for additional relief as may be proper.

(20) Number of pages attached to this form, if any: 0

Date: _____

_____  ▶ _____
*Lawyer's name*                    *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: April 20, 2011

ERIN HEIDENREICH                  ▶ *[signature]*
*Type or print your name*          *Sign your name*

**This is not a Court Order.**

I am seeking a restraining order against my neighbor whose apartment door is about 15 ft. away from mine. In January we met in the hallway and after finding out that I edit film, he asked me to help him with his at $20/hr. I met with him once and then did some basic converting of footage on 2 other dates (mostly alone in my apt). I invoiced him and he paid. I worked one more time with him in which he was present for several hours. After getting to know him better, I grew very wary of him. He is extremely paranoid, believes in conspiracies (by A-list Hollywood stars and heads of state) against him, wanted to enlist me to ambush Lindsay Lohan & had a very distorted view of reality. His texts & emails were increasingly aggressive, and then he attacked the Super of our building (who recently had a quadruple bypass) outside my door. This confirmed my fears that his aggressive & manic behavior could be manifested in violent ways. I had a business trip planned →

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/19/11
Date

ERIN HEIDENREICH
Print Name

Signature

for Berlin, and after I returned, I kindly and respectfully told him that my schedule did not allow me to continue helping him. I didn't bring up or care about the 3rd time of converting footage for payment, I wanted an amicable separation as he lives right there. That day, he proceeded to get angrier and angrier banging on my door 4 times, demanding I work for him. I initially expressed how he was scaring me, but after the appeal to reason failed, I just didn't respond. He left threatening voicemails and emails. I came here to get a restraining order, but couldn't stay all morning. Then the interaction he initiated after that consisted of threatening me in the hallway + banging on his car horn when he sees me. One voicemail he left me that day I stopped working for him said he thinks "Ashton Kutcher's boys got to me in Germany." I thought that was absurd. I didn't hear more on the Hollywood star conspiracy until he had papers served to me yesterday. He is suing me along with 11 others including Madonna & Ashton Kutcher for starting a crime ring in human trafficking that began in the 1950s. I was born in 1976, I've never met these people. This confirms how delusional he is. He is also in the process of being evicted from the building for non-payment of rent and is angry & bitter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 4/19/11

Print Name ERIN HEIDENREICH

Signature Erin

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| ERIN HEIDENREICH <br> 1902 PACIFIC AVE #12 <br> Venice, CA 90291 | | **FILED** <br> LOS ANGELES SUPERIOR COURT <br> APR 19 2011 <br> JOHN A. CLARKE, CLERK <br> BY J. Amezcua, DEPUTY |
| ATTORNEY FOR (NAME): | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| COURT HOUSE ADDRESS: | |
| PETITIONER / PLAINTIFF: | |
| RESPONDENT / DEFENDANT: | |

| CHILD'S NAME: | CHILD'S DATE OF BIRTH: | CASE NUMBER: SS020688 |
|---|---|---|
| DECLARATION RE: NOTICE OF EX PARTE REQUEST (NO NOTICE GIVEN) <br> (Temporary Restraining Order) | | RELATED CASES (IF ANY): |

I, __ERIN HEIDENREICH__ (PRINT NAME), declare that:

1) I did not give notice to the other party in this action because:

   [✓] I was afraid that the violence would reoccur when I gave notice that I was asking for these orders.

   [ ] I was afraid that the other party would take the children out of the area before the order could be granted and served.

   [ ] I believe that giving notice would make the orders useless because the other party would:

   _____
   _____
   _____

2) I attempted and was unable to inform _____ or his/her attorney _____ that I would be seeking a temporary restraining order. My attempts included _____
   _____

3) Other reason:
   _____
   _____
   _____
   _____

I declare that the above is true and correct, and that I executed this declaration at __Santa Monica__, California

__4/19/11__
DATE

__[signature]__
SIGNATURE OF DECLARANT:

FAM 018 / CK 018
04/04

DECLARATION OF EX PARTE NOTICE

| SHORT TITLE: | CASE NUMBER SS020688 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL _____ ☐ HOURS/ ☐ DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check <u>one</u> Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 4. |
| **Non-Personal Injury/Property** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC, rule 2.0
Page 1 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|
| Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109 Labor Commissioner Appeals | 10. |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation   Number of parcels_____ | 2. |
| Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | ☐ A6032 Quiet Title | 2., 6. |
| | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

Left-side category labels: Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.); Employment; Contract; Real Property; Unlawful Detainer; Judicial Review

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC, rule 2.0
Page 2 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
|  |  |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Judicial Review (Cont'd.) | Writ of Mandate<br><br>(02) | ☐ A6151 Writ - Administrative Mandamus<br>☐ A6152 Writ - Mandamus on Limited Court Case Matter<br>☐ A6153 Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150 Other Writ /Judicial Review | 2., 8. |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007 Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment | Enforcement of Judgment<br><br>(20) | ☐ A6141 Sister State Judgment<br>☐ A6160 Abstract of Judgment<br>☐ A6107 Confession of Judgment (non-domestic relations)<br>☐ A6140 Administrative Agency Award (not unpaid taxes)<br>☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112 Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| Miscellaneous Civil Complaints | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above)<br><br>(42) | ☐ A6030 Declaratory Relief Only<br>☐ A6040 Injunctive Relief Only (not domestic/harassment)<br>☐ A6011 Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| Miscellaneous Civil Petitions | Partnership Corporation Governance(21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above)<br><br>(43) | ☐ A6121 Civil Harassment<br>☐ A6123 Workplace Harassment<br>☐ A6124 Elder/Dependent Adult Abuse Case<br>☐ A6190 Election Contest<br>☐ A6110 Petition for Change of Name<br>☐ A6170 Petition for Relief from Late Claim Law<br>☐ A6100 Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

LACIV 109 (Rev. 01/07)  
LASC Approved 03-04  
CIVIL CASE COVER SHEET ADDENDUM  
AND STATEMENT OF LOCATION  
LASC, rule 2.0  
Page 3 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE ☐1. ☐2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 1902 PACIFIC Ave # 12 Venice, CA 90291 |
|---|---|
| CITY: | STATE: | ZIP CODE: | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the _____ courthouse in the _____ District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: 4/14/11

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

### PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LASC Approved CIV 109 (Rev. 01/07).
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.