# EXHIBIT B

**CH-140** — Restraining Order After Hearing to Stop Harassment

① Your name *(person asking for protection):*
ERIN HEIDENREICH

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
1902 PACIFIC AVE. #12

City: Venice    State: CA    Zip: 90291

Your telephone *(optional):* (347) 740-9550

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* _____

*Clerk stamps date here when form is filed.*

FILED
LOS ANGELES SUPERIOR COURT
MAY 0 9 2011
JOHN A. CLARKE, CLERK
BY L. HASTEL, DEPUTY

*Fill in court name and street address:*
**Superior Court of California, County of**
Los Angeles Superior Court
Santa Monica Court House
1725 Main Street
Santa Monica, CA 90401

② Name of person to be restrained:
MARC AISEN

*Fill in case number:*
**Case Number:** SS020688

**Description:**
Sex: ☒ M ☐ F   Height: 5'6"   Weight: 200   Race: Caucasian
Hair Color: Dark brown   Eye Color: blue   Age: 34   Date of Birth: 12/76

③ **Hearing**
There was a hearing:
on *(date):* 5/9/11  at *(time):* 8:30 ☒ a.m. ☐ p.m.  Dept.: A  Rm: 104
JOSEPH BIDERMAN  made the orders at the hearing.
*(Name of judicial officer)*

These people were at the hearing:
a. ☒ Plaintiff *(the person in ①)*   c. ☐ Plaintiff's lawyer *(name):* _____
b. ☒ Defendant *(the person in ②)*   d. ☐ Defendant's lawyer *(name):* _____

④ **This Is a Court Order**
You must obey all the orders indicated below. If you do not obey this Order, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

⑤ **Expiration Date**
This Order, except for an award of lawyer's fees, expires at:
*(time):* _____ ☐ a.m. ☐ p.m. or ☒ midnight on *(date):* 11-7-2011
If no date is present, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Restraining Order After Hearing to Stop Harassment (CLETS)**
(Civil Harassment)

CH-140, Page 1 of 3 →

Your name: __ERIN HEIDENREICH__

Case Number: __SS020688__

**⑥ ☒ Personal Conduct Orders**

You must *not* do the following things to the people listed in ① and ⑪:

- a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
- b. ☒ Contact (directly or indirectly), telephone, send messages, mail, or e-mail.
- c. ☒ Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑪. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case does not violate these orders.

**⑦ ☐ Stay-Away Order**

You must stay at least *(specify):* __10 feet__ yards away from:

- a. ☒ The person listed in ①
- b. ☒ The people listed in ⑪
- c. ☒ The home of the persons in ① and ⑪
- d. ☒ Jobs or workplaces of the persons in ① and ⑪
- e. ☒ Vehicle of person in ① ☒ Vehicles of persons in ⑪
- f. ☐ The protected children's school or child care
- g. ☐ Other *(specify):* _____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of work.

**⑧ No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**⑨ Turn In or Sell Guns or Firearms**

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use CH-145 for this.)*

**⑩ ☐ Other Orders** *(specify):* _____

**⑪ ☐ Other Protected Persons**

List of the full names of all family and household members protected by these orders:

__DALE BRANCH__

**This is a Court Order.**

Your name: **ERIN HEIDENREICH**

Case Number: **SS020688**

### ⑥ ☒ Personal Conduct Orders

You must *not* do the following things to the people listed in ① and ⑪:

a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
b. ☒ Contact (directly or indirectly), telephone, send messages, mail, or e-mail.
c. ☒ Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑪. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case does not violate these orders.

### ⑦ ☐ Stay-Away Order

You must stay at least *(specify):* **10 feet** yards away from:

a. ☒ The person listed in ①
b. ☒ The people listed in ⑪
c. ☒ The home of the persons in ① and ⑪
d. ☒ Jobs or workplaces of the persons in ① and ⑪
e. ☒ Vehicle of person in ① ☒ Vehicles of persons in ⑪
f. ☐ The protected children's school or child care
g. ☐ Other *(specify):* _____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of work.

### ⑧ No Guns or Other Firearms

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

### ⑨ Turn In or Sell Guns or Firearms

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use CH-145 for this.)*

### ⑩ ☐ Other Orders *(specify):* _____

### ⑪ ☐ Other Protected Persons

List of the full names of all family and household members protected by these orders:

**DALE BRANCH**

---

**This is a Court Order.**

Revised July 1, 2007

**Restraining Order After Hearing to Stop Harassment (CLETS)**
**(Civil Harassment)**

CH-140, Page 2 of 3 →