STEVEN M. WEINBERG (SBN 235581)
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, CA 90265
Tel:  (310) 457-6100
Fax:  (310) 457-9555
Email: smweinberg@holmesweinberg.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARC AISEN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 11-02627 |
| v. | |
| KAREN BERG, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Application to File Portions of Opposition Under Seal; [Proposed] Order to File Portions of Opposition Under Seal; Opposition to Plaintiff's Motion to Disqualify Counsel; Declaration of Sharoni S. Finkelstein in Support of Opposition to Plaintiff's Motion to Disqualify Counsel and Exhibits D-M thereto; and Proof of Service

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Portions of the Opposition to Plaintiff's Motion to Disqualify Counsel; Exhibits D-M to the Declaration of Sharoni S. Finkelstein in Support of Opposition to Plaintiff's Motion to Disqualify Counsel

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Under Local Rule 79-5.1 to preserve alleged attorney-client privilege and/or confidentiality

| September 6, 2011 | Steven M. Weinberg |
|---|---|
| Date | Attorney Name |
| | Hayden and Stephanie Houser dba Launch Flix |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  **NOTICE OF MANUAL FILING**