JS-6; O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV11-02627 AHM (JCGx) | Date | February 16, 2012 |
|---|---|---|---|
| Title | MARC AISEN v. BERG, KAREN et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On July 5, 2011, the Court dismissed Plaintiff's Complaint against Defendants Karen Berg, Phil Berg, Michael Berg, Yehuda Berg, and the Kabbalah Centre, for improper service. (Dkt. 57.) There is no indication that Plaintiff has properly served these Defendants since then. Subsequently, on January 18, 2012, the Court dismissed Plaintiff's First Amended Complaint as to Defendants Hayden Houser, Stephanie Houser, Erin Heidenreich, and Launch Flix. (Dkt. 105.)

In the January 18 Order, the Court instructed Plaintiff to file a report, by no later than January 30, 2012, that would set forth how he intended to proceed against the remaining defendants, Ashton Kutcher, Madonna Ciccone, and Cinetic. (Dkt. 105. at 3.) The clerk had previously entered default as to these defendants. (Dkts. 54, 32, 28.)

Plaintiff failed to comply with the Court's order, and the docket for this case does not reflect any filings after the Court's January 18 Order. Instead, of properly filing a report, Plaintiff simply deposited a document titled "Response to Recent Order" in the Court's courtesy copy box. That response is attached to this order. The Court had previously warned Plaintiff that he must file documents correctly and cannot simply deposit a copy in the Court's courtesy box. (Dkt. 47.)

In any case, Plaintiff's response indicates that he is "not entering any default judgements [sic] for the remaining defendants who defaulted on their defenses." (Plaintiff's Response ¶ 10.)

Accordingly, the Court dismisses this case for failure to prosecute. There are two independent reasons for this dismissal: (1) Plaintiff's failure to properly file a report that

**JS-6**; O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV11-02627 AHM (JCGx) | Date | February 16, 2012 |
|---|---|---|---|
| Title | MARC AISEN v. BERG, KAREN et al. | | |

indicates how he intends to proceed with this case and (2) Plaintiff's statement in his improperly-submitted report that he will not be seeking default judgments against the remaining defendants.

This case is dismissed and the Clerk is ordered to close the file.

No hearing is necessary.  Fed. R. Civ. P. 78; Local Rule 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**

Name: Marc Aisen
Address: 2118 Wilshire Blvd.
#347 Santa Monica, CA 90403
Phone: 917-557-4574
Fax:

In Pro Per

CHAMBERS COPY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Aisen

Plaintiff

v.

Berg

Defendant(s).

CASE NUMBER (AHM, JcG)
11-CV-02627
Civil RICO

TITLE OF PLEADING
RESPONSE TO RECENT ORDER

P.1 ¶1
P.2 ¶2
P.3 ¶3
P.4 ¶s 4,5,6,7
P.5 ¶8
P.6 ¶s 9,10
P.7 ¶11
P.8 ¶s 12,13
P.9 ¶14
P.10 ¶ 15,16,17
P.11 ¶ 18,19
P.12 ¶ 20,21,22
P.13 ¶ 23
P.14 ¶ 24
P.16 Notice of Service
P.17 Verification

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1. I'm the Plaintiff in this action and I'm suing the defendants for *damaging* my *business* and *property* through a *pattern* of *racketeering activity*, as defined by the Act. This is in response the lower court's recent order dismissing the civil RICO Complaints against the "Kabbalah Centre and their entities" and the Bergs. The lower court has argued that I failed to properly serve the defendants when in fact I have and submitted the certified proofs of service to the Court although they are being given no weight. Judge Matz also attempted to dismiss the civil RICO Complaint against himself the defendant (an obvious Conflict of Interest) and his co-defendants the Housers and Ms. Heidenreic claiming I did properly file, retroactively from the time of my last filing an Amended Complaint several months ago, the evidence of which has been stricken from the record by the judges with no explanation. I was given time to amend the Complaint by the lower court and responded that I was filing appeals to the decisions and demanding a stay pending the investigation into my allegations of *evidence and witness tampering* in and around the courthouse building which I'm a witness to. There is at least some evidence of this already on the official record (Exhibits A and B). Although Judge Matz claims I failed to show *evidence*, and cites this as his reasoning for the retroactively dismissive order, he's ignoring the *evidence* which is incriminating to him, a clear cut Conflict of Interest. I stated before and I state now that I am in the process of changing the venue which is the only prudent course of action after the

case has been tampered with in the Central District Court of California.

2. The *damages* include physical *property damage* to my vehicle and motion picture, as well as the unnecessary production delay brought on by the defendants' sabotage on the set, legal fees, the damages incurred from several blocked contracts, and trebel. The defendants include the Judges Matz and Gandhi who continue to preside over the case they are now defendants in, delivering retaliatory order as revenge for reporting them to law enforcement for *human trafficking*. Counselors Weinberg and Finklestein are also refusing to recuse themselves as defendants and defense attorneys who offered counsel to both sides in a sleazy scheme to spy on me, using privileged legal communications to gain strategic advantage as in *U.S. v. Pellicano*. Those are *predicate acts* to RICO which go to establishing RICO. The standard for proving civil RICO is establishing *predicate acts* to RICO. I have established over one hundred (100) *predicate acts* to RICO present in this case, and that's with consolidating the counts into conspiracy charges for the assortment of Federal offenses present. Therefor, the only reasonable conclusion is that I'm able to prove RICO to a jury in a Court of Law, which is my substantial right as the Plaintiff. The *evidence* shown to the lower court has been disregarded because it bizaarely implicates them. Let the record show that I listed these *predicate acts* and filed them, but the judges in question removed them from the record to hide the allegations they're afraid to even repeat. I'm suing them for

*human trafficking* and *child exploitation* on the grounds that their criminal enterprise *damaged* my *business* by *destroying* my *property*, one movie exposing them to cover it up and causing problems on the movie set. The defendants are a *racketeering enterprise*. There is additional evidence for the Court to hear at the proper venue which clearly is not this one. Ms. Ciccone and the Bergs are unindicted co-conspirators from *U.S. v. Pellicano*, a RICO case netting *seventy-six* counts of RICO proven against their partners-in-crime and they're next on the list.

3. There is additional *evidence* for the Court to hear at the proper venue which clearly is not this one. First of all, the judges are hopelessly biased. They're co-defendants and implicated in a *forgery* and other related crimes taking place at the Western Division of the Central District Courthouse. So, here we have a case of the foxes guarding the henhouse. The RICO Act grants civil claimants a "designated racketeering investigator" to report to the Attorney General in Washington. Here's a fun fact. When I invoked my investigative demand, the judges in question blocked the investigation and disregarded the law. Judge Matz corrected my demand to mean the Los Angeles Assistant U.S. Attorney's office. However, that is not what I meant, I said Attorney General. It seems Judge Matz has a son working in the LA AUSA's office where he attempted to steer me to, a one Jeremy Matz. It is a clear and serious Conflict of Interest because the father is a suspect in the crimes he wants his son to have investigatory jurisdiction over.

4. The defendants *forged* my signature on a Plaintiff Request For Dismissal and manually filed it while the cameras were rolling. They didn't even get my name right. I'm pretty sure I know how to spell my own name. I motioned to stay the proceeding pending investigation and the judges in question are attempting to block the investigation of *evidence tampering* in this case and it continues.

5. They're trying to cover up *child trafficking*, a heinous crime punishable by thirty (30) years to life in prison for each act and there have been thousands documented coming from the defendants' *racketeering enterprise*. In the State of California, *aggregated kidnapping* is a capital offense and the defendants have been up to some *kidnapping*. They're pulling down millions a year in unreported income off the backs of innocent children, or should I say scalps. The children are missing and some of them are presumed dead. We can figure that out when we do a head count.

6. I demanded in a previous filing that Erin Heidenreich, banker in the *child trafficking conspiracy*, turn over records of the whereabouts of the children and she's refusing to. She knows where they are, she's caught on tape *child trafficking* through her companies Cinetic, Filmbuff, and Made in India. These are missing and exploited children who are among the many victims of the defendants' *human trafficking* crime spree and it's currently ongoing.

7. The United States has a zero tolerance policy on *human trafficking*. This isn't

the Ukraine, or some country where *pimps* and *slavers* act with impunity committing crimes inside a Federal courthouse. The penalty for violating RICO is prison time and asset seizure. The manual clearly states there is to be no plea bargaining. They have no immunity to those charges and RICO applies. None of the defendants have immunity to these criminal charges and this goes beyond discretionary abuse, such as Judge Matz disregarding the certified proofs of service I filed for the "Kabbalah Centre and their entities" and the Bergs, and into the realm of *tampering with evidence in a Federal case*, an additional *predicate act* to RICO. Judge Matz doesn't have permission to sign my name to anything, let alone a legal document in a Federal case. I don't know who this guy thinks he is, but he was involved in a crime involving the *forgery* my signature on a legal document he signed off on in a brazen stunt perpetrated inside the Central District Court on May 13, 2011 and then later on May 16, 2011. You're going to cough up the original so I can have it dusted for prints, I want the surveillance tapes, and I'm pressing criminal charges. If I have to come back with subpoenas, okay, I'm coming back with subpoenas.

8. I reported a page having been removed from my stapled filing notifying the court of my appeals and the page contained the facts that Ms. Ciccone *bribed* judges in Malawi, Africa in a related *kidnapping* case. Well, she's a dirty old whore and she's going to Federal prison. The woman is a *pornographer* and a *child*

*abuser*, enticing children on the internet and using her cult to *lure* children she's *abusing* and *exploiting*.

9. Interestingly enough *evidence* of this was *destroyed* by Erin Heidenreich (a *predicate act* to RICO, *destruction of evidence in a Federal case*) when she logged into my company computer as the *evidence* will show--and this is hard physical evidence giving me grounds to establish the *damages* and connect them to the *racketeering enterprise* called "Kabbalah." The evidence establishes the causal link from Made in India, the *child trafficking racket* of Erin Heidenreich and her company Cinetic and Ms. Ciccone and her Kabbalah cult front organization. It connects the other defendants with the thousands of missing Indian children. Kabbalah hides behind these pretensions of "Jewish mysticism" but I'm a real Jew, and the defendants are a Satanic cult of pedophiles luring little kids on the internet. Kabbalah is a business and that business is palmistry. Like Karen Berg's fake mediumship scams and Phil Berg's fake doctor scam. Those are *predicate acts* to RICO constituting *conspiracy to commit fraud*. The defendants are gypsies and *child abusers*. They are the scum of the earth and they're going to get theirs.

10. I'm not entering any default judgements for the remaining defendants who defaulted on their defenses: Ms. Ciccone, Mr. Kutcher, and Cinetic. That would be highly inappropriate under the circumstances. Why would I let a court which has become a crime scene infested with multiple counts of RICO, multiple counts of

6.

*evidence tampering* adjudicate over the case? The courthouse is a crime scene because the case has been tampered with and there's evidence of this on the record such as Exhibits A and B. I caught the judges fixing the case and I can prove it. In the State of California we have something called Marsy's Law which grants rights to crime victims. Well, I'm invoking my rights to press criminal charges for the *forgery*. The *forgery* proves *evidence tampering* which is the *cause* of the *damages* and the crux of the case.

11. This is one of two central issues:

**Issue #1.** is that my *business* was *damaged* by the defendants. They caused problems on the set of the motion picture production through sabotage when I hired people who weren't who they said they were--also in *breach of contract*--the Housers and Ms. Heidenreich. They are members of the *racketeering enterprise* in question, the Kabbalah Centre, who ordered the malicious destruction of private property and have participated in other ways, such as their leader Ms. Ciccone blocking several contracts as she failed to dispute on the record.

**Issue #2.** is that the defendants are in the business of *child trafficking*. Ashton Kutcher, the self-appointed national spokesman against *child trafficking* is using his fake charity the DNA Foundation as a front for *child trafficking*. "Raising Malawi" is a front for *child trafficking, kidnapping* African children and selling them on the black market. Made in India is *trafficking kidnapped* Indian kids. The

"Success For Kids Program" is *trafficking, abusing, enslaving,* and *exploiting* children and Ms. Ciccone is the boss, not her front woman Karen Berg in the "Kabbalah Centre and their entities." It all forms a "single person unit" under RICO and Cinetic, a.k.a. Filmbuff is laundering the money through Erin Heidenreich and filmmaker Ed Burns. To Hell with these scumbag *human traffickers*.

12. I put in for a stay with the appellate court and the Court was notified of that by myself and the appellate court. The stay is pending the investigation into the *forgery* incident that happened on May 13 and May 16 of 2011. This is also relevant in regards to the defendants acts of *Identity Theft*. This makes the judges accomplices in *Identity Theft*. The Housers stole my identity and they were working for their Kabbalah cult masters, their co-defendants who are liable civilly and criminally under RICO. These are *predicate acts* to RICO going back to *U.S. v. Pellicano* and *U.S. v. Behrman*, both are Kabbalah lieutenants convicted of RICO Act violations. Mr. Behrman is also a known pimp which goes to the *human trafficking pattern*.

13. I'm *appealing* all of the orders coming from the lower court and as I previously stated and including the most recent order. It falsely states that I failed to serve the Bergs and the "Kabbalah Centre and their entities" when in fact I did serve them properly and filed the certified proofs of service with the Court who entered them

8

onto the official record and notified Judge Matz. He disregarded them and used the excuse that I hadn't served them as grounds to dismiss the Complaint pending at a time when it's most convenient for him as a co-defendant. Disregarding the proofs of service on record is an abuse of discretion and it's highly suspect in light of the *forgery* which came later in the same proceedings.

14. I've seen the financial disclosures statements of the defendants and based on what I've seen, I can only conclude that the defendant's financial reporting to the I.R.S. has been fabricated. These false accounting statements were signed off on by Sarah Yaleni, Philippe van den Bossche, and Nicholas Vakkur. For example, the Mercedes Benz claimed to be used for business purposes is being personally used by Mrs. Berg. The mileage on the vehicles appears to be rounded off and they falsely omitted Tausha Kutcher from the Conflict of Interest Statement. Her brother Ashton Kutcher is on the Board of Director along with his co-defendants and partners-in-crime the Bergs and Ms. Ciccone. The income generating by the defendants from illegal *bookmaking* and *human trafficking* was not reported to the I.R.S. by the defendants. Tax fraud is a *predicate act* to RICO and the defendants are guilty of it. There is also *evidence* that moneys solicited as charitable donations by Ms. Ciccone, the Bergs, and Mr. Kutcher went to benefit them personally which constitutes *tax fraud* in that they lied to the I.R.S. about the purpose of those funds and *conspiracy to commit fraud* because they used

deceived charitable donors, the Government, and the charities they looted.

15. I have witnesses to their *fraud, extortion, witness tampering, slavery,* and *human trafficking* to *corroborate* the allegations and the I.R.S. will *corroborate* the *tax evasion* charges. These are *predicate acts* to RICO and I'll let the jury decide who to believe, the defendants who got caught or their own employees turning state's evidence.

16. I'm invoking the Trafficking Victims Protection Reauthorization Act as a crime victim of the defendants who are *human traffickers*. I can prove they're guilty of *trafficking slaves* of all ages from the United States, Malawi, India, Israel, Brazil, Denmark, the Philippines, and other countries in Southeast Asia and sub-Saharan Africa. I'm a witness to their *human trafficking activity* and I will take the stand and testify against these sexual predators. I'm going to send these perverted pedophiles to prison.

17. The TVPRA calls for victims to press civil RICO claims as I'm doing. The RICO Act is very clear: federal offenses some as *human trafficking* are considered to be violations of RICO. I can prove *racketeering, conspiracy, human trafficking, slavery, prostitution, drug trafficking, bookmaking, loansharking, murder, extortion, kidnapping, child exploitation, conspiracy to commit fraud, tax fraud, computer hacking, Identity Theft, money-laundering, witness tampering, evidence*

forfeited their defense, Ms. Ciccone, Mr. Kutcher, and Cinetic belong on trial with the Bergs for RICO in these and in grand jury trials to run concurrent to this one. I will note that default is typically taken as being pro confesso and the defendants have failed to dispute most of the allegations against them with any sort of specificity as was demanded by me.

19. Judging by the defendants' brazen conduct in criminally *tampering* with these proceedings by filing documents on my behalf with my signature crudely *forged* as well as issuing me death threats, attacking me with violence inside the courthouse, *breaking and entering* into my home and vehicle to *steal evidence* from this case, *Identity Theft* related harassment, and attempted *bribery* with *trafficked* women, as well as *tampering with witnesses* such as *luring* their children they act as if they are "above the law" under official color through the judges in question who are incriminated by the *evidence*. They're facing federal charges for a variety of RICO Act violations, demonstrating the "meta-conspiracy" which is the quintessence of RICO. The defendants are menaces to society who belong behind bars.

20. The TVPRA is clear. Those who *Aid and Abet Human Trafficking* are punishable under the Act. The accomplices "got to go." That's what "zero tolerance" means. The RICO manual clearly states there is to be know plea bargaining under RICO. So, I think I know what's going to happen to the character Mr. Kutcher plays on *Two Half Men*. I never posed for a lewd picture with a

seventeen-year-old boy, that's for sure, but the pervert Mr. Kutcher did.

20. Mr. Kutcher says Penn State University was too hard on Joe Patterno for firing him when he was caught covering up pederasty. I'm glad he's in hell now, along with that freak Michael Jackson who was in the same cult as the defendants. There's room for more pedophiles down there in pervert Hell.

21. We know Ms. Ciccone likes them young. She's *luring* children through her cult and the internet, as well as her daycare centers. Allegations involving Ms. Ciccone and *child pornography* have come to light which will have to be determined at the appropriate venue. I stated plainly that I'm changing the venue.

22. The *evidence tampering* also proves *criminal conspiracy*, which is the basis of RICO, particularly when it's in connection with an ongoing *racket* such as *human trafficking*. These proceedings have been tainted by *evidence tampering* in the Central District Court of California. It's grounds for a mistrial, which would unfairly punish my side as the Plaintiff for the defendants' criminal misconduct. I can prove that Ms. Ciccone is the ringleader of the *human trafficking conspiracy* and *racketeering enterprise* in question. Her partners-in-crime are the co-denfendants, among others. The Bergs *launder* the *human trafficking* money, Mr. Kutcher *bribes* people to promote the *human trafficking*, Ms. Heidenreich *launders* the *human trafficking* money and organizes *kidnapping*, and the others are

12

accomplices. They're using their licenses to practice law to engage in *human trafficking*, by using the Attorney-Client relationship to steal information and commit *fraud*, as the Central District Court found to be a *predicate act* to RICO in 2008 in the case of *U.S. v. Pellicano* involving the same defendants committing the same crimes. The defendants are using their positions of authority on the bench to *Obstruct Justice* by removing incriminating pages from the record, such as statements of fact made by me alleging Ms. Ciccone previously *bribed* judges in connection with this case in Malawi, Africa, as serious offense punishable in the United States as it violates international law as well as Malawian law.

24. The fact that this document was removed from my stapled filing shows that Officers of the Court tampered with this legal document on the record and the cctv tapes from the day of my filing are *evidence* showing that ALL of the pages were stapled together ON CAMERA before being filed manually in the public intake room. Judges Matz and Gandhi had motive and they control the docket, giving them opportunity and means. If they say they didn't do it, than who did? It would have to be someone else in the Court working for them, which would still implicate them because it would suggest they ordered it. The clerks have no other reason to *tamper* with my filings, although it's hardly the first time this has happened in this case and it costs me money the defendants owe me. Those cctv tapes are *evidence* in my criminal case against the defendants, as well as the civil RICO action. The

13

LA AUSA's office is not fit to investigate and determine whether or not criminal RICO charges are in order. Although civil RICO calls for the AG appointed racketeering investigator to make recommendations on criminal RICO charges to the AG, no one from the LA AUSA's office has been appointed and Judge Matz' attempt to steer the jurisdiction into the office of his own son Jeremy Matz is a Conflict of Interest. The cctv tapes are *evidence* of crime implicating Officers of the Court in the Central District of California and they need to be investigated externally. The wheels are already in motion. I'll come back with a court order and then we can see what's on those tapes and I'm going to have them analyzed independently to see if they've been *tampered* with. We can dust the forgery for prints and see who else's fingerprints are on it, in addition to Judge Matz who signed it. He was notified that the document was a fake and still treated it as valid, as did Judge Gandhi. They knew and they had something to do with this. Their orders are never going to stand up in court because they've been caught participating in a crime with the defendants to fix the case. The tapes show that I counted the pages before filing them and also being assaulted, so let's see these tapes. *Aiding and Abetting human trafficking* and *child exploitation* is the charge and you better believe I can prove it.

4. The defendants are facing Federal charges on *human trafficking* and I'm going to testify against them before the grand jury as to what I personally witnessed:

*evidence tampering, kidnapping, bribery in connection with human trafficking, violence in the commission of a felony which is human trafficking, luring, and slavery.* So when a Kabbalah member attacked me inside the courthouse (with impunity) by striking me in the back from behind as I'm filing papers in this case, it can be seen as an attempt to use *violence* to *intimidate me as a witness* not to report the defendants' *human trafficking* and *child exploitation* being sanctioned by the lower Court. *Evidence tampering* is a serious crime and it undermines my claim through an *abuse of process* tainting the "laboratory condietions" of the proceedings which should be free from criminal mischief in the form of publicity stunts coming from the defendants. The judges recent orders can be seen in this light for what they are: more *Obstruction of Justice* and *retaliation against a qualified Federal witness* for *reporting human trafficking*. I'm not the asshole who's going to prison for *kidnapping* kids and selling them on the black market. The defendants are and I caught them so they can kiss their asses goodbye.

s/Marc Aisen

1-29-2012

## SERVICE

I, Plaintiff Marc Aisen and pro se litigant sui juris, do hereby verify I have served copies of this document to the parties through their Counsel in a way which complies with the any and all Court Orders present in this case.

Dated: 1-29-12

Signed:   Marc Aisen

_____

Printed:   Marc Aisen, Sui Juris

16.

## VERIFICATION

I, Marc Aisen, Sui Juris, Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, that the above statement of facts and laws is true and correct according to the best of my current information.

Dated:   1-29-12

Signed: *[signature]*